UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., MG PREMIUM LTD, MG FREESITES LTD, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., SONESTA TECHNOLOGIES, S.R.O., SONESTA MEDIA, S.R.O., YELLOW PRODUCTION S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, JANE DOE, MEDIAME SRL, MIDUS HOLDINGS, INC.,<br><br>    Plaintiffs,<br><br> v.<br><br>ANGELA COLMENERO, IN HER OFFICIAL CAPACITY AS INTERIM ATTORNEY GENERAL FOR THE STATE OF TEXAS,<br><br>    Defendant. | CASE NO. 1:23-cv-917<br><br>CORPORATE DISCLOSURE STATEMENT |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Free Speech Coalition, Inc., MG Premium Ltd, MG Freesites Ltd, WebGroup Czech Republic, a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, LLC, Neptune Media, LLC, MediaME SRL, and Midus Holdings, Inc., through their undersigned counsel, hereby certify that:

 1. Plaintiff Free Speech Coalition, Inc., has no parent corporation;

 2. Plaintiff MG Premium Ltd is a wholly-owned subsidiary of MG CY Holdings Ltd;

 3. Plaintiff MG Freesites Ltd is a wholly-owned subsidiary of MG CY Holdings Ltd;

4. Plaintiff WebGroup Czech Republic, a.s., has no parent corporation;

5. Plaintiff NKL Associates s.r.o., has no parent corporation;

6. Plaintiff Sonesta Technologies, s.r.o., is a wholly-owned subsidiary of United Communication Hldg II, a.s.;

7. Plaintiff Sonesta Media, s.r.o., is a wholly-owned subsidiary of United Communication Hldg II, a.s.;

8. Plaintiff Yellow Production, s.r.o., has no parent corporation;

9. Plaintiff Paper Street Media, LLC is a wholly-owned subsidiary of Paper Street Holdings, Inc.;

10. Plaintiff Neptune Media, LLC is a wholly-owned subsidiary of Paper Street Holdings, Inc.; and

11. Plaintiff MediaME SRL has no parent corporation;

12. Plaintiff Midus Holdings, Inc., has no parent corporation; and

13. No publicly held corporation owns 10 percent or more of any of the above-listed Plaintiffs' stock.

DATED: August 4, 2023    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    /s/ *Scott Cole*
Scott Cole
scottcole@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
300 West 6th Street
Suite 2010
Austin, TX 78701
Telephone: (737) 667-6104
*Attorneys for Plaintiffs*