## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., MG PREMIUM LTD, MG FREESITES LTD, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., SONESTA TECHNOLOGIES, S.R.O., SONESTA MEDIA, S.R.O., YELLOW PRODUCTION S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, JANE DOE, MEDIAME SRL, MIDUS HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ANGELA COLMENERO, IN HER OFFICIAL CAPACITY AS INTERIM ATTORNEY GENERAL FOR THE STATE OF TEXAS, <br><br> Defendant. | Case No.: 1:23-cv-917 |

**DECLARATION OF ROBERT SEIFERT IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION**

I, Robert Seifert, declare as follows:

1. I provide this declaration in support of the Motion for Expedited Preliminary Injunction against enforcement of the Act of June 12, 2023, Ch. 676, § 2 (H.B. 1181) Tex. Sess. Law Serv. ("the Act"). I am over eighteen years of age, and I have personal knowledge of the matters set forth in this Declaration; if called as a witness I could and would testify competently to these matters.

## NKL ASSOCIATES, S.R.O.

2. I hold the position of director at NKL Associates, s.r.o., a limited liability company organized under the laws of the Czech Republic that operates the website Xnxx.com ("Xnxx").

3. Xnxx is a website that hosts adult content uploaded by individual creators and studios from around the world. It is available to the entire world of internet users, setting aside age or country censorship filters, and is available in almost all countries. The content on Xnxx can be viewed free of charge. Xnxx makes money through advertising placements on its website. Advertising revenue is also shared with third party content creators.

4. Xnxx strongly disagrees with the statements that the Act would require it to make on its website:

> TEXAS HEALTH AND HUMAN SERVICES WARNING: Pornography is potentially biologically addictive, is proven to harm human brain development, desensitizes brain reward circuits, increases conditioned responses, and weakens brain function. TEXAS HEALTH AND HUMAN SERVICES WARNING: Exposure to this content is associated with low self-esteem and body image, eating disorders, impaired brain development, and other emotional and mental illnesses. TEXAS HEALTH AND HUMAN SERVICES WARNING: Pornography increases the demand for prostitution, child exploitation, and child pornography.

5. Xnxx also strongly disagrees with the Act's requirement to post the following message at the bottom of every webpage:

> U.S. SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION HELPLINE: 1-800-662-HELP (4357) THIS HELPLINE IS A FREE, CONFIDENTIAL INFORMATION SERVICE (IN ENGLISH OR SPANISH) OPEN 24 HOURS PER DAY, FOR INDIVIDUALS AND FAMILY MEMBERS FACING MENTAL HEALTH OR SUBSTANCE USE DISORDERS. THE SERVICE PROVIDES REFERRAL TO LOCAL

TREATMENT FACILITIES, SUPPORT GROUPS, AND COMMUNITY-BASED ORGANIZATIONS.

6. Xnxx cooperates with parental filtering software by including a meta tag in its coding that designates its content as "RTA" (Restricted to Adults). By including this meta tag, parental control filters can easily identify Xnxx as an adult content site and block access.

7. The Terms of Service for Xnxx make clear that individuals under the age of eighteen are not authorized to access the website. Individuals attempting to access the website are first barred by a pop-up requiring them to certify that they are at least eighteen years old before they can enter the website.

## WEBGROUP CZECH REPUBLIC, A.S.

8. I hold the position of director at WebGroup Czech Republic, a.s., a corporation organized under the laws of the Czech Republic that operates xvideos.com ("XVideos").

9. XVideos is a website that hosts adult content uploaded by individual creators and studios from around the world. It is available to the entire world of internet users, setting aside age or country censorship filters, and is available in almost all countries. The content on XVideos can be viewed free of charge. XVideos makes money through advertising placements on its websites. Advertising revenue is also shared with third party content creators.

10. XVideos strongly disagrees with the statements that the Act would require it to make on its website:

> TEXAS HEALTH AND HUMAN SERVICES WARNING: Pornography is potentially biologically addictive, is proven to harm human brain development, desensitizes brain reward circuits, increases conditioned responses, and weakens brain function. TEXAS HEALTH AND HUMAN SERVICES WARNING: Exposure to this content is associated with low self-esteem and body image, eating disorders, impaired brain development, and other emotional and mental illnesses. TEXAS HEALTH AND HUMAN SERVICES WARNING: Pornography increases the demand for prostitution, child exploitation, and child pornography.

