UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FREE SPEECH COALITION, INC., et al.

-vs-

ANGELA COLMENERO, IN HER OFFICIAL
CAPACITY AS INTERIM ATTORNEY
GENERAL FOR THE STATE OF TEXAS

Case No.: 1:23-cv-917

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Derek Shaffer**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent **Plaintiffs** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Quinn Emanuel Urquhart & Sullivan, LLP**,

with offices at

Mailing address: 1300 I Street NW, Suite 900

City, State, Zip Code: Washington, D.C., 20005

Telephone: 202.538.8000

Facsimile: 202.538.8100

Email: derekshaffer@quinnemanuel.com

2. Since \_\_\_\_**See attached**\_\_\_\_, Applicant has been and presently is a member of and in good standing with the Bar of the State of \_\_\_\_**See attachment**\_\_\_\_. Applicant's bar license number is \_\_\_\_**See attached**\_\_\_\_.

3. Applicant has been admitted to practice before the following courts:

   Court:                                              Admission date:

   **See attached**

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
   **N/A**

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
   **N/A**

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   **N/A**

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

    ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    Co-counsel: **Scott Cole, Quinn Emanuel Urquhart & Sullivan, LLP**

    Mailing address: **300 West 6th St, Suite 2010**

    City, State, Zip Code: **Austin, Texas 78701**

    Telephone: 737.667.6100

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____**Derek Shaffer**_____ to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____**Derek Shaffer**_____
[printed name of Applicant]

_____*/s/ Derek Shaffer*_____
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **4th** day of _____**August**_____, ____**2023**____.

_____**Derek Shaffer**_____
[printed name of Applicant]

_____*/s/ Derek Shaffer*_____
[signature of Applicant]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FREE SPEECH COALITION, INC., et al.

-vs-

Case No. _____

ANGELA COLMENERO, IN HER OFFICIAL
CAPACITY AS INTERIM ATTORNEY
GENERAL FOR THE STATE OF TEXAS

### ORDER

BE IT REMEMBERED on this the _____ day of _____, 20\_\_\_\_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Derek Shaffer** ("Applicant"), counsel for **Plaintiffs** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Plaintiffs** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20\_\_\_\_.

UNITED STATES DISTRICT JUDGE

Reset all fields    Print Form

**ATTACHMENT**

| Bar/Court | Bar Number | Date Admitted |
|---|---|---|
| California State Bar | 212746 | 4/20/01 |
| Central District of California | 212746 | 12/5/14 |
| Northern District of California | 212746 | 12/13/22 |
| Eastern District of Michigan | n/a | 12/15/21 |
| DC Bar | 478775 | 8/5/02 |
| NYS Supreme Court, Third Department | REGISTRATION NUMBER: 5901848 | 8/23/21 |
| Southern District of New York | REGISTRATION NUMBER: 5901848 | 10/12/21 |
| US Supreme Court Bar | 286153 | 2/19/13 |
| US Court of Appeals for the Federal Circuit | N/A | 2/28/02 |
| US Court of Appeals for the Second Circuit | N/A | 8/12/10 |
| US Court of Appeals for the Third Circuit | N/A | 3/16/20 |
| US Court of Appeals for the Fourth Circuit | N/A | 11/23/16 |
| US Court of Appeals for the Fifth Circuit | N/A | 6/5/08 |
| US Court of Appeals for the Sixth Circuit | N/A | 11/22/06 |
| US Court of Appeals for the Ninth Circuit | N/A | 2/19/03 |
| US Court of Appeals for the Eleventh Circuit | N/A | 7/12/18 |
| US Court of Federal Claims | N/A | 11/4/03 |
| US District Court of DC | 478775 | 8/4/03 |
| US Court of Appeals for the DC Circuit | 48618 | 2/19/03 |