| Attorney or Party without Attorney:<br>Scott Cole, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>300 W 6th Street<br>Austin, TX 78701<br>    Telephone No: 737-667-6100<br>    Attorney For: Plaintiff | Ref. No. or File No.:<br>Free Speech v Comlenero | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>USDC Western District of Texas, Austin Division |
|---|
| Plaintiff: FREE SPEECH COALITION, INC., et al.<br>Defendant: ANGELA COLMENERO, IN HER OFFICIAL CAPACITY AS INTERIM ATTORNEY GENERAL FOR THE STATE OF TEXAS |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:23-cv-00917 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the See attachment for list of documents served

3. a.  Party served:      ANGELA COLMENERO, IN HER OFFICIAL CAPACITY AS INTERIM ATTORNEY GENERAL FOR THE STATE OF TEXAS
   b.  Person served:    Bonnie Chester, Employee, authorized to accept , Caucasian , Female , Age: 52 , Hair: Blond , Height: 5'2" , Weight: 170 , Glasses

4. Address where the party was served:   209 W 14th St, Austin, TX 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Aug 04 2023 (2) at: 03:30 PM

6. **Person Who Served Papers:**
   a. Kelly Land
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. *The Fee* for Service was:

7. *I declare under penalty of perjury that the foregoing is true and correct.*

8/07/2023          *(signature)* Kelly Land
(Date)                                (Signature)



PROOF OF SERVICE

9313953
(369859)

Attachment to Proof of Service

(Documents Served)

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT; PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR EXPEDITED PRELIMINARY INJUNCTION; DECLARATION OF SCOTT COLE IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION; DECLARATION OF RICHARD L. SONNIER III IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION; DECLARATION OF DAVID J. LEY, PHD IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION; DECLARATION OF ANDREAS ALKIVIADES ANDREOU IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION; DECLARATION OF ALISON BODEN IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION; DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION; DECLARATION OF JONATHAN TODD IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION; DECLARATION OF ROBERT SEIFERT IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION; DECLARATION OF SADIQ MUHAMED IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION; MOTION FOR ADMISSION PRO HAC VICE [Arian Koochesfahani]; MOTION FOR ADMISSION PRO HAC VICE [Derek Schaffer]; MOTION FOR ADMISSION PRO HAC VICE [Nicoletta Malogioglio]; MOTION FOR ADMISSION PRO HAC VICE [Michael T Zeller]; MOTION FOR ADMISSION PRO HAC VICE [Thomas Nolan]