UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Free Speech Coalition, Inc., et al. | § § § | |
| Plaintiffs, | § | NO:  AU:23-CV-00917-DAE |
| vs. | § § | |
| Angela Colmenero, | § § | |
| Defendant. | § § | |

## ORDER FOR BRIEFING AND SETTING PRELIMINARY INJUNCTION HEARING

Before the Court is Plaintiffs Motion for Preliminary Injunction [dkt no. 5]. Upon consideration, the Court has determined the motion needs a response from Defendant Angela Colmernero in her official capacity as Interim Attorney General for the State of Texas. Accordingly, it is **ORDERED** that the Defendant must file a response to the motion **on or before Monday, August 14, 2023**.  Any reply shall be due **on or before Thursday, August 17, 2023**.

It is hereby ORDERED that the above entitled and numbered case is set for a hearing on the pending MOTION for Preliminary Injunction [Dkt no. 5] before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, August 23, 2023 at 01:30 PM**.

IT IS SO ORDERED.

DATED: Austin, Texas August 08, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE