UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., | § § | |
|    *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 1:23-cv-00917-DAE |
| ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, | § § § § | |
|    *Defendant*. | § § | |

**DEFENDANT'S OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Angela Colmenero, in her official capacity as Provisional Attorney General for the State of Texas, ("Colmenero") submits this motion to request that her deadline to file a response to Plaintiffs' Motion for Expedited Preliminary Injunction, which is currently due on August 14, 2023, be extended to August 21, 2023. A brief timeline may be helpful.

| | |
|---|---|
| Monday – June 12, 2023 | Governor Abbott signs HB 1181 into law |
| Friday – August 4, 2023 | Plaintiffs file their Original Complaint and Motion for Expedited Preliminary Injunction |
| Monday – August 7, 2023 | The Office of the Attorney General processes and assigns the case to undersigned counsel |
| Tuesday – August 8, 2023[1] | Court orders Defendant's response due on Monday, August 14, 2023 |

This suit having been filed on Friday, August 4, 2023, Colmenero acknowledges that any extension of time given will push the parties and this Court closer toward September 1—the effective

---

[1] On this date, undersigned counsel conducted a full-day deposition in *Hermes-Eads v. HHSC*, Cause No. 2020-DCV-4193 in County Court at Law No. 3, El Paso County.

date of the statute. But Colmenero requests the extension nonetheless so that she may have adequate time to prepare a proper response to aid the Court in its determination.

        Respectfully submitted,

        ANGELA COLMENERO
        Provisional Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        GRANT DORFMAN
        Deputy First Assistant Attorney General

        JAMES LLOYD
        Interim Deputy Attorney General for Civil Litigation

        KIMBERLY GDULA
        Deputy Chief, General Litigation Division

        RYAN G. KERCHER
        Deputy Chief, General Litigation Division

        /s/ John Ramsey
        JOHN RAMSEY
        Assistant Attorney General
        Texas Bar No. 24051227
        General Litigation Division

        Office of the Attorney General
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2120/Fax (512) 320-0667
        john.ramsey@oag.texas.gov

        **COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2023, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

_____
JOHN RAMSEY
Assistant Attorney General

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 9, 2023, I made a good faith attempt to confer with opposing counsel on this motion. I emailed Scott Cole at 10:32am to ask if he opposed an extension. At approximately 2:30pm, I tried to reach him by phone by calling the number listed on Plaintiffs' motion, the direct line number listed on his firm's website, his firm's general line, and the number listed on Plaintiffs' complaint (where I left him a message). In the short time between my attempts to reach Mr. Cole and the filing of this motion, we were unable to confer. If that changes, I will update the Court.

_____
JOHN RAMSEY
Assistant Attorney General