**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 1:23-cv-00917-DAE |
| ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, | § § § § § | |
| *Defendant*. | § § | |

**ORDER GRANTING DEFENDANT'S OPPOSED MOTION**
**TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

On this day the Court considered Defendant's Opposed Motion for Extension of Time to File Responsive Pleading to Plaintiffs' Motion for Expedited Preliminary Injunction. After due consideration of the motion and all responses and replies, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Defendant's Opposed Motion for Extension of Time to File a Responsive Pleading is GRANTED.  Defendant's deadline to file a response to Plaintiffs' Motion for Expedited Preliminary Injunction is August 21, 2023.

IT IS FURTHER ORDERED Plaintiff's reply, if any, shall be due on August \_\_\_, 2023.

SIGNED on _____, 2023.

DAVID A. EZRA
Senior U.S. District Judge