UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al., § § § Plaintiffs, § § vs. § § ANGELA COLMENERO, in her § official capacity as Interim Attorney § General for the State of Texas § § Defendant. | No. 1:23-CV-917-DAE |

_____

ORDER ON BRIEFING DEADLINES

Before the Court is an Opposed Motion for an Extension of Time filed by Defendant Angela Colmenero, in her official capacity as Interim Attorney General for the State of Texas the State of Texas ("Defendant") on August 9, 2023. (Dkt. # 21.) Defendant seeks an extension of her deadline to respond to the motion for a preliminary injunction from August 14, 2023, to August 21, 2023. (*Id.*) Plaintiffs Free Speech Coalition Inc., et al., oppose the motion.

Defendant provides no authority in support of an extension. Nor does Defendant state any reason for the extension. Nonetheless, in light of the important constitutional questions raised by Plaintiffs' motion, the Court will grant the extension in part.

Accordingly, Defendant shall respond to the motion for a preliminary injunction on or before **August 18, 2023**. Plaintiffs shall file a reply on or before **August 21, 2023**. The date and time of the preliminary injunction hearing, (Dkt. 20), shall remain the same.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, August 10, 2023.

_____
David Alan Ezra
Senior United States District Judge