UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANGELA COLMENERO, IN HER OFFICIAL CAPACITY AS INTERIM ATTORNEY GENERAL FOR THE STATE OF TEXAS <br><br> Defendant. | **CASE NO. 1:23-cv-00917-DAE** |

**CERTIFICATE OF SERVICE FOR PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

I hereby certify that on August 10, 2023, a true and correct copy of the Plaintiffs' Opposition To Defendant's Motion For Extension Of Time To File Responsive Pleading, ECF No. 22, was served on Defendant's counsel via email at john.ramsey@oag.texas.gov, Rosalinda.Luna@oag.texas.gov; and Laura.Hendrix@oag.texas.gov.

1

DATED:  August 10, 2023          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By          /s/     *Scott L. Cole*

Scott L. Cole (Bar No. 00790481)
scottcole@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
201 West 5th Street
11th Floor
Austin, TX 78701
Telephone: (737) 667 6110
Fax: (737) 667 6110

Michael T. Zeller (*pro hac vice*)
Derek L. Schaffer (*pro hac vice*)
Thomas Nolan (*pro hac vice*)
Arian Koochesfahani (*pro hac vice*)
michaelzeller@quinnemanuel.com
derekshaffer@quinnemanuel.com
thomasnolan@quinnemanuel.com
ariankoochesfahani@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443 3000
Fax: (213) 443 3100

Jeffrey Keith Sandman (*pro hac vice*)
jeff.sandman@webbdaniel.law
WEBB DANIEL FRIEDLANDER LLP
5208 Magazine St Ste 364
New Orleans, LA 70115
Phone: (978) 886 0639