**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 1:23-cv-00917-DAE |
| ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, | § § § § § | |
| *Defendant*. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF PAGE LIMIT**

On this day the Court considered Defendant's Unopposed Motion for Leave to File Response to Plaintiffs' Motion for Expedited Preliminary Injunction. After due consideration of the motion, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File Response to Plaintiffs' Motion for Expedited Preliminary Injunction is GRANTED and authorizes Defendant to file her response to Plaintiffs' Motion for Expedited Preliminary Injunction in excess of the page limit.

SIGNED ON _____, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE