# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-00917-DAE |
| | § | |
| ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, | § | |
| | § | |
| *Defendant*. | § | |

---

## ORDER DENYING PLAINTIFFS'
## MOTION FOR EXPEDITED PRELIMINARY INJUNCTION

---

On this day the Court considered Plaintiffs' Motion for Expedited Preliminary Injunction. After due consideration of the motion and all responses and replies, the Court finds said motion is not meritorious.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Expedited Preliminary Injunction is DENIED.

SIGNED ON _____, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE