UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ANGELA COLMENERO, In Her Official Capacity As Interim Attorney General For The State Of Texas<br><br>    Defendant. | CASE NO. 1:23-cv-00917-DAE |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF PAGE LIMITS

Plaintiffs respectfully request leave of Court to file their Reply in support of Plaintiffs' Motion for Expedited Preliminary Injunction in excess of the 10-page limit.

The excess pages are necessary to adequately respond to Defendant's Opposition arguments, which themselves exceeded page limits (with leave granted). *See* Dkt. 26. Local Rule CV-7(e)(3) limits a reply in support of a motion to 10 pages. Plaintiffs respectfully request leave for an additional 2 pages (for a total of 12 pages), exclusive of caption, signature, and certificate of service, to put forth their argument and support on reply.

Defendant's counsel does not oppose the relief requested in this motion.

Wherefore, Plaintiffs respectfully requests the Court grant this motion and allow the filing of Plaintiffs' Reply in support of Motion for Expedited Preliminary Injunction in excess of the page limit for a reply in support of a motion.

1

DATED:  August 21, 2023					QUINN EMANUEL URQUHART & SULLIVAN, LLP

							By		/s/     *Scott L. Cole*


							Scott L. Cole (Bar No. 00790481)
							scottcole@quinnemanuel.com
							QUINN EMANUEL URQUHART & SULLIVAN, LLP
							300 West 6th Street
							Suite 2010
							Austin, TX 78701
							Telephone: (737) 667 6100
							Fax: (737) 667 6110

							Michael T. Zeller (*pro hac vice*)
							Derek L. Shaffer (*pro hac vice*)
							Thomas Nolan (*pro hac vice*)
							Arian Koochesfahani (*pro hac vice*)
							michaelzeller@quinnemanuel.com
							derekshaffer@quinnemanuel.com
							thomasnolan@quinnemanuel.com
							ariankoochesfahani@quinnemanuel.com
							QUINN EMANUEL URQUHART & SULLIVAN, LLP
							865 South Figueroa Street, 10th Floor
							Los Angeles, CA 90017-2543
							Telephone: (213) 443 3000
							Fax: (213) 443 3100

							Jeffrey Keith Sandman (*pro hac vice* forthcoming)
							jeff.sandman@webbdaniel.law
							WEBB DANIEL FRIEDLANDER LLP
							5208 Magazine St Ste 364
							New Orleans, LA 70115
							Phone: (978) 886 0639

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 21, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing, and all documents filed concurrently and attached hereto via the Court's CM/ECF system.

Dated:  August 21, 2023            */s/ Scott L. Cole*
                                   Scott L. Cole

**CERTIFICATE OF CONFERENCE**

I certify that on August 21, 2023, I conferred with Defendant's counsel via email regarding the subject of this motion. Counsel indicated that he is unopposed to this motion.

Dated:  August 21, 2023            */s/ Scott L. Cole*
                                   Scott L. Cole