UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANGELA COLMENERO, In Her Official Capacity As Interim Attorney General For The State Of Texas <br><br> Defendant. | CASE NO. 1:23-cv-00917-DAE |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF PAGE LIMITS**

On this day the Court considered Plaintiffs' Unopposed Motion for Leave to File Reply in support of Plaintiffs' Motion for Expedited Preliminary Injunction, in excess of the page limits of Local Rule CV-7(e)(3). After due consideration of the motion, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Leave to File Reply in support of Plaintiffs' Motion for Expedited Preliminary Injunction is GRANTED, and Plaintiffs are authorized to file their Reply in support of Plaintiffs' Motion for Expedited Preliminary Injunction in excess of the page limit.

SIGNED ON  August 21, 2023

_____
HON. DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE

1