**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANGELA COLMENERO, In Her Official Capacity As Interim Attorney General For The State Of Texas<br><br>Defendant. | **CASE NO. 1:23-cv-00917-DAE** |

## REBUTTAL DECLARATION OF KIMBERLY MEHLMAN-OROZCO, PHD IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION

# TABLE OF CONTENTS

Summary of Credentials ........................................................................................................ 3

Materials Reviewed .............................................................................................................. 4

Rebuttal Opinions ................................................................................................................ 4

Conclusion ........................................................................................................................... 8

APPENDIX A. CURRICULUM VITAE ............................................................................. 9

## DECLARATION OF DR. KIMBERLY MEHLMAN-OROZCO

I, DR. KIMBERLY MEHLMAN-OROZCO, do hereby state and declare:

I am over the age of 18 and the facts contained in the following Declaration are known to me of my own personal knowledge and if called upon to testify, I could and would completely do so.

### Summary of Credentials

1. I received my B.S. from George Mason University *cum laude* in Administration of Justice, my M.A. from George Mason University in Justice, Law, and Crime Policy, and my Ph.D. in Criminology, Law and Society from George Mason University.

2. I currently serve as the Executive Director of an anti-trafficking non-profit organization—Freedom Light. In this capacity, I provide training and technical assistance to businesses on how to combat human trafficking.

3. I also am the Founder and CEO of Break the Chain LLC, where I actively serve as a human trafficking expert witness in criminal and civil cases across the United States (see Appendix A for a list of cases incorporated into my Curriculum Vitae).

4. I have authored a book on human trafficking, <u>Hidden in Plain Sight: America's Slaves of the New Millennium</u>, which received overwhelming praise from anti-trafficking experts and is used to train law enforcement. I have personally trained law enforcement on how to identify human trafficking, including:
   - •Royal Canadian Mounted Police in Nova Scotia, Canada
   - •Homeland Security Investigations in Buffalo, New York
   - •Homeland Security Investigations in Raleigh, North Carolina
   - •North Carolina State Bureau of Investigations in Raleigh, North Carolina
   - •Montebello Police Department in Montebello, California

5. I previously served as an adjunct human trafficking subject matter expert for RAND Corporation, a nonprofit institution that helps improve policy and decision-making through research and analysis. In that capacity, I worked on three study proposals:
   (i) Research design to evaluate the National Human Trafficking Hotline;
   (ii) Development of an evidence based human trafficking risk assessment tool for organizations working with minors; and
   (iii) Evaluating the outcomes of housing services for adult and juvenile human trafficking survivors.

6. A more detailed summary of my credentials is available in my Curriculum Vitae, which is attached hereto as Appendix A.

**Materials Reviewed**

In addition to the materials cited herein:

1. I have reviewed H.B. 1811, specifically Section 129B.004 "Sexual Materials Health Warnings;"
2. I have reviewed the Declaration of Dr. Vanessa Bouché; and
3. I have reviewed the sources apparently referenced[1] by Dr. Vanessa Bouché.

**Rebuttal Opinions**

***Rebuttal Opinion 1:*** Dr. Bouché references no reliable, empirical data to conclude that the three sexual material health warnings are truthful, non-misleading, and consistent with the published academic and scientific literature examining the effects of pornography on children and adolescents.

> While Dr. Bouché seems to reference the abstracts of several uncited sources, these quotes do not reflect the full content of the studies and exclude contradictory conclusions and limitations to the studies' findings, which bely Dr. Bouché's conclusions. Moreover, Dr. Bouché does not address countervailing empirical research. Finally, Dr. Bouché does not grapple with issues related to reliability and/or generalizability of her referenced materials, as well as the limitations of the findings of her own sources.

***Rebuttal Opinion 2:*** Dr. Bouché references no reliable, empirical data to conclude that pornography is potentially biologically addictive, is proven to harm human brain development, desensitizes brain reward circuits, increases conditioned responses, and weakens brain function.

> For example, Dr. Bouché refers to one article in attempt to claim that "scientific studies have indeed shown that internet pornography addiction fits into the addiction framework and shares similar basic mechanisms with substance addiction." In the abstract of this study that she chose to reference, the authors liken Internet pornography addiction to substance addiction, as well as "Internet addiction and Internet Gaming Disorder." However, the authors even recognize that "future research needs to address whether or not there are specific differences between substance and behavior addiction." To be clear, the authors of the study Dr. Bouché chose to reference compare addiction involving "psychoactive substances such as alcohol, opioids and cocaine" to pathological behaviors such as "uncontrolled gambling, internet use, gaming, pornography, and sexual acting out." Ultimately, Dr. Bouché fails to acknowledge the limitations of this research.

> Additionally, in an attempt to support her opinion related to this topic, Dr. Bouché references the results of an article which state, *"Overlapping features exist between CSB and substance use disorders. Common neurotransmitter systems may contribute to CSB and substance use disorders, and recent neuroimaging studies highlight similarities*

---

[1] Note: Dr. Bouché failed to include in-text citations or footnotes in her declaration, but the sources were identified and are cited herein.

*relating to craving and attentional biases."* However, Dr. Bouché fails to acknowledge the conclusions of the authors from the same article, which clearly state, *"Despite the growing body of research linking compulsive sexual behavior (CSB) to substance addictions,* **significant gaps in understanding continue to complicate classification of CSB as an addiction.***"*

Last, in an attempt to support her opinion related to this topic, Dr. Bouché references an abstract of another article[2], which claims that "an increased use of Internet pornography decreased boys' academic performance six months later." However, in the abstract of the article, the authors recognize that this relationship may be spurious and explained by confounding variables such as self-discipline, engagement in sexual activities other than pornography, and total media exposure. Notably, the data for this article was collected in another country—Belgium.

Ultimately, despite the fact that Dr. Bouché's own selected references suggest that there are "significant gaps in understanding" which "complicate" the classification of compulsive sexual behavior as an addition, Dr. Bouché concludes that CSB is an addiction that "may be" amplified by Internet pornography. This conclusion isn't adequately supported by her own references for her declaration.

Moreover, the use of the word "proven" in this sexual material health warning is counter to scientific principles. Regardless of academic discipline or field, the same principals are used to demarcate science from non-science/pseudoscience, and in order for theory to be considered scientific, it must be able to be tested and conceivably falsified[3]. As such, it is counter to state-of-the-science research methods to use the word "proven" in a social scientific context, considering that social scientific research cannot be used to "prove" a particular theory or relationship, but rather establish evidence on the statistically likelihood of its existence.

**Rebuttal Opinion 3:** Dr. Bouché references no reliable, empirical data to conclude that pornography is associated with low self-esteem and body image, eating disorders, impaired brain development, and other emotional and mental illnesses.

The article[4] Dr. Bouché chose to reference in her declaration in relation to this issue clearly states that, "as most of the studies (24/26) included in this review were cross-sectional in nature, *causal relationships between pornography exposure and body image cannot be assumed…findings cannot be generalized to adolescents…other limitations include a potential bias in overall sampling…self-selection bias may thus also limit the generalizability of findings.*"

[2] Beyens, I., Vandenbosch, L., & Eggermont, S. (2015). Early adolescent boys' exposure to Internet pornography: Relationships to pubertal timing, sensation seeking, and academic performance. The Journal of Early Adolescence, 35(8), 1045-1068.

