INT THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREE SPEECH COALITION, INC.,** *et. al.*, <br> Plaintiffs, <br><br> vs. <br><br><br> **ANGELO COLMENERO, in her Capacity as Interim Attorney General for the State of Texas** <br> Defendant. | § § § § § § § § § § § § § | Civil Action No. 1:23-cv-917 |

**STATE SENATOR BOB HALL AND STATE REPRESENTATIVE NATE SCHATZLINE'S MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXPEDITED PRELIMINARY INJUNCTION AS *AMICI CURIAE***

COME NOW *Amici Curiae*, State Senator Bob Hall and State Representative Nate Schatzline, and file this *Motion for Leave to File Brief in Opposition to Plaintiff's Motion for Expedited Preliminary Injunction as Amici Curiae* and would respectfully show as follows:

1.     *Amici* State Senator Bob Hall and State Representative Nate Schatzline are elected legislators from the State of Texas, who co-authored and co-sponsored the legislation that is the subject of this lawsuit. As elected officials with a keen awareness of the process through which this legislation came into being, the reasons for its enactment, and a responsibility for the protection of their constituents' children, *amici* have a distinctive and undeniable interest in the outcome of this case and Plaintiffs' Motion for Expedited Preliminary Injunction.

2.     *Amici* first received actual notice of the August 23, 2023 hearing on Plaintiffs' Motion for Expedited Preliminary Injunction on August 17, 2023, and – given the expedited nature of its timeline – worked tirelessly to prepare this brief in compliance with the Court's existing deadline, which is today (August 21, 2023).

1

3. No party (or counsel for a party) to this lawsuit contributed monetarily or participated in the preparation of the brief that *amici* seek to file.

4. *Amici* respectfully request leave to file the Brief of State Senator Bob Hall and State Representative Nate Schatzline as *Amici Curiae* in Opposition to Plaintiffs' Motion for Expedited Preliminary Injunction, which is <u>attached hereto as Exhibit A</u>.

### PRAYER

NOW THEREFORE, State Senator Bob Hall and State Representative Nate Schatzline respectfully request that the Court grant this Motion for Leave and accept the filing of Exhibit A attached hereto as an amicus brief in opposition to Plaintiffs' request for an expedited preliminary injunction.

Respectfully submitted,

`

**Stinson LLP**

*/s/ Robert E. Farquharson*
Robert E. Farquharson
Texas Bar Number 24100550
robert.farquharson@stinson.com
2200 Ross Ave., Suite 2900
Dallas, Texas 75201
Telephone: (214)560-2201
Fax: (214)560-2203

### CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with all counsel of record regarding this motion. Despite my attempts, I have been unable to reach lead counsel for Defendant. I have, however, spoken to counsel for Plaintiffs, Scott Cole. Mr. Cole informed me that Plaintiffs are OPPOSED to the present motion.

*/s/ Robert E. Farquharson*
Robert E. Farquharson

## **CERTIFICATE OF SERVICE**

I certify that I caused a true and correct copy of the foregoing document to be served on all parties of record <u>via e-service</u> on this <u>21st day of August 2023</u>.

<u>*/s/ Robert E. Farquharson*</u>
Robert E. Farquharson
