INT THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., *et. al.*, <br>     Plaintiffs, <br><br> vs. <br><br><br> ANGELO COLMENERO, in her Capacity as Interim Attorney General for the State of Texas <br>     Defendant. | Civil Action No. 1:23-cv-917 |

Came on for consideration *State Senator Bob Hall and State Representative Nate Schatzline's Motion for Leave to File Brief in Opposition to Plaintiff's Motion for Expedited Preliminary Injunction as Amici Curiae*. After consideration of the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that State Senator Bob Hall and State Representative Nate Schatzline's Motion for Leave to File Brief in Opposition to Plaintiff's Motion for Expedited Preliminary Injunction as Amici Curiae is, in all things, GRANTED and the document marked as "Exhibit A" to the Motion is accepted and shall be entered into the Court's record.

Signed this _____ day of _____ 2023.

_____
**HON. DAVID EZRA**
**SENIOR U.S. DISTRICT JUDGE**