11. XVideos also strongly disagree with the Act's requirement to post the following message at the bottom of every webpage:

> U.S. SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION HELPLINE: 1-800-662-HELP (4357) THIS HELPLINE IS

A FREE, CONFIDENTIAL INFORMATION SERVICE (IN ENGLISH OR SPANISH) OPEN 24 HOURS PER DAY, FOR INDIVIDUALS AND FAMILY MEMBERS FACING MENTAL HEALTH OR SUBSTANCE USE DISORDERS. THE SERVICE PROVIDES REFERRAL TO LOCAL TREATMENT FACILITIES, SUPPORT GROUPS, AND COMMUNITY-BASED ORGANIZATIONS.

12. XVideos cooperates with parental filtering software by including a meta tag in its coding that designates its content as "RTA" (Restricted to Adults). By including this meta tag, parental control filters can easily identify XVideos as an adult content site and block access.

13. The Terms of Service XVideos make clear that individuals under the age of eighteen are not authorized to access the website. Individuals attempting to access the websites are first barred by a pop-up requiring them to certify that they are at least eighteen years old before they can enter the website.

**SONESTA MEDIA, S.R.O. AND SONESTA TECHNOLOGIES, S.R.O.**

14. I hold the position of director at Sonesta Media, s.r.o., and Sonesta Technologies, s.r.o., both of which are limited liability companies organized under the laws of the Czech Republic.

15. Sonesta Technologies, s.r.o., operates the website BangBros.com, a subscription-based website offering high quality adult content. It is available to the entire world of internet users, setting aside age or country censorship filters, and is available in almost all countries. The content on BangBros.com is available only on a subscription basis, where adults can pay for monthly access to full length, high quality videos.

16. Sonesta Media, s.r.o., produces, and owns the intellectual property rights to, the content on BangBros.com. It also licenses some of its content to be uploaded to other websites, including Pornhub.com, XVideos, Xnxx, and Spicevids.com.

17. Sonesta Technologies, s.r.o. and Sonestia Media, s.r.o. (collectively "BangBros"), strongly disagree with the statements that the Act would require them to make on the BangBros website:

> TEXAS HEALTH AND HUMAN SERVICES WARNING: Pornography is potentially biologically addictive, is proven to harm human brain development,

3

desensitizes brain reward circuits, increases conditioned responses, and weakens brain function.  TEXAS HEALTH AND HUMAN SERVICES WARNING: Exposure to this content is associated with low self-esteem and body image, eating disorders, impaired brain development, and other emotional and mental illnesses.  TEXAS HEALTH AND HUMAN SERVICES WARNING: Pornography increases the demand for prostitution, child exploitation, and child pornography.

18.    BangBros also strongly disagrees with the Act's requirement to post the following message at the bottom of every webpage:

U.S. SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION HELPLINE: 1-800-662-HELP (4357) THIS HELPLINE IS A FREE, CONFIDENTIAL INFORMATION SERVICE (IN ENGLISH OR SPANISH) OPEN 24 HOURS PER DAY, FOR INDIVIDUALS AND FAMILY MEMBERS FACING MENTAL HEALTH OR SUBSTANCE USE DISORDERS. THE SERVICE PROVIDES REFERRAL TO LOCAL TREATMENT FACILITIES, SUPPORT GROUPS, AND COMMUNITY-BASED ORGANIZATIONS.

19.    BangBros cooperates with parental filtering software by including a meta tag in its coding that designates its content as "RTA" (Restricted to Adults).  By including this meta tag, parental control filters can easily identify BangBros as an adult content site and block access.

20.    The Terms and Conditions for BangBros.com make clear that individuals under the age of eighteen are not authorized to access the website.  Individuals attempting to access the websites are first barred by a pop-up requiring them to certify that they are at least eighteen years old before they can enter the website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 2, 2023 in Rio, Brazil.

Dated: August 2, 2023

      /s/___*Robert Seifert*_____
      Robert Seifert