[3] For example, see Popper, Karl R. 1963. Science as Falsification. Conjectures and Refutations. Retrieved from: https://staff.washington.edu/lynnhank/Popper-1.pdf

[4] Paslakis, G., Chiclana Actis, C., & Mestre-Bach, G. (2022). Associations between pornography exposure, body image and sexual body image: A systematic review. Journal of Health Psychology, 27(3), 743-760.

Dr. Bouché references the abstract of another study to claim that there is a "negative association between reported pornography hours per week and gray matter volume in the right caudate area of the brain[5]." The study acknowledges that these findings are limited, especially by the small sample size[6]. Moreover, subsequent research further questions the reliability of these findings, citing, *"Although recent neuroimaging studies have suggested some possible neurobiological mechanisms of CSB, these* ***results should be treated as tentative given methodological limitations (e.g., small sample sizes, cross-sectional designs, solely male subjects, and so on). Current gaps in research exist complicating definitive determination whether CSB is best considered as an addiction or not."***[7]

Despite the repeated discussion of limitations across the literature and the clear statement that a causal relationship between pornography and low self-esteem and body image issues cannot be assumed in her own references, Dr. Bouché's declaration suggests that this association is "established."

***Rebuttal Opinion 4:*** Dr. Bouché references no reliable, empirical data to conclude that pornography increases the demand for prostitution, child exploitation, and child pornography.

Based on my research, education, and experience, I am not aware of any reliable academic or scientific literature which definitively concludes that pornography increases the demand for prostitution. While Dr. Bouché does claim that one study "concluded" that men who were arrested for solicitation of prostitution were twice as likely to report having watched pornographic movies over the preceding year than the national sample, this purported "conclusion" cannot be used to establish causal inference and in no way reliably assesses demand for pornography.

Although it is unclear which study Dr. Bouché is referring to, given the absence of citations throughout her declaration, it is possible that she was referring to a 2005 comparison of male customers of female street prostitutes with national samples of men[8]. If this is the article Dr. Bouché was referencing, it fails to make any causal inference between pornography and prostitution.

Moreover, in her past publications, Dr. Bouché claims that "a growing body of research implicates pornography for driving the demand for prostituted women.[9]" Dr. Bouché does not cite to any peer-reviewed research or book to support this statement, and rather, cites to a reading list from a now apparently defunct non-profit known as "Captive

[5] Kühn, S., & Gallinat, J. (2014). Brain structure and functional connectivity associated with pornography consumption: the brain on porn. *JAMA psychiatry*, *71*(7), 827-834.
[6] Participants limited to 64 men.
[7] Kraus, S. W., Voon, V., & Potenza, M. N. (2016). Neurobiology of compulsive sexual behavior: Emerging science. Neuropsychopharmacology, 41(1), 385.
[8] Monto, M. A., & McRee, N. (2005). A comparison of the male customers of female street prostitutes with national samples of men. International Journal of Offender Therapy and Comparative Criminology, 49(5), 505-529.
[9] See, for example, Bouché V. Sex trafficking: Inside the business of modern day slavery. Hum Rights Q. 2011;33(3):899-906,922. http://mutex.gmu.edu/login?url=https://www.proquest.com/scholarly-journals/sex-trafficking-inside-business-modern-day/docview/902827795/se-2. doi: https://doi.org/10.1353/hrq.2011.0034

Daughters[10]." Not only is Captive Daughters not a reliable or empirically based organization, but the group makes erroneous and entirely unfounded claims that:

- All women who engage in pornography are prostitutes;
- All pornographers are pimps;
- All prostitution is trafficking;
- Prostitution is paid serial rape;
- Prostitution is a form of violence against women; and
- The distinctions between trafficking, prostitution, and child prostitution are "false[11]."

Not only are the claims by Dr. Bouché's cited source antithetical to all rigorous empirical research within the field, but they are also counter to recommendations by leading human rights organizations, such as Amnesty International, which have published policy and research on the need for decriminalization and protection of sex workers' rights[12].

Ultimately, to support this topic, Dr. Bouché references an abstract of an article, which claims "individuals with a younger ''age of onset'' for adult pornography use were more likely to engage in deviant pornography (bestiality or child) compared to those with a later ''age of onset''[13]." However, the findings in no way support the thesis of her opinion or the sexual material health warnings. Moreover, the findings were significantly limited and not appropriate for generalizability. The sample was overwhelmingly women and, of the sample, 76.1% (92) of men watched no pornography or adult-only pornography and 93.4% (458) of women watched no pornography or adult-only pornography. While 16 men and 16 women admitted to watching child pornography in this study, the findings fail to draw any link between adult-pornography use and deviant sexuality.

---

[10] See Captive Daughters, Reading List (2011) available at http://www.captivedaughters. org/readinglist.htm.

[11] See, for example, Mantilla K. CAPTIVE DAUGHTERS: Conference on pornography and international sex trafficking. Off Our Backs. 2005;35(7):17-23,32-37. http://mutex.gmu.edu/login?url=https://www.proquest.com/magazines/captive-daughters-conference-on-pornography/docview/197135694/se-2

[12] Amnesty International. (2016). Amnesty International publishes policy and research on protection of sex workers' rights. Retrieved from: https://www.amnesty.org/en/latest/news/2016/05/amnesty-international-publishes-policy-and-research-on-protection-of-sex-workers-rights/#:~:text=It%20recommends%20the%20decriminalization%20of,general%20organization%20of%20sex%20work.

[13] Seigfried-Spellar, K. C., & Rogers, M. K. (2013). Does deviant pornography use follow a Guttman-like progression?. Computers in Human Behavior, 29(5), 1997-2003.

**Conclusion**

Based on my education, research, experience, and the materials reviewed, I declare under penalty of perjury:

There are no reliable data causally linking pornography to an increased demand for prostitution and therefore it is not accurate to conclude that pornography leads to an increased demand for prostitution. There are no reliable data causally linking pornography to an increased demand for child exploitation and therefore it is not accurate to conclude that pornography leads to an increased demand for child exploitation.  There are no reliable data causally linking pornography to an increased demand for child pornography and therefore it is not accurate to conclude that pornography leads to an increased demand for child pornography. Ultimately, Dr. Bouché's opinions are not based on or supported by state-of-the-science research or reliable data.

DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C §1746, I declare under penalty of perjury that the above statements are true and based upon my personal knowledge.

Executed on August 21, 2023, at Montclair, Virginia.

**DR. KIMBERLY MEHLMAN-OROZCO, Subject Matter Expert and CEO of Break the Chain LLC**

# APPENDIX A. CURRICULUM VITAE

## DR. KIMBERLY B. MEHLMAN-OROZCO

(703) 362-9405 ▪ kim@mehlmanorozco.com ▪ www.mehlmanorozco.com

---

### EDUCATION

**Doctor of Philosophy**                    Criminology, Law and Society
                                            George Mason University

*Dissertation:* The "Crimmigration" Affect: An Analysis of 287(g) and Latino/a Representation in the U.S. Juvenile Justice System

*Expertise:* Human Trafficking, Human Smuggling, Immigration, Survey Methods and Systematic Review

**Master of Arts**                          Justice, Law, and Crime Policy
                                            George Mason University

*Thesis:* Foreign Nationals and Crime: An Exploratory Analysis of Undocumented Migrants in Northern Virginia

**Bachelor of Science**                     Administration of Justice
                                            George Mason University

*Cum Laude*

### TEACHING EXPERIENCE

**Surviving and Thriving Beyond Sex Trafficking**    SP18
                                            Ph.D. Research Course
                                            Sustainability Education
                                            Prescott College

**CRIM307 Social Inequality, Crime, and Justice**    FA17
                                            Criminology, Law and Society
                                            George Mason University

**CRIM405 Law and Justice Around the World**    SP17, SP18
                                            Criminology, Law and Society
                                            George Mason University

**CRIM308 Human Rights and Justice**        FA16
                                            Criminology, Law and Society
                                            George Mason University

**CCJS100 Intro to Criminal Justice**       FA12-SP14
                                            Department of Criminology & Criminal Justice
                                            University of Maryland College Park

**CCJS370 Race and Crime**                  FA12-SP14
                                            Department of Criminology & Criminal Justice
                                            University of Maryland College Park

**CCJS432 Law of Corrections**

FA12
Department of Criminology & Criminal Justice
University of Maryland College Park

**CCJS418J Foreign Nationals and Crime**

FA12-SP13
Department of Criminology & Criminal Justice
University of Maryland College Park

**CRIM490 Foreign Nationals and Crime**

SU09, SU10, SU11, SU12
Criminology, Law and Society
George Mason University

**GED, Work Place Essential Skills,
and Adult Basic Education**

SU05-SU06
Adult Detention Center
Prince William County

RESEARCH EXPERIENCE

**CEO**

FA19– Present
Break the Chain

**Executive Director**

WI18– Present
Freedom Light

**Partner/Human Trafficking Expert Witness**

FA16– WI18
Mahn, Mehlman & Associates

**Human Trafficking Subject Matter Expert**

SU16-FA17
RAND Corporation

**Executive Director/Human Trafficking Consultant**

WI12– FA16
The Justitia Institute

**Director**

FA10 – WI12
Latino Policy Institute
Roger Williams University

**Research Associate**

SU11 – WI12
Cochrane Collaboration College for Policy
George Mason University

**Lead Clinical Trials Search Coordinator**

SU10 – WI12
Justice Health Field
The Cochrane Collaboration

**Senior Research Associate**

SU08 – SU11
OJJDP Census of Juveniles on Probation
George Mason University

**Graduate Research Assistant**

SU10 – FA10
Violence and Victimization Research Division
National Institute of Justice (On Contract)

|                              | Office of Justice Programs |
|------------------------------|----------------------------|
| **Senior Fellow**            | SU08 – FA10                |
|                              | The Lloyd Society          |
| **Graduate Research Assistant** | SU06 – SU08             |
|                              | Trinidad & Tobago Crime Reduction Project |
|                              | George Mason University     |
| **Graduate Research Assistant** | WI07-SP07, SP08          |
|                              | OJJDP Vaccines for Children Project |
|                              | George Mason University     |

PUBLICATIONS

**Mehlman-Orozco, Kimberly** (2023). 'Sound of Freedom' is a box office hit. But does it profit off trafficking survivors? USA Today.

Lowery-Keith, Jennifer and **Kimberly Mehlman-Orozco** (2022). 'Justice Denied': A Sex Trafficking Survivor Tells Her Story. The Crime Report.

**Mehlman-Orozco, Kimberly B** and Greg Bristol. (2021). Suing Social Media Sites Won't Curb Sex Trafficking: Advocates. The Crime Report.

**Mehlman-Orozco, Kimberly B** and Marisa A. Trasatti. (2021). "Does 'Nirvana' Lawsuit Undermine Struggle Against Trafficking?" The Crime Report.

**Mehlman-Orozco, Kimberly B** and Marisa A. Trasatti. (2021). "Britney Spears, human trafficking and the law." New York Daily News.

**Mehlman-Orozco, Kimberly B**. (2021). "The 'Racialization' of Sex Trafficking in America." The Crime Report.

**Mehlman-Orozco, Kimberly B**. (2021). "COVID-19, the Commercial Sex Industry and Sex Trafficking." The Crime Report.

**Mehlman-Orozco, Kimberly B**. (2019). "Jeffrey Epstein's deal with Alexander Acosta wasn't out of line with what I have seen." USA Today.

**Mehlman-Orozco, Kimberly B.** and Sheriff William D. Snyder. (2019). "Robert Kraft spa scandal: Sex trafficking is hard to prove, that doesn't mean it's a lie." USA Today.

**Mehlman-Orozco, Kimberly B.** and William D. Snyder. (2019). "Legalizing prostitution could end sex-trafficking investigations." The Hill.

**Mehlman-Orozco, Kimberly B.** (2019). "How to Fight Sex Trafficking." Politico.

**Mehlman-Orozco, Kimberly B.** (2019). The Jihadi Next Door: How ISIS is Forcing, Defrauding, and Coercing Your Neighbor into Terrorism. SkyHorse.

**Mehlman-Orozco, Kimberly B.** (2018). "Sex trafficking bill likely to do more harm than good." The Baltimore Sun.

**Mehlman-Orozco, Kimberly B.** (2018). "Why cracking down on websites won't stop online sex trafficking." *Thomson Reuters Foundation.*

**Mehlman-Orozco, Kimberly B.** (2018). "Legislation Aiming to Stop Sex Trafficking Would Hurt Investigations." *Homeland Security Today.*

**Mehlman-Orozco, Kimberly B.** (2017). "Trafficking victims get lost under unjust criminal convictions." *The Hill.*

**Mehlman-Orozco, Kimberly B.** (2017). "Projected Heroes and Self-Perceived Manipulators: Understanding the Duplicitous Identities of Human Traffickers." *Trends in Organized Crime.*

**Mehlman-Orozco, Kimberly B.** (2017). Hidden in Plain Sight: America's Slaves of the New Millennium. ABC-CLIO/Praeger.

**Mehlman-Orozco, Kimberly**. (2017). "Why we should question the FBI's recent human trafficking sting." *Thomson Reuters.*

**Mehlman-Orozco, Kimberly**. (2017). "Decriminalize sex work to bring trafficking victims out of the shadows." *The Hill.*

**Mehlman-Orozco, Kimberly**. (2017). "Decriminalizing sex work would help bring victims out of the shadows." *The Washington Post.*

**Mehlman-Orozco, Kimberly B.** (2017). "Why the Stop Enabling Sex Traffickers Act is the Wrong Solution." *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2017). "Identifying Victims of Human Trafficking." *Dimensions of Dental Hygiene.*

Syme, Sheryl, Camardese, Susan, and **Kimberly Mehlman-Orozco.** (2017). "Human Trafficking: Red Flags for Dental Professionals." *Decisions in Dentistry.*

**Mehlman-Orozco, Kimberly B.** (2017). "Vilifying Backpage.com won't help fight sex trafficking" *The Washington Post.*

**Mehlman-Orozco, Kimberly B.** (2017). "Child Trafficking: The Tragedy of 'Princess'" *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2017). "To sue or not to sue third-party businesses for sex trafficking?" *Thomson Reuters Foundation.*

**Mehlman-Orozco, Kimberly B.** (2017). "Hunting the Internet's Sex Predators." *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2017). "Will shutting down Backpage.com end the scourge of child sex trafficking in America?" *Thomson Reuters Foundation.*

**Mehlman-Orozco, Kimberly B.** (2017). "Sex Trafficking: A Surprising Rescue Story." *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2017). "What every parent should know about sex trafficking." *Baltimore Sun.*

**Mehlman-Orozco, Kimberly B.** and Simon Hedlin**.** (2017). "Mehlman-Orozco, Hedlin: Stop criminalizing victims of sex trafficking." *The Houston Chronicle.*

**Mehlman-Orozco, Kimberly B.** (2017). "Why Do We Criminalize Young Victims of Sex Trafficking?" *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2016). "The Plight of Sex-Trafficking Survivors." *The Gay and Lesbian Review Worldwide.*

**Mehlman-Orozco, Kimberly B.** (2016). "Sex Trafficking is often hidden in plain sight." *The Hill.*

**Mehlman-Orozco, Kimberly B.** (2016). "Will Legalized Prostitution End the Sex Trafficking Scourge?" *The Huffington Post.*

**Mehlman-Orozco, Kimberly B.** (2016). "What happens after a human trafficking victim is rescued?" *The Hill.*

**Mehlman-Orozco, Kimberly B.** (2016). "The Reality of Sex Trafficking in Washington's Red Light District." *Baltimore Sun.*

**Mehlman-Orozco, Kimberly B.** (2016). "America's Symbolic, Not Effective, Anti-Trafficking Policy. *Diplomatic Courier.*

**Mehlman-Orozco, Kimberly B.** (2016). America's Anti-Trafficking Efforts: Hollow victories for public accolade. *Connection Newspapers*: Chantilly, Centerville, Great Falls, Herndon, McLean, & Vienna.

**Mehlman-Orozco, Kimberly B.** (2016). "Sex Slaves or Prostitutes?: How Human Trafficking is Hidden in Plain Sight in America's Capital." *Diplomatic Courier.*

**Mehlman-Orozco, Kimberly B.** (2015). "Safe Harbor Legislation for Juvenile Victims of Sex Trafficking: A Myopic View of Improvements in Practice. *Social Inclusion.*

**Mehlman-Orozco, Kimberly B.** (2015). "Tor and the Bitcoin: An Exploration into Law Enforcement Surveillance Capability Online". *Diplomatic Courier.*

**Mehlman-Orozco, Kimberly B.** (2015). "My nail salon may be a front for a brothel." *The Washington Post.*

**Mehlman-Orozco, Kimberly B** (2014). "Human Trafficking in the Philippines: A Blemish on Economic Growth". *Diplomatic Courier, Recovery in the Philippines.*

**Mehlman-Orozco, Kimberly B.** (2014). "Devoid of Research: An Evaluation of Human Trafficking Interventions". *Diplomatic Courier, Special Issue: Breaking the Cycle of Human Trafficking.*

Martinez, Ramiro, and **Mehlman-Orozco, Kimberly B.** (2014). "Hispanic Immigration and Crime". Oxford Handbook of Ethnicity, Crime, and Immigration. Eds. Michael Tonry and Sandra Bucerius. Oxford University Press.

**Mehlman-Orozco, Kimberly B.** (Contributing Author) (2010) "Breaking It Down: Justice, Law & Society Abstracts for Policymakers and Practitioners". *Center for Justice Law and Society.*

R<small>EPORTS</small>

**Mehlman-Orozco, Kimberly B.** (2023). Expert Report for J.C. as mother and legal guardian of I.R. (a minor), v. RITI, INC d/b/a AMERICAN INN & SUITES, 1:22-cv-00848-MHC

**Mehlman-Orozco, Kimberly B.** (2023). Expert Report for G.W. v. Northbrook Industries, Inc. D/B/A United Inn and Suites. Civil Action No. 1:20-cv-05232-JPB

**Mehlman-Orozco, Kimberly B.** (2023). Expert Report for A.G. v. Northbrook Industries, Inc. D/B/A United Inn and Suites. Civil Action No. 1:20-cv-05231-JPB

**Mehlman-Orozco, Kimberly B.** (2023). Expert Report for Community Legal Services of Ottawa file No. 20220503-C-0015992R.

**Mehlman-Orozco, Kimberly B.** (2022). W.K. et. al., v. Red Roof Inn, et. al. Civil Action Number 1:20-cv-5263.VHC.

**Mehlman-Orozco, Kimberly B.** (2022). Jane Does 1-4. v. Red Roof Inn, et. al. Civil Action Number 1:21-cv-04278-WMR.

**Mehlman-Orozco, Kimberly B.** (2022). J.A.. v. Red Roof Inn, et. al. Civil Action Number 1:21-cv-03655-TWT.

**Mehlman-Orozco, Kimberly B.** (2022). N.Z. v. Red Roof Inn, et. al. Civil Action Number 02642.

**Mehlman-Orozco, Kimberly B.** (2022). G.D. v. Red Roof Inn, et. al. Civil Action Number 02631.

**Mehlman-Orozco, Kimberly B.** (2022). Jane Doe v. Fairfax County Police. 1:21cv1150(AJT/JFA).

**Mehlman-Orozco, Kimberly B.** (2022). S.Y. v. Inn of Naples Hotel LLC and Inn of Naples, LLC. Case No.: 2:20-cv-00609-JES

**Mehlman-Orozco, Kimberly B.** (2022). S.Y. v. Naples Hotel Company and the Gulfcoast Inn of Naples Owners Association, Inc. 2:20-cv-00608

**Mehlman-Orozco, Kimberly B.** (2022). C.S. v. Inn of Naples Hotel, LLC and Inn of Naples, LLC 2:20-cv-00629

**Mehlman-Orozco, Kimberly B.** (2022). C.S. v. Naples Hotel Company and the Gulfcoast Inn of Naples Owners Association, Inc. 2:20-cv-00631

**Mehlman-Orozco, Kimberly B.** (2022). The People of the State of California v. Rachele Eschenburg. Case Number: FCR350232

**Mehlman-Orozco, Kimberly B.** (2022). People of the State of California v. Diane Mirabal. Superior Court of the State of California for the County of Santa Clara. Case No.: 98312

**Mehlman-Orozco, Kimberly B.** (2022). Casilao et. al. v. Hotelmacher LLC, et. al. Case No.: CIV-17-800-SLP

**Mehlman-Orozco, Kimberly B.** (2022). Jane Doe v. TRX Insurance Services, Inc and Richard Metz. United States District Court for the Eastern District of Pennsylvania. Civil Action No. 2:20-cv-

04095-MMB

**Mehlman-Orozco, Kimberly B.** (2021). Expert Witness Report. *Heidi Gilbert, Amber Means, Mandy Meloon, Gabriela Joslin, and Kay Poe, v. U.S.A Taekwondo, Inc.,* District of Colorado. 1: 18-cv-00981-CMA-MEH

**Mehlman-Orozco, Kimberly B.** (2020). Expert Witness Report. *M.B. v. Roosevelt Inn, LLC, et al.*.

**Mehlman-Orozco, Kimberly B.** (2017). Expert Witness Report. Keo Ratha et. al. v. Phatthana Seafood Co., et. al. Case No. 16-2-28453-1 KNT.

**Mehlman-Orozco, Kimberly B.** (2017). Expert Witness Report. *State of Ohio v. Michael Moore*. CR 16-3191.

**Mehlman-Orozco, Kimberly B.** (2011). The Effects of In-State Tuition for Non-Citizens: A Systematic Review of the Evidence. *Latino Policy Institute at Roger Williams University.* http://www.rwu.edu/depository/lpi/lpi-report.pdf

**Mehlman-Orozco, Kimberly B.** (2008). Race and Reporting Burglary, Robbery, and Assault in Trinidad and Tobago. (Completed under a grant from the Trinidad and Tobago Government*).*

SCHOLARLY PRESENTATIONS

**Mehlman-Orozco, Kimberly.** (Forthcoming). Lies, Damn Lies, and Human Trafficking Statistics: The Truth Behind America's Failing War Against Modern Slavery.  Global Security Operations Security Leadership Conference.

**Mehlman-Orozco, Kimberly B.** and Greg Bristol. (2023). Lies, Damn Lies, and Human Trafficking Statistics: The Truth Behind America's Failing War Against Modern Slavery. International Association of Professional Security Consultants' (IAPSC) 38th Annual Conference.

Trasatti, Marisa and **Mehlman-Orozco, Kimberly B** . (2022). Hotel Industry and Human Trafficking. South Carolina Bar Convention.

Trasatti, Marisa and **Mehlman-Orozco, Kimberly B.** (2021). Human Trafficking Is Growing Exponentially: What your Corporation and Clients Need to Know about the Evolving Litigation Landscape. Lawyers for Civil Justice Conference.

Trasatti, Marisa, **Mehlman-Orozco, Kimberly B.**, Harvey, Brittany. (2021). Human Trafficking: The Silent Risk. RIMS Annual Conference.

Trasatti, Marisa, **Mehlman-Orozco, Kimberly B.**, Yesowitch, Irene, Vorndran, Maryann, and Miller, Graham. (2020). Training to Combat Human Trafficking at Your Commercial Premise. Cyber, Management & Professional Liability Conference.

Trasatti, Marisa, **Mehlman-Orozco, Kimberly B.**, Clark, Fran, et. al. (2020). Training to Combat Human Trafficking at your Commercial Premise– Learn the Emerging Risks, Litigation Issues and Preventative Measures. Claims and Litigation Management Alliance Conference.

Trasatti, Marisa, **Mehlman-Orozco, Kimberly B.**, Ewing, Lance. (2020). Human Trafficking: The Silent Risk. Claims and Litigation Management Alliance Conference.

**Mehlman-Orozco, Kimberly B.** (2019). Keynote Speaker: National Capital Region Threat Intelligence

Consortium  (NTIC) Human Trafficking Seminar.

**Mehlman-Orozco, Kimberly B.** (2019). Law Enforcement's Role in Combating Human Trafficking and Assisting Victims. Police Executive Research Forum (PERF).

**Mehlman-Orozco, Kimberly B.** and Marisa Trasatti (2019). Human Trafficking: The Silent Risk. The RIMS (Risk Management Society) Conference.

**Mehlman-Orozco, Kimberly B.** (2019). Social Policy and Justice Panelist. Harvard College Project of Asian and International Relations. Harvard University.

**Mehlman-Orozco, Kimberly B.** (2018). Women in Homeland Security Human Trafficking Symposium Panelist. Marymount University.

**Mehlman-Orozco, Kimberly B.** (2017). Human Trafficking Symposium Panelist. Liberty University School of Law.

Martin, Favian, **Mehlman-Orozco, Kimberly**, and Wooditch, Alese. (2014). Mexican Migration to the United States: An Exploratory Study into Illegal Border Crossings. Academy of Criminal Justice Sciences. Philadelphia, PA

**Mehlman-Orozco, Kimberly B.** (2010). "Justice Health Systematic Review Methods," Presented at the annual colloquium of the Cochrane and Campbell Collaborations: Keystone, CO.

**Mehlman-Orozco, Kimberly B.** (2010). "Open Access Systematic Reviews for Juvenile Probation Information," Presented at the first annual OJJDP Probation Summit: Washington, D.C.

**Mehlman-Orozco, Kimberly B.,** Chirieleison, J., Sebold, C. M., Douds, A., Gallagher, A.M., and Gallagher, C.A. (2010). "Characteristics of Juveniles on Probation: Collecting Data from Atlantic to Pacific". Presented at the 2010 American Probation and Parole Association Conference: Washington, D.C.

**Mehlman-Orozco, Kimberly B.** (2010). "Justice Health Search Methods: PubMed and More," Presented at the International Network for Justice Health Meeting: Scottsdale, AZ.

Gallagher, C.A., Douds, A.S., **Mehlman-Orozco, Kimberly B.,** Chirieleison, J., and Olaghere, A. (2010). "Justice Health Bibliographic Data Mapping," Presented at the International Network for Justice Health Meeting: Scottsdale, AZ.

**Mehlman-Orozco, Kimberly B.** (2010). "Smuggling and the Likelihood of Detention among Undocumented Migrants," Law and Society Association Conference: Chicago, IL.

Douds, Anne S. and **Mehlman-Orozco, Kimberly B.** (2010). "FASD in Justice Facilities: What does the research tell us?", Meeting of the Interagency Coordinating Committee on Fetal Alcohol Spectrum Disorders: Rockville, MD.

Gallagher, Catherine, Taxman, Faye, Kinner, Stuart, Doyle, Jodie, Pardo-Rengifo, Monica, **Mehlman-Orozco, Kimberly B.**, Olaghere, Ajima, Royle, Nick, Gabriel Cuervo, Luis. (2009). "Knowledge mapping for research prioritization: examples from the Network for Justice Health". 17th Cochrane Colloquium, Singapore.

**Mehlman-Orozco, Kimberly B.** (2009). "Justice Health Systematic Review Methods," Presented at the International Network for Justice Health Meeting: Orlando, FL.

**Mehlman-Orozco, Kimberly B.** (2008). "Foreign Nationals and Crime: An Exploratory Analysis of Undocumented Migrants in Northern Virginia," American Society of Criminology Conference: St. Louis, MO.

OTHER PRESENTATIONS

**Mehlman-Orozco, Kimberly B.** (2018). Invited Trainer on Human Trafficking Provided to the Advancing the Business of Healthcare Medical Coding Chapter in Woodbridge, Virginia (2 CEUs).

**Mehlman-Orozco, Kimberly B.** (2018). Invited Trainer on Human Trafficking for the Canadian Police College Human Trafficking Investigator's Course, Royal Canadian Mounted Police and Halifax Regional Police, Canada.

**Mehlman-Orozco, Kimberly B.** (2018). Invited Annual Speaker for the College of Humanities and Social Sciences Degree Celebration, George Mason University.

**Mehlman-Orozco, Kimberly B.** (2018). Invited Presenter for the Well Library Honors Event, George Mason University.

**Mehlman-Orozco, Kimberly B.** (2017). Invited Training Presentation on Human Trafficking Red Flags for Prevent Abuse and Neglect through Dental Awareness (P.A.N.D.A).

**Mehlman-Orozco, Kimberly B.** (2017). Invited Guest Speaker for Human Trafficking Awareness Event with Kappa Delta Phi International Sorority, George Mason University.

**Mehlman-Orozco, Kimberly B.** (2017). Invited Guest Speaker at the Mother's Union International Conference Human Trafficking Forum.

**Mehlman-Orozco, Kimberly B.** (2017). Invited Guest Speaker at the Keeping Our Youth Safe Conference. Bernadette's House.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker for Girls at High-Risk of Sex Trafficking. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking. Woodbridge Woman's Club.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker for TEAM Summer Quest: High-Risk Youth Diversion Program. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking. Soroptimist International, Alexandria Chapter.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking. Republican Women of Clifton.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking in Northern Virginia. Westminster at Lake Ridge.

**Mehlman-Orozco, Kimberly B.** (2016). Keynote Speaker. Soroptimist Human Trafficking Awareness

Event.

**Mehlman-Orozco, Kimberly B.** (2015). Invited Guest Speaker on Human Trafficking. Trinity Episcopal Church.

**Mehlman-Orozco, Kimberly B.** (2015). Invited Guest Speaker for TEAM Summer Quest: High-Risk Youth Diversion Program. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2014). Invited Guest Speaker for TEAM Summer Quest: High-Risk Youth Diversion Program. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2014). Invited Guest Speaker on Mapping Suspected Human Trafficking Networks through Advertisements. Homeland Security Investigations, DHS, Buffalo, NY.

**Mehlman-Orozco, Kimberly B.** (2013). Exhibitor. Governor's Summit on Human Trafficking. Richmond, VA.

**Mehlman-Orozco, Kimberly B.** (2013). Invited Guest Speaker on Labor Trafficking. St. Francis of Assisi Catholic Church.

**Mehlman-Orozco, Kimberly B.** (2011). Keynote Speaker. First Annual Quetzal Award Gala. Guatemalan Center of New England.

EXPERT WITNESS CASES—CONSULTATION AND/OR TESTIMONY

| | |
|---|---|
| Forthcoming | Woodhull Freedom Foundation et al. v. United States. |
| 2023 | J.C. as mother and legal guardian of I.R. (a minor), v. RITI, INC d/b/a AMERICAN INN & SUITES, 1:22-cv-00848-MHC |
| 2023 | G.W. v. Northbrook Industries, Inc. D/B/A United Inn and Suites. Civil Action No. 1:20-cv-05232-JPB |
| 2023 | A.G. v. Northbrook Industries, Inc. D/B/A United Inn and Suites. Civil Action No. 1:20-cv-05231-JPB |
| 2023 | Expert Report for Community Legal Services of Ottawa file No. 20220503-C-0015992R. |
| 2023 | Government of the United States Virgin Islands v. JP Morgan Chase Bank, N.A. and JP Morgan Chase Bank, N.A. v. James Edward Staley Case No. 22-cv-10904-JSR |
| 2023 | Jane Doe 1 v. JP Morgan Chase & Co. Case No. 1:22-cv-10019-JSR |
| 2023 | People of the State of California v. Angelina Avila Case No. BA508653-02 |
| 2023 | M.H. v. G6 Hospitality LLC, et. al. United States District Court Eastern District of Texas Sherman Division. 4:22-cv-198 |

| | |
|---|---|
| 2023 | United States of America v. Kamal Bhula, et al. United States District Court, For the District of New Mexico. Case No. 1:19-cr-01631-DHU |
| 2023 | United States of America v. Mei Xing, United States District Court for the Central District of California. No. 2:20-CR-0228(A)-FMO |
| 2023 | Jane Doe v. Fairfax County Police. 1:21cv1150(AJT/JFA). |
| 2022 | Charity Pearrow v. ESA P Portfolio LLC, et. al. 21-cv-62276-BLOOM/Valle |
| 2022 | K.R. v. 4200 Roosevelt LLC, et. al. Case Number 00552 |
| 2022 | C.A. v. 4200 Roosevelt LLC, et. al. Case Number 03355 |
| 2022 | B.H. v. 4200 Roosevelt LLC, et. al. Case Number 03356 |
| 2022 | K.C. v. 4200 Roosevelt LLC, et. al. Case Number 01926 |
| 2022 | T.E. v. 4200 Roosevelt LLC, et. al. Case Number 00994 |
| 2022 | V.S. v. 4200 Roosevelt LLC, et. al. Case Number 00997 |
| 2022 | Sherman, Gozun, and Nash v. Trinity Teen Solutions, Inc. Case Number 20-CV-215-SWS |
| 2022 | N.Z. v. Knights of Trevose, et. al. Civil Action Number 02642 |
| 2022 | G.D. v. Knights of Trevose, et. al. Civil Action Number 02631 |
| 2022 | Jane Doe 1-4 v. Red Roof Inns, Inc., et. al. Civil Action Number 1:21-cv-04278-WMR |
| 2022 | W.K., et. al. v. Red Roof Inns, Inc., et. al. Civil Action Number 1:20-cv-5263-VHC |
| 2022 | J.A. v. Red Roof Inns, Inc., et. al. Civil Action Number 1:21-cv-03655-TWT |
| 2022 | Casilao et. al. v. Hotelmacher LLC, et. al. Case No.: CIV-17-800-SLP |
| 2022 | S.Y. v. Inn of Naples Hotel LLC and Inn of Naples, LLC. Case No.: 2:20-cv-00609-JES |
| 2022 | S.Y. v. Naples Hotel Company and the Gulfcoast Inn of Naples Owners Association, Inc. 2:20-cv-00608 |
| 2022 | C.S. v. Inn of Naples Hotel, LLC and Inn of Naples, LLC 2:20-cv- |

| | |
|---|---|
| | 00629 |
| 2022 | C.S. v. Naples Hotel Company and the Gulfcoast Inn of Naples Owners Association, Inc. 2:20-cv-00631 |
| 2022 | People of the State of California v. Diane Mirabal. Superior Court of the State of California for the County of Santa Clara. Case No.: 98312 |
| 2021-Present | MADELYN CASILAO, HARRY LINCUNA, and ALLAN GARCIA, on behalf of themselves and all others similarly situated, Plaintiffs, v. HOTELMACHER LLC, dba HOLIDAY INN EXPRESS; STEAKMACHER, LLC, dba MONTANA MIKE'S STEAKHOUSE; SCHUMACHER INVESTMENTS, LLC, dba WATER ZOO; APEX USA, INC.; WALTER SCHUMACHER; and CAROLYN SCHUMACHER, Defendants. UNITED STATES DISTRICT COURT WESTERN DISTRICT OF OKLAHOMA Case No.: CIV-17-800-SLP |
| 2021-2022 | Jane Doe v. TRX Insurance Services, Inc and Richard Metz. United States District Court for the Eastern District of Pennsylvania. Civil Action No. 2:20-cv-04095-MMB |
| 2021-2022 | The People of the State of California v. Rachele Eschenburg. Case Number: FCR350232 |
| 2021 | Heidi Gilbert, Amber Means, Mandy Meloon, Gabriela Joslin, and Kay Poe,  v. U.S.A Taekwondo, Inc., District of Colorado |
| 2019-2021 | United States v. Matthew Woods, United States District of New Mexico[14] |
| 2019 | United States v. Adonis Baker, United States District of New Mexico |
| 2019 | United States v. Cornelius Galloway, United States District of New Mexico |
| 2018 | RCMP Federal Serious and Organized Crime R vs. Downey & Beals C/O Human Trafficking 2016-465660, Halifax, Canada |
| 2018 | United States of America vs. Savanah April Via, U.S. District Court for the District of Arizona |
| 2018 | Commonwealth of Virginia v. Corey Cardoza, Henrico County |
| 2018 | People v. Kareem Abdur-Razzaaq, Ind. No. 3154/2013, and |

---

[14] Case 1:17-cr-01235-WJ. Daubert Order where Chief United States District Judge William P. Johnson issued an order stating, "Dr. Mehlman-Orozco considers herself a leading expert in cases on sex trafficking and the Court agrees with that self-description."

|  | People v. Lemuel Skipper, Ind. No. 2409/2015, Bronx County |
|---|---|
| 2017-2020 | United States of America v. Miguel Scott Arnold, Terrence Hawkins, Tevin Bynoe, Emonie Murphy, and Joshua Guity-Nunez, United States District Court for the Middle District of Pennsylvania. |
| 2017- 2018 | Doe v. Subh Properties, et al., Civil Litigation, State of Maryland |
| 2017-2018 | State of Ohio v. Michael Moore, Lucas County Court |
| 2017-2018 | People of the State of California Plaintiff v. Tracy Sims Superior Court of California, County of Los Angeles |
| 2017 | Keo Ratha; Sem Kosal; Sophea Bun; Yem Ban; Nakry Phan; and Sok Sang v. Phatthana Seafood Co., Ltd; S.S. Frozen Food Co., Ltd.; Doe Corporations 1-5; Rubicon Resources, LLC; and Wales & Co. Universe, Ltd. United States District Court for the Central District of California |
| 2017 | In re: REFLEX MEDIA, INC., a Nevada corporation, Claimant, vs. VIBE MEDIA, INC. d/b/a CityVibe.com, a California corporation; SOPHIA THOMPSON, an individual; PEAKRIDGE d/b/a SugarModels.com, an Anguilla company; DANIEL ROMAN a/k/a Daniel Romanesse, an individual; ALI ASKARI, an individual; and DOES 1 through 10, inclusive |
| 2016-2017 | J.S., S.L., and L.C. v. Village Voice Media Holdings LLC, Supreme Court of the State of Washington |
| 2016-2017 | People of the State of California Plaintiff v. James Joseph, et. Al. Contra Costa County Court |
| 2016 | People of the State of California Plaintiff v. Young Kyung Cho Superior Court of California, County of Los Angeles |
| 2016 | People of the State of California Plaintiff v. Mixon-Givens Santa Clara County Court |

SELECTION OF MEDIA

| June 20, 2023. | CBS. St. Charles police arrest five people in connection with human trafficking enterprise. |
|---|---|
| April 6, 2023 | Forbes. Sex Traffickers Used America's Favorite Family Safety App To Control Victims. |
| January 10, 2023 | U.S. News & World Report. Jury Hears Case Alleging 4 Cops Enabled Prostitution Ring. |
| September 1, 2022 | Court TV. Only Fans Model Murder Case. |

| | |
|---|---|
| July 31, 2022 | CGTN. Kimberly Mehlman-Orozco on the role of internet in human trafficking. |
| July 22, 2022 | Court TV. Crystal Kizer: Sex Trafficking Murder Case. |
| December 16, 2021 | NPR. The Facts Of, The Myths About, And The Solutions For Child Trafficking. |
| April 24, 2021 | CBS News. Manhattan District Attorney's office to stop prosecuting prostitution cases. |
| April 10, 2021 | Fox News. Human smugglers using social media to transport migrants to US: Reports. |
| April 4, 2021 | Forbes. Inside the $4.5 Billion Erotic Massage Parlor Economy. |
| July 4, 2020 | CBS News. Epstein's alleged accomplice Ghislaine Maxwell set to be arraigned next week. |
| January 23, 2020 | Skift. Opening Closed Doors: Can Hotels Do More to Fight Human Trafficking? |
| August 9, 2019 | ABC. This Week with George Stephanopoulos. Panel discussion on Jeffrey Epstein. |
| July 9, 2019 | CBS News. Sex trafficking expert discusses Jeffrey Epstein case and sexual abuse. |
| May 10, 2019 | Hollywood Reporter. Sex Trafficking mars the Mystique of Cannes Film Festival. |
| April 12, 2019 | The Hill. Expert says it's 'very unlikely' Robert Kraft prostitution case would yield human trafficking convictions. |
| March 21, 2019 | CBS. Robert Kraft solicitation charge puts spotlight on sex trafficking. |
| March 4, 2019 | The Washington Post. Surveillance cameras, suitcases and billionaires: How an investigation into massage parlors unfolded in Florida. |
| March 1, 2019 | USA Today. From harmful fetishes to sex trafficking, Robert Kraft case highlights risks facing Asian women. |
| February 24, 2019 | CNN. Robert Kraft allegations: A sex trafficking expert weighs in. |
| January 11, 2019 | The Seattle Times. Documentary puts new attention on R. Kelly sex allegations. |
| August 22, 2018 | The Crime Report. Backpage Founders: We're Victims of Attack on Free Speech. |

| | |
|---|---|
| May 5, 2018 | Delaware Online. Human Trafficking Court shut down, to be merged with other treatment courts in Delaware. |
| May 1, 2018 | Delaware Online. Despite good intentions, Delaware slow to address human trafficking. |
| April 24, 2018 | ABC. Will new law protect women from sex trafficking? |
| April 23, 2018 | The Ringer. How Sex Ads Became a Battleground for the Future of the Internet. |
| April 22, 2018 | Miami Herald. He pimped a minor at Santa's Enchanted Forest. He got slapped with federal prison. |
| April 13, 2018 | Yahoo Lifestyle. Women's March lambasted for criticizing shutdown of Backpage.com. |
| April 10, 2018 | Miami Herald. Florida's sex industry 'in a panic' after feds shut down notorious Backpage website. |
| April 9, 2018 | The Crime Report. With Backpage Closed, Where Will The Sex Slave Trade Go? |
| March 22, 2018 | Washington Post. Bill enabling prosecutors, victims to pursue websites that host sex traffickers heads to White House. |
| March 2, 2018 | Governing. 3 Cities Lead Fight Against Human Trafficking. |
| February 1, 2018 | Vanity Fair. The Republican Party is Having Another Todd Akin Fiasco. |
| February 1, 2018 | New York Magazine. Missouri GOP Senate Hopeful Goes Off the Deep End on the Sexual Revolution and Human Trafficking. |
| January 31, 2018 | Kansas City Star. Josh Hawley blames sex trafficking on 'sexual revolution' of 1960s in leaked audio. |
| January 25, 2018 | Homeland Security Today. Expert Delves Into Real Face of Human Trafficking: Victims and Perpetrators. |
| January 23, 2018 | Huffington Post. Study Finds More Than 9,000 Brothels Masquerading As Legit Businesses. |
| January 11, 2018 | International Business Times. Human trafficking: Why we are all guilty of supporting the modern slave trade. |
| January 8, 2018 | Majority Report Radio. America's Slaves of the New Millennium with Dr. Kimberly Mehlman-Orozco. |

| | |
|---|---|
| December 21, 2017 | Fast Company. Hotels Are Key In The Fight To End Human Trafficking. |
| December 12, 2017 | WNPR. The Colin McEnroe Show. Child Labor In America And Abroad. |
| November 4, 2017 | C-SPAN. Hidden in Plain Sight Book Talk. |
| September 22, 2017 | Gray Media. Interview by Kyle Midura. Sex Trafficking Internet Crackdown Proposal. |
| August 8, 2017 | i24 news. Interview for Stateside with David Shuster. Model allegedly kidnapped for dark web auction. |
| August 2, 2017 | Newsy. Interview for "The Why" on human trafficking on the Internet. |
| July 30, 2017 | Al Jazeera. Segment Produced by Ruairi Casey. World Day Against Human Trafficking. |
| July 25, 2017 | Fox News Radio. Interviewed by Eben Brown. "Security America" segment on human smuggling deaths in San Antonio. |
| July 25, 2017 | Dallas News. Interviewed by Sarah Mervosh. New trick of the sex trade: Pimps can use retail gift cards to buy Backpage.com ads. |
| July 24, 2017 | WJLA. Interviewed by Stephen Loiaconi. Human smuggling deaths underscore need for immigration reform, experts say. |
| July 18, 2017 | The Washington Post. Interviewed by Tom Jackman. Under attack, Backpage.com has its supporters as anti-trafficking tool. But many differ. |
| June 11, 2017 | PJ Media. Interviewed by Karl Herchenroeder. Expert Notes Gap in Human-Trafficking Laws as Senators Press for Fund Renewal. |
| April 19, 2017 | WYPR. Interviewed by Tom Hall. Misinformation Sparked #DCMissingGirls Outrage, But It Highlights Real And Overlooked Issues. |
| March 30, 2017 | CBS. Interviewed by Jennifer Earl. Mom's warning about "human trafficking" at IKEA goes viral; what you need to know. |
| March 29, 2017 | Women's Health. Interviewed by Korin Miller.  This Mom Claims She Encountered Human Traffickers At IKEA And People Are Freaking Out. |
| February 10, 2017 | Miami Herald. Interviewed by David Ovalle. Florida lawsuit targets website decried as hub for human trafficking. |
| February 3, 2017 | Miami Herald. Interviewed by David Ovalle. The 'adult' section |

might be closed but Miami sex workers still on the job.

| | |
|---|---|
| January 1, 2017 | OutSmart Magazine. Interviewed by Dr. Laura McGuire on Human Trafficking. Hidden in Plain Sight: Researcher Dr. Mehlman-Orozco Discusses the Realities of Human Trafficking. |
| August 15, 2013 | USA Today, Interviewed by Yamiche Alcindor. Dozens of States Pass Laws to Fight Human Trafficking. |
| June 6, 2013 | USA Today. Interviewed by Yamiche Alcindor. Blue Campaign by DHS aims to combat human trafficking. |
| June 2, 2010 | Style Weekly. Interviewed for a human trafficking story by Peter Galuszka, "The New Slavery: Virginia becomes haven for human trafficking." |

OTHER PROFESSIONAL TRAINING

**No Room for Trafficking Summit**
Summer 2021                Summit                                AHLA Foundation

**Intelligence Community Conference**
Summer 2021                Conference                           Traffik Analysis Hub

**Transportation Industry Against Human Trafficking**
Fall 2020                Presentation                          U.S. Department of Commerce

**"Freedom Together" D.C., M.D., and V.A. Regional
Anti Human Trafficking Task Force Conference**            D.C., M.D., and V.A. Task Forces
Spring 2018                Conference

**Virginia Forum on Human Trafficking**
Fall 2015                Conference                            Dept. of Criminal Justice Services

**Regional Conference of Human Trafficking
Task Forces**                                                 DMV Anti-Trafficking Working
Fall 2015                Conference                            Group

**Maryland Freedom Conference**
Winter 2015                Conference                          Towson University

**Sharing Lessons, Sharing Responsibility:
Combating Human Trafficking**                                Migration Policy Institute
Spring 2013                Conference

**Freedom Network Annual Conference**
Spring 2013                Conference                          Freedom Network

**Human Trafficking Panel Discussion**
Spring 2013                Working Group                       George Washington Law

**Analytic Statistics and Meta Analysis**
Spring 2011                Paid Training                       Stata

| **Systematic Review and Meta Analysis** | GMU |
| Spring 2009, Fall 2010    Independent Graduate Study | |

**Systematic Review and Meta Analysis**  GMU
Spring 2009, Fall 2010            Independent Graduate Study

**PubMed, NLMGateway, ToxNet and ClinicalTrials.gov**  National Library of Medicine
Summer 2009            Search Certifications

**Ovid, ProQuest, and Web searches**  AHRQ
Summer 2009            Search Certifications

**Introduction to ArcGIS Workshops**  George Mason University
Fall 2009-Summer 2010

**Hand Searching Systematic Review Workshop**  Cochrane Collaboration
Fall 2009            Search Certifications

<u>AWARDS</u>

*Independent Publisher Award, 2019*  Silver Medal for Current Events (<u>Jihadi Next Door</u>).

*Independent Publisher Award, 2018*  Bronze Medal for Social Issues/Humanitarian (<u>Hidden in Plain Sight: America's Slaves of the New Millennium</u>).

*Dissertation Completion Award,* 2012  George Mason University, College of Humanities and Social Sciences.

*Deans Challenge Award,* 2009  George Mason University, College of Humanities and Social Sciences.

<u>SERVICE</u>

Peer Reviewer  Office of Justice Programs (OJP), 2020-Present

Panel of Expert Witnesses  Los Angeles Superior Court, WI2017-Present

Reviewer  Journal of Human Trafficking, FA2014-Present

Invited Peer Reviewer  Office of Justice Programs, SP2020-Present

Advisory Board Member  Empower Her Network, FA2017- Present

Volunteer  Prince William County Police Santa Cops, WI2021 & WI 2022

Advisory Board Member  Dressember (Anti-trafficking foundation), SP2017-SU2021

Reviewer  Taylor & Francis Books, SP2021

Reviewer  Justice Quarterly, WI2018- FA2019

Survey Methodologist Advisor  United Against Slavery, FA2017-FA2019

| | |
|---|---|
| Member | Prince William County Human Trafficking Task Force, SU2013-SU2018 |
| Member | Prince George's County Human Trafficking Task Force, SU2012-SU2014 |
| Member and Former President | Soroptimist International of Woodbridge, FA2015-SP2018 |
| Reviewer | American Journal of Evaluation, FA2014-FA2015 |
| Member | Prince George's County Human Trafficking Task Force, SU2013-2015 |
| Reviewer | Columbia University Press, FA2013 |
| President and Founding Officer | Student Center for Immigration Research, George Mason University, FA2008 – FA2010 |
| Member | Criminology, Law & Society Student Association, George Mason University, FA2009 – WI2012 |
| Volunteer | Prince William County Jail, Classification Department, 500 hours, SP 2005 |

## PROFESSIONAL MEMBERSHIP

National Society for Collegiate Scholars
Phi-Alpha Delta Pre-Law Fraternity
Alpha Chi Honors Fraternity
American Society of Criminology
National Criminal Justice Honors Fraternity
Alpha Phi Sigma Honors Society