# EXHIBIT 1

## INT THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **FREE SPEECH COALITION, INC.,** | § | |
| ***et. al.,*** | § | |
| Plaintiffs, | § | |
| | § | |
| **vs.** | § | |
| | § | **Civil Action No. 1:23-cv-917** |
| | § | |
| **ANGELO COLMENERO, in her** | § | |
| **Capacity as Interim Attorney** | § | |
| **General for the State of Texas** | § | |
| Defendant. | § | |

## AFFIDAVIT OF ROBERT E. FARQUHARSON

Before me, the undersigned notary, on this day personally appeared Robert E. Farquharson, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. My name is Robert E. Farquharson. I am over 18 years of age, of sound mind, and capable of making this affidavit.

2. The facts stated within this affidavit are within my personal knowledge and are true and correct.

3. Attached hereto as Exhibit 1.1 is a true and correct copy of the privacy policy available at letsdoeit.com. Especially relevant portions are notated for the Court's convenience.

4. Attached hereto as Exhibit 1.2 is a true and correct copy of the privacy policy available at superbe.com. Especially relevant portions are notated for the Court's convenience.

5. Attached hereto as Exhibit 1.3 is a true and correct copy of PaperStreet Media LLC's privacy policy available at psmhelp.com/privacy. Especially relevant portions are notated for the Court's convenience.

6. Attached hereto as Exhibit 1.4 is a true and correct copy of PaperStreet Media LLC's cookie policy available at psmhelp.com/cookies. Especially relevant portions are notated for the Court's convenience.

7. Attached hereto as Exhibit 1.5 is a true and correct copy of PaperStreet Media LLC's terms of service available at psmhelp.com/tos. Especially relevant portions are notated for the Court's convenience.

8. Attached hereto as Exhibit 1.6 is a true and correct copy of Neptune Media's privacy policy available at mlfhelp.com/privacy. Especially relevant portions are notated for the Court's convenience.

FURTHER AFFIANT SAYETH NOUGHT.

_____
Robert E. Farquharson

Sworn to and subscribed before me by _Robert E. Farquharson_ on the _21_ day of _August_____, 2023.

> JUNNE A OLMO
> Notary Public, State of Texas
> Comm. Expires 11-01-2025
> Notary ID 13340240-5

_____
Notary Public in and for the State of Texas

2

# EXHIBIT 1.1



# PRIVACY POLICY

Last Updated September 27, 2022

The protection of your personal data and your privacy is very important to us. This Privacy Policy applies to personal information that we process according to GDPR regulations from you in order to provide you with our products and services at letsdoeit.com.

Here you will find information about who we are and how you can contact us. We also explain how and why we process personal information about you, to whom we transmit it and how long we store it. Finally, we will inform you about the rights that you have regarding the processing of your personal data by us.

## 1. WHO WE ARE AND HOW YOU CAN CONTACT US

We, ALL 4 HEALTH Srl, Natiunile Unite Boulevard no 4, Building 107A, 050121 Bucharest, Romania, for the rest of the world and for North America, MIDUS Holdings INC, 5944 Coral Ridge Drive #247, Coral Springs, Florida 33076, USA (hereinafter "LetsDoeit") are responsible for the processing of your personal data in connection with the use of our products and services under letsdoeit.com.

We have appointed a Data Protection Officer, whom you can reach at privacy@letsdoeit.com or by mail at ALL 4 HEALTH Srl, Natiunile Unite Boulevard no 4, Building 107A, 050121 Bucharest, Romania.

## 2. HOW AND WHY WE PROCESS YOUR PERSONAL INFORMATION

In the following we inform you about which of your personal data we process, when you use our products and services at letsdoeit.com. We also explain for what purpose we use this data and on what legal basis we do so.

### 2.1 DATA THAT WE PROCESS ON THE BASIS OF A CONSENT

#### 2.1.1 NEWSLETTER SUBSCRIPTION

If you subscribe to our newsletter, we use and store the e-mail address provided for this purpose to send you our newsletter regularly.

It goes without saying that your subscription to the Newsletter is voluntary and you may revoke your consent to the receipt of the newsletter at any time with future effect by clicking on the "unsubscribe" link contained in each of our newsletters. The lawfulness of the processing on the basis of your consent until the revocation remains unaffected.

**LETSDOEIT**    VIDEOS ⌄  AWARDED SCENES  MODELS  CHANNELS ⌄  PHOTOS  CATEGORIES  TAGS    SIGN UP

It goes without saying that your subscription to the Newsletter is voluntary and you may revoke your consent to the receipt of the newsletter at any time with future effect by clicking on the "unsubscribe" link contained in each of our newsletters. The lawfulness of the processing on the basis of your consent until the revocation remains unaffected.

2.1.2 USE OF MESSAGING SERVICES

You can subscribe to news about topics that interest you through various messaging services. For this you need a messaging account of the respective provider. For the use of a messaging service, depending on the messenger, data is transmitted to us. The respective data protection regulations of the messaging service provider apply:

| Messaging - Service & Provider | Privacy Policy of the provider | Data submitted to LetsDoeIt |
|---|---|---|
| Whatsapp, Whats App Inc., 650 Castro Street, Suite 120-219 Mountain View, CA 94041, USA | here | Telephone number, user name (if necessary first and last name), device of use and all messages sent to the service |
| Facebook Messenger, Facebook Inc., 1601 S. California Ave, Palo Alto, CA 94304, USA | here | Facebook ID, first and last name, profile picture, location, time zone, gender, and all messages sent to the service |

2.1.3 USE OF FAN PAGES IN SOCIAL NETWORKS

If you use social networks, the purpose and scope of the data collection and the further processing and use of the data by the social networks as well as your rights in this regard and setting options for the protection of your privacy are always based on the privacy policy of the respective social network.

| Social network & provider | Privacy Policy of the provider |
|---|---|
| Facebook, Facebook Inc., 1601 S. California Ave, Palo Alto, CA 94304, USA | here and here |
| Google+, Google Inc., Google Inc. 1600 Amphitheatre Parkway Mountain View, CA 94043, USA | here |
| Twitter, Twitter Inc., 795 Folsom St., Suite 600, San Francisco, CA 94107, USA | here |
| Instagram, Facebook Inc., 1601 S. California Ave, Palo Alto, CA 94304, USA | here |



Instagram, Facebook Inc., 1601 S. California Ave, Palo Alto, CA 94304, USA                                                  here

When you visit our Fan Pages on social networks and comment on and / or rate posts, or send us personal messages through these networks, we process the personal information provided in that context as your name to respond to your comments and messages. Of course, you can also visit our fan pages without providing us with personal data.

## 2.2 DATA THAT WE PROCESS FOR THE PERFORMANCE OF A CONTRACT

### 2.2.1 CONTACT

If you contact us (for example by email), we will process and store your personal information such as name, e-mail address and, if applicable, customer number in order to process your request.

Providing contact and (if you are a LetsDoeIt customer) contract information such as your customer number is required to answer your request. Otherwise we cannot not process your request or not satisfactorily.

### 2.2.2 CONTRACT WITH LETSDOEIT / LOGIN AS A CUSTOMER

If you conclude a contract with LetsDoeIt via our website letsdoeit.com, we process and store the contractual data specified in this framework (e.g. purchased object/subscription, name, postal address, e-mail address, payment method) for the purpose of contract execution. As a customer, you can also log into the customer area of the website using your email address and your password.

The provision of the above mentioned personal information is required to comply with the subscription agreement concluded with you. If you do not provide us with this information, we may not be able to complete the subscription agreement or perform it properly.

### 2.2.3 PAYMENT DETAILS AND BANK / CREDITCARD DATA

If you choose a direct payment gateway to complete your purchase, the payment provider stores your credit card information. It is encrypted by the Payment Card Industry Data Security Standard (PCI) DSS. Your purchase transaction data will only be stored for as long as necessary to complete your purchase transaction.

All direct payment gateways comply with PCI-DSS standards, which are managed by the PCI Security Standards Council, a joint initiative of brands such as Visa, MasterCard, American Express, and Discover.

**LETSDOEIT**   VIDEOS ▾   AWARDED SCENES   MODELS   CHANNELS ▾   PHOTOS   CATEGORIES   TAGS      🔍   **SIGN UP**

All direct payment gateways comply with PCI-DSS standards, which are managed by the PCI Security Standards Council, a joint initiative of brands such as Visa, MasterCard, American Express, and Discover.

PCI DSS requirements help to ensure the secure handling of credit card information by our store and its service providers.

For more information, please read the Terms of Use and / or Payment Provider's Privacy Policy under the links below.

All personal data is collected only within the framework of a legal permit or if you have given us your consent.

| Payment Provider | Privacy Policy of the provider |
| --- | --- |
| Centrobill Limited, Karpenisiou, 9, Strovolos, 2021, Nicosia, Cyprus | here |
| Epoch EU PO Box 511 Town Mills Rue du Pre St Peter Port Guernsey GY1 6DU | here |
| Segregated Payments Limited (Segpay EU) address: No. 9A at Three Kings Meadow, Osney Mead, Oxford, OX2 0DP Segregated Payments Inc (Segpay US) address: 350 Jim Moran Blvd, Suite 210 Deerfield Beach, FL 33442 Toccata Inc (Parent Company of Segpay EU and Segpay US): 350 Jim Moran Blvd, Suite 210 Deerfield Beach, FL 33442 | here |
| Vendo Services GmbH, Dorfstrasse 50, CH-6390 ENGELBERG, Switzerland | here |
| CCBill, LLC or CCBillEU, Ltd. 2353 West University Drive Tempe, Arizona 85281USA | here |
| WB Technical Services B.V. Celsiusweg 32-58, 5928 PR Venlo,The Netherlands | here |
| DaoPay GmbH, Hackhofergasse 5/14, 1190 Vienna, Austria | here |
| 2000Charge Inc, 530 S. Lake Avenue Pasadena, CA 91101, USA | here |



2000Charge Inc, 530 S. Lake Avenue
Pasadena, CA 91101, USA | here

RocketGate PR LLC, 425 Carr. 693 #260, Dorado PR 00646, USA | here

## 2.3 DATA THAT WE PROCESS FOR THE PROTECTION OF LEGITIMATE INTERESTS OF LETSDOEIT

### 2.3.1 ABUSE PREVENTION AND RECOGNITION AT CONCLUSION OF CONTRACT AS WELL AS CREDIT CHECK AND ADDRESS VERIFICATION

At the conclusion of the contract, with the help of a visitor ID, which may contain anonymous control data of your used device (e.g. screen resolution, browser version or your operating system version) and with which your terminal is likely to be recognized on further visits, as well as with your specified contract data automatically checked for evidence of misuse of our offers. If there is suspicion of abuse, an employee reviews the rating and the underlying clues. If a contract is rejected, we will inform you. Objections to the rejection of a contract can be made at fraud@letsdoeit.com, whereupon the decision is again reviewed by an employee.

By processing the above mentioned personal data it's aimed to be prevented on the one hand, that users specify wrong data or data from third parties upon conclusion of the contract (abuse prevention and recognition). On the other hand, it should be avoided that LetsDoeIt incurs financial default risks in connection with the subscription agreement (credit check). The result of the credit check may possibly lead to restrictions on the method of payment or the rejection of a contract.

### 2.3.2 DIRECT MAILING

We want to offer the best deal to our customers and therefore use the address information we received from you in connection with the subscription contract to provide you with information about our LetsDoeIt products (direct mail). You may object to the use of your data for the purpose of direct mail at any time at privacy@letsdoeit.com without incurring other than the transmission costs according to the basic rates.

For direct mailing we exchange user e-mails to verify the validity of the provided e-mail through

   • Ongage Limited, 575 S. Broadway, 4th floor, White Plains, NY, 10601, USA (Privacy Policy of the Provider click here)

   • Email Oversight, 500 North Brand Blvd Suite 890, Glendale, CA 91203, USA (Privacy Policy of the Provider click here)

To opt-out either send an e-mail to privacy@letsdoeit.com or enter your account settings to turn of e-mail related activities.

 ...ersight, 500 North Brand Blvd Suite 890, Glendale, CA 91203, USA (Privacy Policy of the Provider click here)

VIDEOS ▾   AWARDED SCENES   MODELS   CHANNELS ▾   PHOTOS   CATEGORIES   TAGS        SIGN UP

To opt-out either send an e-mail to **privacy@letsdoeit.com** or enter your account settings to turn of e-mail related activities.

## 3. TO WHOM WE TRANSFER PERSONAL DATA

In this paragraph, we explain to whom we communicate personal information in connection with the use of our products and services at **letsdoeit.com** and, if we transfer data to a third country or an international organization, how we do that.

### 3.1 TO WHOM WE TRANSMIT DATA IN CONNECTION WITH THE PROCESSING OF THE SUBSCRIPTION CONTRACT

Depending on the particular subscription, we will transfer personal data to the following recipients:

| Recipient | Purpose of transmission | Transfer to a third country or an international organization |
|---|---|---|
| Third Party | For the purposes of contract execution, provided that they are concluded with the **letsdoeit.com** subscription direct contractual relationships | WEBLABSPACE SRL, Frunzei Street, no 26, 3rd floor, 021534, Bucharest, 2nd District, Romania |
| Cooperation and distribution partners | For billing purposes, provided your subscription has been obtained through such a partner | See section 2.2.3 |
| LetsDoeIt service provider | For the purposes of execution of the contract, provided that such service providers provide services on behalf of LetsDoeIt necessary for the execution of the subscription relationship; Within the scope of this so-called processing on behalf of us we ensure the protection of your data through strict contractual arrangements, technical and organizational measures as well as additional controls | WEBLABSPACE SRL, Frunzei Street, no 26, 3rd floor, 021534, Bucharest, 2nd District, Romania |
| Public Bodies | To fulfill priority legal obligations | A transfer of your personal data to third countries is currently not carried out and is not planned |



VIDEOS ▾   AWARDED SCENES   MODELS   CHANNELS ▾   PHOTOS   CATEGORIES   TAGS      🔔   👤   🔍   **SIGN UP**

All other data regarding letsdoeit.com is stored on servers of
Easy Online Solutions, Ltd. d/b/a Mojohost,
21671 Melrose Ave, Southfield MI, 48075
United States
+1 248-233-2045

Privacy Statement click here

### 3.2 TO WHOM WE TRANSMIT DATA WHEN USING WEBTRACKING TOOLS

Detailed information on which providers we use when using webtracking tools such. To use cookies and which data is processed in this context, please refer to paragraph 5.

### 3.3 TO WHOM WE TRANSMIT DATA WHEN OPTING INTO SPECIAL OFFERS

When you decide to opt into a special offer of a third party offered on letsdoeit.com, your data is shared with such third party and the consent to the privacy policy of such third party needs to be given by you. Currently our special offers are operated by the following partners:

Bang - SCTR Europe, Kabelweg 37 1014 BA Amsterdam, Netherlands
CherryPimps - BLT Innovations LLC, 800 Stewart St., Seattle, WA 98101, USA
PaolasBox - Xerdiol Limited, Lefkosias 59, Flat/Office 103, Nicosia 2236, Cyprus

## 4. HOW LONG WE SAVE YOUR PERSONAL INFORMATION

In the following we would like to inform you about how long we store personal data of you or, if the indication of a specific period is not possible, how the criteria for the determination of the retention period are.

We keep your information for the following periods; after expiration of these periods, the corresponding data will be routinely deleted.

| Type of Data | Retention Period |
| --- | --- |
| Contract data (for example, purchase item, name, postal address, e-mail address, delivery | 10 years, starting from the end of the calendar year in which the contract was |

**LETSDOEIT**   VIDEOS ▾  AWARDED SCENES  MODELS  CHANNELS ▾  PHOTOS  CATEGORIES  TAGS      SIGN UP

| Type of Data | Retention Period |
|---|---|
| Contract data (for example, purchase item, name, postal address, e-mail address, delivery address, payment method and bank details) | 10 years, starting from the end of the calendar year in which the contract was terminated / the service was last used |

Unless this data is affected, the data will be deleted if the purposes for which it was collected cease to exist or if you revoke a consent based on data processing.

In the event that a cancellation for legal, technical or organizational reasons is not possible or only with disproportionate effort, the processing of your data is restricted.

## 5. WHAT WEBTRACKING TOOLS (COOKIES AND OTHER TECHNOLOGIES) WE USE AND HOW YOU CAN OBJECT TO THEIR USE

When visiting our website, cookies can be set to make our website offerings more user-friendly for you. Cookies are small text files that are stored on the hard disk of your computer and that allow recognition, but do not allow personal identification of yourself. There are two types of cookies, so-called "session cookies", which remain on your device until you close the browser, and so-called "persistent cookies", which remain stored on your device for a certain period of time, even after you have closed the browser.

Web beacons (or so-called counting pixels) are also used with the same destination. Web beacons are small graphics that allow log file recording and log file analysis and are used for statistical analysis.

Below you will find an overview of the web tracking tools we use, as well as information on the purpose for which we use the web tracking tools and how to deactivate them if you do not want the necessary data processing ("opt-out"). For general information on how to prevent or manage the storage of cookies, please refer to para. 5.2.

### 5.1 WEBTRACKING-TOOLS WE USE

| Purpose | Tool / Provider | Description | Opt-Out |
|---|---|---|---|
| Tracking | Google Inc., Google Inc. 1600 Amphitheatre Parkway Mountain View, CA 94043, USA | Google Analytics/Tag Manager are web analytics services offered by Google that tracks and reports website traffic and behaviours | Deletion of Cookies |
| Tracking | Hotjar Ltd, Level 2, St Julians Business Centre 3, Elia Zammit Street, St Julians STJ 3155, Malta | Hotjar is a web analytics service which tracks and reports website on-page user interactions. | Deletion of cookies |
| Tracking | Datability Solutions Inc. 155th Ave SE Bellevue, Seattle | Disable notifications in device settings |  |



| Tracking | Hotjar Ltd, Level 2, St Julians Business Centre 3, Elia Zammit Street, St Julians STJ 3155, Malta | Hotjar is a web analytics service which tracks and reports website on-page user interactions. | Deletion of cookies |
| Tracking | Datability Solutions Inc, 155th Ave SE Bellevue, Seattle, Washington 98006, US | Disable notifications in device settings | |

| Purpose | Cookie Type | Description | Opt-out |
| --- | --- | --- | --- |
| User Experience | Login related actions. | Remember that a user is logged in and redirect to the appropriate section of the site when logging in. This cookie is set for up to 7 days. | Deletion of cookies |
| User Experience | Video and comment likes | Remember the user's "like" selection on a given video. This cookie is set per session. | Deletion of cookies |
| User Experience | Cookie and age gate acceptance | Remember the acceptance of the cookie and/or age gate disclaimer. This cookie is set for up to 90 days. | Deletion of cookies |
| User Experience | Promotional offers | Remember the dismissal of offers. This cookie is set for up to 24 hours. | Deletion of cookies |
| User Experience | Content carry-over | Displaying catered content based on user's clicks. This cookie is set for up to 12 hours. | Deletion of cookies |
| User Experience | Cross-site requests. | Auto-login user on all sites. This cookie is set per session. | Deletion of cookies |
| Tracking | Browser fingerprinting | Track browser agent data and disable offers not available to certain user types. This cookie is set for up to 365 days. | Clearing of all site data. |
| Tracking | Affiliate Tracking | Track affiliate performance. This cookie is set for up to 12 hours. | Deletion of cookies |



| Tracking | Affiliate Tracking | Track affiliate performance. This cookie is set for up to 12 hours. | Deletion of cookies |

## 5.2 HOW TO OBJECT TO THE USE OF WEBTRACKING TOOLS

### 5.2.1 OPPOSITION TO THE DISPLAY OF PERSONALIZED ADVERTISING

We offer you the possibility to prevent the display of personalized advertising by a single cookie. By clicking on the button below, a cookie is placed on your device that prevents the exploitation of usage-based online advertising on the LetsDoeIt website as well as on websites of third parties, if this is based on the setting of third-party cookies on the LetsDoeIt website. The cookie does not prevent the display of advertising in general, but prevents the exploitation of advertising tailored to your person. If you use several browsers, you must set this OptOut cookie in every browser.
Usage-based online advertising
[On / off button]

### 5.2.2 CONTRADICTION OVER BROWSER SETTINGS

Please note that the contradiction of cookies is technically usually solved by setting a contradiction cookie. Thus, another cookie is stored on your device that prevents relevant information from being transmitted to the website operator. So if you delete the cookies stored on your device, you also delete these contradictory cookies. Later, a cookie - e.g. for website optimization - set, so again information is transmitted to the website operator.

In addition to the individual possibilities of objection mentioned in section 4.1, you can generally prevent the storage of cookies by means of the settings of the browser you are using or you must agree that you must agree to the setting of cookies. You can also delete once set cookies at any time. If you use multiple browsers, you must make these settings in each of your browsers. Please note the instructions of your respective browser manufacturer. If you decline cookies altogether, this website may be impaired.

## 5.3 WHICH SOCIAL MEDIA PLUGINS WE USE

We use so-called "social plugins" of various social networks on our website. When going to a LetsDoeIt website that has such a plugin integrated, clicking the plugin will establish a connection between your browser and the social network servers. The information is then automatically transmitted to you about which LetsDoeIt websites you have visited. If you are logged into the social network while visiting a LetsDoeIt website with an integrated plugin, this information will be assigned to your social network account. If you are logged into a social network account with your browser and click on the plugin, the corresponding content will be shared on your social network account

 VIDEOS    AWARDED SCENES    MODELS    CHANNELS    PHOTOS    CATEGORIES    TAGS      SIGN UP

**5.3 WHICH SOCIAL MEDIA PLUGINS WE USE**

We use so-called "social plugins" of various social networks on our website. When going to a LetsDoeIt website that has such a plugin integrated, clicking the plugin will establish a connection between your browser and the social network servers. The information is then automatically transmitted to you about which LetsDoeIt websites you have visited. If you are logged into the social network while visiting a LetsDoeIt website with an integrated plugin, this information will be assigned to your social network account. If you are logged into a social network account with your browser and click on the plugin, the corresponding content will be shared on your social network account and linked to the account of the social network concerned. The purpose and scope of the data collection and the further processing and use of the data by the social networks, as well as your rights in this regard and setting options for the protection of your privacy, are based on the privacy policy of the respective social network:

| Social network & providers | Feature | Privacy Policy of the provider |
|---|---|---|
| Facebook, Facebook Inc., 1601 S. California Ave, Palo Alto, CA 94304, USA | Facebook Logo or "Like"-Button | here and here |
| Google+, Google Inc. Google Inc. 1600 Amphitheatre Parkway Mountain View, CA 94043, USA | Letter "g" and Plus sign | here |

## 6. YOUR RIGHTS ACCORDING TO GDPR REGULATIONS

Following, we would like to inform you about the rights with regard to the processing of your personal data:

· You have the right to request free information about your personal data stored by us.

· You have the right to request the correction, deletion ("right to be forgotten") or restriction of the processing of your personal data.

· You have the right to object to data processing that is necessary to safeguard the legitimate interests of LetsDoeIt or a third party, or that is done for direct marketing purposes.

· You have the right to receive the data concerning you in a structured, common and machine-readable format (the so-called "right to data portability").

If you wish to exercise any of these rights, please contact us as described in Section 1. If you believe that LetsDoeIt's processing of your personal information is contrary to applicable law, you may also contact the relevant regulatory authority.

# EXHIBIT 1.2



FILMS    MODELS    PHOTOS    BLOG    TAGS    SIGN UP

# PRIVACY POLICY

Last Updated September 27, 2022

The protection of your personal data and your privacy is very important to us. This Privacy Policy applies to personal information that we process according to GDPR regulations from you in order to provide you with our products and services at superbe.com.

Here you will find information about who we are and how you can contact us. We also explain how and why we process personal information about you, to whom we transmit it and how long we store it. Finally, we will inform you about the rights that you have regarding the processing of your personal data by us.

## 1. WHO WE ARE AND HOW YOU CAN CONTACT US

We, ALL 4 HEALTH Srl, Natiunile Unite Boulevard no 4, Building 107A, 050121 Bucharest, Romania, for the rest of the world and for North America, MIDUS Holdings INC, 5944 Coral Ridge Drive #247, Coral Springs, Florida 33076, USA (hereinafter "Superbe") are responsible for the processing of your personal data in connection with the use of our products and services under superbe.com.

We have appointed a Data Protection Officer, whom you can reach at privacy@superbe.com or by mail at ALL 4 HEALTH Srl, Natiunile Unite Boulevard no 4, Building 107A, 050121 Bucharest, Romania.

## 2. HOW AND WHY WE PROCESS YOUR PERSONAL INFORMATION

In the following we inform you about which of your personal data we process, when you use our products and services at superbe.com. We also explain for what purpose we use this data and on what legal basis we do so.

### 2.1 DATA THAT WE PROCESS ON THE BASIS OF A CONSENT

#### 2.1.1 NEWSLETTER SUBSCRIPTION

If you subscribe to our newsletter, we use and store the e-mail address provided for this purpose to send you our newsletter regularly.

It goes without saying that your subscription to the Newsletter is voluntary and you may revoke your consent to the receipt of the newsletter at any time with future effect by clicking on the "unsubscribe" link contained in each of our newsletters. The lawfulness of the processing on the basis of your consent until the revocation remains

*Superbe*  FILMS  MODELS  PHOTOS  BLOG  TAGS      SIGN UP

to our newsletter, we use and store the e-mail address provided for this purpose

It goes without saying that your subscription to the Newsletter is voluntary and you may revoke your consent to the receipt of the newsletter at any time with future effect by clicking on the "unsubscribe" link contained in each of our newsletters. The lawfulness of the processing on the basis of your consent until the revocation remains unaffected.

### 2.1.2 USE OF MESSAGING SERVICES

You can subscribe to news about topics that interest you through various messaging services. For this you need a messaging account of the respective provider. For the use of a messaging service, depending on the messenger, data is transmitted to us. The respective data protection regulations of the messaging service provider apply:

| Messaging - Service & Provider | Privacy Policy of the provider | Data submitted to Superbe |
|---|---|---|
| Whatsapp, Whats App Inc., 650 Castro Street, Suite 120-219 Mountain View, CA 94041, USA | here | Telephone number, user name (if necessary first and last name), device of use and all messages sent to the service |
| Facebook Messenger, Facebook Inc., 1601 S. California Ave, Palo Alto, CA 94304, USA | here | Facebook ID, first and last name, profile picture, location, time zone, gender, and all messages sent to the service |

### 2.1.3 USE OF FAN PAGES IN SOCIAL NETWORKS

If you use social networks, the purpose and scope of the data collection and the further processing and use of the data by the social networks as well as your rights in this regard and setting options for the protection of your privacy are always based on the privacy policy of the respective social network.

| Social network & provider | Privacy Policy of the provider |
|---|---|
| Facebook, Facebook Inc., 1601 S. California Ave, Palo Alto, CA 94304, USA | here and here |
| Google+, Google Inc., Google Inc. 1600 Amphitheatre Parkway Mountain View, CA 94043, USA | here |
| Twitter, Twitter Inc., 795 Folsom St., Suite 600, San Francisco, CA 94107, USA | here |
| Instagram, Facebook Inc., 1601 S. California Ave, Palo Alto, CA 94304, USA | here |



| Instagram, Facebook Inc., 1601 S. California Ave, Palo Alto, CA 94304, USA | here |

When you visit our Fan Pages on social networks and comment on and / or rate posts, or send us personal messages through these networks, we process the personal information provided in that context as your name to respond to your comments and messages. Of course, you can also visit our fan pages without providing us with personal data.

## 2.2 DATA THAT WE PROCESS FOR THE PERFORMANCE OF A CONTRACT

### 2.2.1 CONTACT

If you contact us (for example by email), we will process and store your personal information such as name, e-mail address and, if applicable, customer number in order to process your request.

Providing contact and (if you are a Superbe customer) contract information such as your customer number is required to answer your request. Otherwise we cannot not process your request or not satisfactorily.

### 2.2.2 CONTRACT WITH SUPERBE / LOGIN AS A CUSTOMER

If you conclude a contract with Superbe via our website superbe.com, we process and store the contractual data specified in this framework (e.g. purchased object/subscription, name, postal address, e-mail address, payment method) for the purpose of contract execution. As a customer, you can also log into the customer area of the website using your email address and your password.

The provision of the above mentioned personal information is required to comply with the subscription agreement concluded with you. If you do not provide us with this information, we may not be able to complete the subscription agreement or perform it properly.

### 2.2.3 PAYMENT DETAILS AND BANK / CREDITCARD DATA

If you choose a direct payment gateway to complete your purchase, the payment provider stores your credit card information. It is encrypted by the Payment Card Industry Data Security Standard (PCI) DSS. Your purchase transaction data will only be stored for as long as necessary to complete your purchase transaction.

All direct payment gateways comply with PCI-DSS standards, which are managed by the PCI Security Standards Council, a joint initiative of brands such as Visa, MasterCard,

Superbe                                                    FILMS  MODELS  PHOTOS  BLOG  TAGS    SIGN UP

dard (PCI) DSS. Your purchase transaction data will only be stored for as long

All direct payment gateways comply with PCI-DSS standards, which are managed by the PCI Security Standards Council, a joint initiative of brands such as Visa, MasterCard, American Express, and Discover.

PCI DSS requirements help to ensure the secure handling of credit card information by our store and its service providers.

For more information, please read the Terms of Use and / or Payment Provider's Privacy Policy under the links below.

All personal data is collected only within the framework of a legal permit or if you have given us your consent.

| Payment Provider | Privacy Policy of the provider |
|---|---|
| Centrobill Limited, Karpenisiou, 9, Strovolos, 2021, Nicosia, Cyprus | here |
| Epoch EU PO Box 511 Town Mills Rue du Pre St Peter Port Guernsey GY1 6DU | here |
| Segregated Payments Limited (Segpay EU) address: No. 9A at Three Kings Meadow, Osney Mead, Oxford, OX2 0DP Segregated Payments Inc (Segpay US) address: 350 Jim Moran Blvd, Suite 210 Deerfield Beach, FL 33442 Toccata Inc (Parent Company of Segpay EU and Segpay US): 350 Jim Moran Blvd, Suite 210 Deerfield Beach, FL 33442 | here |
| Vendo Services GmbH, Dorfstrasse 50, CH-6390 ENGELBERG, Switzerland | here |
| CCBill, LLC or CCBillEU, Ltd. 2353 West University Drive Tempe, Arizona 85281USA | here |
| WB Technical Services B.V. Celsiusweg 32-58, 5928 PR Venlo,The Netherlands | here |
| DaoPay GmbH, Hackhofergasse 5/14, 1190 Vienna, Austria | here |
| 2000Charge Inc, 530 S. Lake Avenue Pasadena, CA 91101, USA | here |



| 2000Charge Inc, 530 S. Lake Avenue Pasadena, CA 91101, USA | here |
| RocketGate PR LLC, 425 Carr. 693 #260, Dorado PR 00646, USA | here |

## 2.3 DATA THAT WE PROCESS FOR THE PROTECTION OF LEGITIMATE INTERESTS OF SUPERBE

### 2.3.1 ABUSE PREVENTION AND RECOGNITION AT CONCLUSION OF CONTRACT AS WELL AS CREDIT CHECK AND ADDRESS VERIFICATION

At the conclusion of the contract, with the help of a visitor ID, which may contain anonymous control data of your used device (e.g. screen resolution, browser version or your operating system version) and with which your terminal is likely to be recognized on further visits, as well as with your specified contract data automatically checked for evidence of misuse of our offers. If there is suspicion of abuse, an employee reviews the rating and the underlying clues. If a contract is rejected, we will inform you. Objections to the rejection of a contract can be made at fraud@superbe.com, whereupon the decision is again reviewed by an employee.

By processing the above mentioned personal data it's aimed to be prevented on the one hand, that users specify wrong data or data from third parties upon conclusion of the contract (abuse prevention and recognition). On the other hand, it should be avoided that Superbe incurs financial default risks in connection with the subscription agreement (credit check). The result of the credit check may possibly lead to restrictions on the method of payment or the rejection of a contract.

### 2.3.2 DIRECT MAILING

We want to offer the best deal to our customers and therefore use the address information we received from you in connection with the subscription contract to provide you with information about our Superbe products (direct mail). You may object to the use of your data for the purpose of direct mail at any time at privacy@superbe.com without incurring other than the transmission costs according to the basic rates.

For direct mailing we exchange user e-mails to verify the validity of the provided e-mail through

- Ongage Limited, 575 S. Broadway, 4th floor, White Plains, NY, 10601, USA (Privacy Policy of the Provider click here)

- Email Oversight, 500 North Brand Blvd Suite 890, Glendale, CA 91203, USA (Privacy Policy of the Provider click here)

To opt-out either send an e-mail to privacy@superbe.com or enter your account settings to turn of e-mail related activities.



sight, 500 North Brand Blvd Suite 890, Glendale, CA 91203, USA (Privacy Policy

FILMS   MODELS   PHOTOS   BLOG   TAGS       SIGN UP

To opt-out either send an e-mail to privacy@superbe.com or enter your account settings to turn of e-mail related activities.

## 3. TO WHOM WE TRANSFER PERSONAL DATA

In this paragraph, we explain to whom we communicate personal information in connection with the use of our products and services at superbe.com and, if we transfer data to a third country or an international organization, how we do that.

### 3.1 TO WHOM WE TRANSMIT DATA IN CONNECTION WITH THE PROCESSING OF THE SUBSCRIPTION CONTRACT

Depending on the particular subscription, we will transfer personal data to the following recipients:

| Recipient | Purpose of transmission | Transfer to a third country or an international organization |
|---|---|---|
| Third Party | For the purposes of contract execution, provided that they are concluded with the superbe.com subscription direct contractual relationships | WEBLABSPACE SRL, Frunzei Street, no 26, 3rd floor, 021534, Bucharest, 2nd District, Romania |
| Cooperation and distribution partners | For billing purposes, provided your subscription has been obtained through such a partner | See section 2.2.3 |
| Superbe service provider | For the purposes of execution of the contract, provided that such service providers provide services on behalf of Superbe necessary for the execution of the subscription relationship; Within the scope of this so-called processing on behalf of us we ensure the protection of your data through strict contractual arrangements, technical and organizational measures as well as additional controls | WEBLABSPACE SRL, Frunzei Street, no 26, 3rd floor, 021534, Bucharest, 2nd District, Romania |
| Public Bodies | To fulfill priority legal obligations | A transfer of your personal data to third countries is currently not carried out and is not planned |



*Superbe*

FILMS   MODELS   PHOTOS   BLOG   TAGS

SIGN UP

technical and organizational measures as well as additional controls

| Public Bodies | To fulfill priority legal obligations | A transfer of your personal data to third countries is currently not carried out and is not planned |
|---|---|---|

All other data regarding superbe.com is stored on servers of
Easy Online Solutions, Ltd. d/b/a Mojohost,
21671 Melrose Ave, Southfield MI, 48075
United States
+1 248-233-2045

Privacy Statement click here

### 3.2 TO WHOM WE TRANSMIT DATA WHEN USING WEBTRACKING TOOLS

Detailed information on which providers we use when using webtracking tools such. To use cookies and which data is processed in this context, please refer to paragraph 5.

### 3.3 TO WHOM WE TRANSMIT DATA WHEN OPTING INTO SPECIAL OFFERS

When you decide to opt into a special offer of a third party offered on letsdoeit.com, your data is shared with such third party and the consent to the privacy policy of such third party needs to be given by you. Currently our special offers are operated by the following partners:

Bang - SCTR Europe, Kabelweg 37 1014 BA Amsterdam, Netherlands
CherryPimps - BLT Innovations LLC, 800 Stewart St., Seattle, WA 98101, USA
PaolasBox - Xerdiol Limited, Lefkosias 59, Flat/Office 103, Nicosia 2236, Cyprus

## 4. HOW LONG WE SAVE YOUR PERSONAL INFORMATION

In the following we would like to inform you about how long we store personal data of you or, if the indication of a specific period is not possible, how the criteria for the determination of the retention period are.

We keep your information for the following periods; after expiration of these periods, the corresponding data will be routinely deleted.

superbe.com/pages/privacy.en.html

**Superbe**

FILMS  MODELS  PHOTOS  BLOG  TAGS     SIGN UP

...iol Limited, Lefkosias 59, Flat/Office 103, Nicosia 2226, Cyprus

## 4. HOW LONG WE SAVE YOUR PERSONAL INFORMATION

In the following we would like to inform you about how long we store personal data of you or, if the indication of a specific period is not possible, how the criteria for the determination of the retention period are.

We keep your information for the following periods; after expiration of these periods, the corresponding data will be routinely deleted.

| Type of Data | Retention Period |
| --- | --- |
| Contract data (for example, purchase item, name, postal address, e-mail address, delivery address, payment method and bank details) | 10 years, starting from the end of the calendar year in which the contract was terminated / the service was last used |

Unless this data is affected, the data will be deleted if the purposes for which it was collected cease to exist or if you revoke a consent based on data processing.

In the event that a cancellation for legal, technical or organizational reasons is not possible or only with disproportionate effort, the processing of your data is restricted.

## 5. WHAT WEBTRACKING TOOLS (COOKIES AND OTHER TECHNOLOGIES) WE USE AND HOW YOU CAN OBJECT TO THEIR USE

When visiting our website, cookies can be set to make our website offerings more user-friendly for you. Cookies are small text files that are stored on the hard disk of your computer and that allow recognition, but do not allow personal identification of yourself. There are two types of cookies, so-called "session cookies", which remain on your device until you close the browser, and so-called "persistent cookies", which remain stored on your device for a certain period of time, even after you have closed the browser.

Web beacons (or so-called counting pixels) are also used with the same destination. Web beacons are small graphics that allow log file recording and log file analysis and are used for statistical analysis.

Below you will find an overview of the web tracking tools we use, as well as information on the purpose for which we use the web tracking tools and how to deactivate them if you do not want the necessary data processing ("opt-out"). For general information on how to prevent or manage the storage of cookies, please refer to para. 5.2.

### 5.1 WEBTRACKING-TOOLS WE USE

Purpose   Tool/Provider                    Description                                    Opt-Out

 FILMS  MODELS  PHOTOS  BLOG  TAGS     SIGN UP

**5.1 WEBTRACKING-TOOLS WE USE**

| Purpose | Tool / Provider | Description | Opt-Out |
|---------|-----------------|-------------|---------|
| Tracking | Google Inc., Google Inc. 1600 Amphitheatre Parkway Mountain View, CA 94043, USA | Google Analytics/Tag Manager are web analytics services offered by Google that tracks and reports website traffic and behaviours | Deletion of Cookies |
| Tracking | Hotjar Ltd, Level 2, St Julians Business Centre 3, Elia Zammit Street, St Julians STJ 3155, Malta | Hotjar is a web analytics service which tracks and reports website on-page user interactions. | Deletion of cookies |
| Tracking | Datability Solutions Inc, 155th Ave SE Bellevue, Seattle, Washington 98006, US | Disable notifications in device settings | |

| Purpose | Cookie Type | Description | Opt-out |
|---------|-------------|-------------|---------|
| User Experience | Login related actions. | Remember that a user is logged in and redirect to the appropriate section of the site when logging in. This cookie is set for up to 7 days. | Deletion of cookies |
| User Experience | Video and comment likes | Remember the user's "like" selection on a given video. This cookie is set per session. | Deletion of cookies |
| User Experience | Cookie and age gate acceptance | Remember the acceptance of the cookie and/or age gate disclaimer. This cookie is set for up to 90 days. | Deletion of cookies |
| User Experience | Promotional offers | Remember the dismissal of offers. This cookie is set for up to 24 hours. | Deletion of cookies |
| User Experience | Content carry-over | Displaying catered content based on user's clicks. This cookie is set for up to 12 hours. | Deletion of cookies |



| User Experience | Content carry-over | Displaying catered content based on user's clicks. This cookie is set for up to 12 hours. | Deletion of cookies |
| Superbe | FILMS MODELS PHOTOS BLOG TAGS | | SIGN UP |

| User Experience | Content carry-over | Displaying catered content based on user's clicks. This cookie is set for up to 12 hours. | Deletion of cookies |
|---|---|---|---|
| User Experience | Cross-site requests. | Auto-login user on all sites. This cookie is set per session. | Deletion of cookies |
| Tracking | Browser fingerprinting | Track browser agent data and disable offers not available to certain user types. This cookie is set for up to 365 days. | Clearing of all site data. |
| Tracking | Affiliate Tracking | Track affiliate performance. This cookie is set for up to 12 hours. | Deletion of cookies |

### 5.2 HOW TO OBJECT TO THE USE OF WEBTRACKING TOOLS

#### 5.2.1 OPPOSITION TO THE DISPLAY OF PERSONALIZED ADVERTISING

We offer you the possibility to prevent the display of personalized advertising by a single cookie. By clicking on the button below, a cookie is placed on your device that prevents the exploitation of usage-based online advertising on the Superbe website as well as on websites of third parties, if this is based on the setting of third-party cookies on the Superbe website. The cookie does not prevent the display of advertising in general, but prevents the exploitation of advertising tailored to your person. If you use several browsers, you must set this OptOut cookie in every browser.
Usage-based online advertising
[On / off button]

#### 5.2.2 CONTRADICTION OVER BROWSER SETTINGS

Please note that the contradiction of cookies is technically usually solved by setting a contradiction cookie. Thus, another cookie is stored on your device that prevents relevant information from being transmitted to the website operator. So if you delete the cookies stored on your device, you also delete these contradictory cookies. Later, a cookie - e.g. for website optimization - set, so again information is transmitted to the website operator.

In addition to the individual possibilities of objection mentioned in section 4.1, you can generally prevent the storage of cookies by means of the settings of the browser you are using or you must agree that you must agree to the setting of cookies. You can also delete once set cookies at any time. If you use multiple browsers, you must make these settings in each of your browsers. Please note the instructions of your respective browser manufacturer. If you decline cookies altogether, this website may

Superbe                                                    FILMS  MODELS  PHOTOS  BLOG  TAGS    SIGN UP

or you must agree that you must agree to the setting of cookies. You can also delete once set cookies at any time. If you use multiple browsers make these settings in each of your browsers. Please note the instructions of your respective browser manufacturer. If you decline cookies altogether, this website may be impaired.

### 5.3 WHICH SOCIAL MEDIA PLUGINS WE USE

We use so-called "social plugins" of various social networks on our website. When going to a Superbe website that has such a plugin integrated, clicking the plugin will establish a connection between your browser and the social network servers. The information is then automatically transmitted to you about which Superbe websites you have visited. If you are logged into the social network while visiting a Superbe website with an integrated plugin, this information will be assigned to your social network account. If you are logged into a social network account with your browser and click on the plugin, the corresponding content will be shared on your social network account and linked to the account of the social network concerned. The purpose and scope of the data collection and the further processing and use of the data by the social networks, as well as your rights in this regard and setting options for the protection of your privacy, are based on the privacy policy of the respective social network:

| Social network & providers | Feature | Privacy Policy of the provider |
|---|---|---|
| Facebook, Facebook Inc., 1601 S. California Ave, Palo Alto, CA 94304, USA | Facebook Logo or "Like"-Button | here and here |
| Google+, Google Inc., Google Inc. 1600 Amphitheatre Parkway Mountain View, CA 94043, USA | Letter "g" and Plus sign | here |

## 6. YOUR RIGHTS ACCORDING TO GDPR REGULATIONS

Following, we would like to inform you about the rights with regard to the processing of your personal data.

· You have the right to request free information about your personal data stored by us.

· You have the right to request the correction, deletion ("right to be forgotten") or restriction of the processing of your personal data.

· You have the right to object to data processing that is necessary to safeguard the legitimate interests of Superbe or a third party, or that is done for direct marketing purposes.

· You have the right to receive the data concerning you in a structured, common and machine-readable format (the so-called "right to data portability").



**Superbe**

FILMS   MODELS   PHOTOS   BLOG   TAGS

SIGN UP

## 6. YOUR RIGHTS ACCORDING TO GDPR REGULATIONS

Following, we would like to inform you about the rights with regard to the processing of your personal data:

- You have the right to request free information about your personal data stored by us.

- You have the right to request the correction, deletion ("right to be forgotten") or restriction of the processing of your personal data.

- You have the right to object to data processing that is necessary to safeguard the legitimate interests of Superbe or a third party, or that is done for direct marketing purposes.

- You have the right to receive the data concerning you in a structured, common and machine-readable format (the so-called "right to data portability").

If you wish to exercise any of these rights, please contact us as described in Section 1. If you believe that Superbe's processing of your personal information is contrary to applicable law, you may also contact the relevant regulatory authority.

CATEGORIES   CREATE ACCOUNT   LOG IN   SUPPORT   MANAGE COOKIES

### FREE WEEKLY DISCOUNTS

Receive our Weekly Top Discounts directly to your inbox. These deals are exclusively offered through our newsletter.

| E-mail Address | SUBSCRIBE |

DMCA   EU DSA   PRIVACY   TERMS   ABOUT   CONTENT REMOVAL   TRUST AND SAFETY   AFFILIATE PROGRAM   SHOP SUPERBE   BECOME A MODEL

Twitter   Instagram

# EXHIBIT 1.3

Menu



Thank you for visiting our PSM Help Center, we are dedicated to providing you with an exceedingly pleasurable membership and outstanding customer service. Your satisfaction is our top priority and our PSM Help Center prides itself on quick responses and a pleasant experience concerning all membership related questions.

# PaperStreet Media Privacy Notice

## Introduction

PaperStreet Media ("PaperStreet" or "We") is committed to respecting your privacy and recognizes the need for appropriate protection and management of any personally identifiable information ("Personal Information") you share with us. In order to provide you with the services you may request, including access to the member's-only area of our sites (collectively "Services"), We collect and use your Personal Information. If you choose to provide us with your Personal Information through our websites ("Websites") and/or through documents provided during your initial account setup and at any point thereafter, we may transfer your Personal Information within PaperStreet (its parent company and/or any subsidiaries) or to third parties, across borders, and from your country or jurisdiction to other countries or jurisdictions around the world as set forth in this Privacy Notice. PaperStreet Media strives to comply with all applicable laws around the globe that are designed to protect your privacy. Although legal requirements may vary from country to country, PaperStreet intends to adhere to the principles set forth in this Privacy Notice even if, in connection with the above, we transfer your Personal Information from your country to other countries. In other words, our goal is to provide protection for your Personal Information no matter where that Personal Information is collected, transferred, or retained. To protect your privacy, we have adopted and comply with the following principles:

- Notice

- Choice

- Accountability for Onward Transfer

- Security

- Data Integrity & Purpose Limitation

- Access

- Recourse, Enforcement & Liability

This Privacy Notice sets out our practices with respect to personal information collected regarding visitors and subscribers (collectively referred as 'you') of our Websites. This Website is an adult website and membership is solely restricted to adults; persons under the age of eighteen are strictly prohibited from this Website and we do not intentionally collect information on individuals under the age of eighteen. By visiting or subscribing to this Website, you agree and consent to the terms of this Privacy Notice as amended from time to time, as well as the terms and conditions of this Website.

## Acceptance of these Terms

By visiting or subscribing to this Website, you agree to the practices described in this Privacy Notice. We may at any time revise or amend any of these terms and conditions. You are bound by any such revisions and should therefore periodically visit this page to review the then-current terms and conditions to which you are bound. To the extent that any of the third-party sites accessible through our Website (such as our advertisers) have different privacy practices from those stated in this Privacy Notice, those third-party privacy practices govern the collection and use of information you provide when visiting those sites. We are not responsible for the policies, content, and practices of other companies which may collect personal information as a third-party web service provider that has an advertising banner or link on the Website.

# Notice

# Information Collection and Use

You may access and browse our Website without disclosing any Personal Information. However, if you want to access PaperStreet's Services, PaperStreet requests that you voluntarily supply it with Personal Information. We collect and use your Personal Information as follows:

- Registration information – When you sign up or use our Services, we ask for your personal information so that we can provide you with our Services. If you are a customer purchasing a product or service online using our Services, you may be required to provide, on PaperStreet Website or on one of our billing partner, your name and billing information, such as a credit or debit card number, card expiration date, card verification code (CVV), bank account number, address, and credentials to access the Website, such as a username/password and/or email address.

- Information obtained from third parties – In order to protect you from fraud or other misconduct, we may record or obtain information about you from third parties to verify the information you provide. For example, we may use card authorization and fraud screening services to verify that your credit or debit card information and address match the information that you provided to us.

- Transaction information – When you use our Services to purchase a product or service online, we collect information about each transaction, including the transaction amount, a description of the goods or services being purchased, your name, username/password and the payment information.

- Log information – When you use our Services, our servers automatically record information that your browser sends whenever you visit a website. These server logs may include information such as your web request, Internet Protocol address, the date and time of your request and one or more cookies that may uniquely identify your browser.

- User communications – When you send e-mail or other communication to us, we may retain those communications in order to process your inquiries, respond to your requests and improve our Services. We will use your Personal Information to send you confirmation of your purchases, information on the billing cycle and assistance to help you manage your subscriptions. We may also use your personal information to notify you of important functionality changes on our websites, inform you of changes in our terms or use or provide additional assistance or tips about our products and services.

• Statistical analysis - We may use Personal Information to assess the quality or our products, improve or services and conduct market research.

# Information we collect automatically

PaperStreet may also collect certain information through our Website by automated means, such as IP addresses, browser type, operating system and basic actions performed on our Website, errors, number of Website visits, and other page interactions. This information is collected automatically through the use of various technologies such as cookies and web beacons. You can find further information about the cookies that we use on our Website and how to manage your cookie preferences in the section "Cookies" below. PaperStreet is the sole owner of the information collected. We will not sell, share, or rent this information to third parties, except as set forth in this Privacy Notice. If you are a customer, you may receive from us order/cancellation e-mail confirmations that are automatically generated whenever an order/cancellation is placed through us and that confirm your purchase or cancellation with important details about your purchase or cancellation, including but not limited to, product purchased/cancelled, order/cancellation date, username/password and our customer service toll free telephone number that may be used for any inquiries about the purchase/cancellation.

# Information Sharing

We ensure that your Personal Information will not be disclosed to anyone other than:

• PaperStreet's payment processors in order to process a payment and provide our Services to you;

• Our contractors, service providers, and other third parties we use to support our business and who are bound by contractual obligations to keep personal information confidential and use it only for the purposes for which we disclose it to them;

• Companies that we may merge with or be acquired by. (Should such a combination occur, we will require that the new entity follow this Privacy Notice with respect to your Personal Information. If your Personal Information could be used contrary to this Privacy Notice, you will receive prior notice.);

• Law enforcement, government officials, or other third parties when (a) we are compelled to do so by a subpoena, court order or similar legal procedure; (b) we need to do so to comply

with law; or (c) we believe in good faith that the disclosure of Personal Information is necessary to prevent physical harm or financial loss, to report suspected illegal activity, or to investigate violations of our agreement(s);

- Other third parties with your consent or direction to do so.

# Legal Basis for Processing Your Personal Information

Our legal basis for collecting and using the Personal Information described above will depend on the personal information concerned and the specific context in which we collect it. However, we will normally collect Personal Information from you only where:

- We have your consent to do so

- We need the personal information to perform a contract with you

- The processing is in our legitimate interests and not overridden by your rights or

- We have a legal obligation to collect Personal Information from you

"Legitimate interests" means the interests of our company in conducting and managing our business to enable us to give you the best service/products and the best and most secure experience. For example: we have an interest in keeping our network secure. It can also apply to processing that is in your interests as well. For example: we may process your Personal Information to protect you against fraud when transacting on our website. We process Personal Information for certain legitimate business purposes, which include some or all of the following:

- To enhance, modify, personalize or otherwise improve our services/communications for the benefit of our customers

- To identify and prevent fraud

- To enhance the security of our network and information systems

When processing your Personal Information for our legitimate interests, we make sure to consider and balance any potential impact on you (both positive and negative) and your rights under the data protection laws. Our legitimate business interests do not automatically override your interests " we will not use your Personal Information for activities where our interests are overridden by the impact on

you (unless we have your consent or are otherwise required or permitted by law). If you have any
concerns about the processing, you have the right to object to processing that is based on our
legitimate interests. For more information on your rights, please see "Your Rights" section below.

# Choice

You may choose whether or not to provide Personal Information to us. If you choose not to provide the
Personal Information we request, you can still visit most of PaperStreet's Websites, but you will be
unable to purchase a product or service online, setup an account with us and/or use any of our other
paid Services. If you choose to have a relationship with us, such as a contractual or other business
relationship, you will be required to provide Personal Information in connection with such relationship.

# Accountability for Onward Transfer

When we transfer Personal Information to a third party we will ensure that our agreement with the third
party provides that such Personal Information may only be processed for limited and specified
purposes consistent with the consent you provided and that the third party will provide the expected
level of protection as required by relevant law.

# Security

We have implemented security policies, rules and technical measures to protect the Personal
Information that we have under our control from unauthorized access, improper use or disclosure,
unauthorized modification, unlawful destruction or accidental loss. PaperStreet utilizes HTTP Secure
(HTTPS) and/or Transport Layer Security (TLS) when receiving and transmitting information
electronically. We protect Personal Information by maintaining physical, electronic and procedural
safeguards in compliance with applicable US federal and state regulations. We use computer
safeguards such as firewalls and data encryption, we enforce physical access controls to our buildings
and files, and we authorize access to personal information only for those employees who require it to
fulfill their job responsibilities. Nonetheless, visitors and subscribers should consider all Personal
Information, communications, and information provided to PaperStreet to be non-confidential, and
consequently, we assume no responsibility or liability if any information relating to any visitor or
subscriber is intercepted and/or used by an unintended recipient.

# International transfers

If you are visiting our Website or using our Services from outside the United States (US), including in the European Economic Area, please be aware that your personal information will be transferred to the US, stored on US servers and potentially processed in other countries whose data protection laws may not be as protective as those in your country of residence. However, our collection, storage and use of your personal information will at all times be in accordance with this privacy policy wherever it is processed.

# Data Integrity & Purpose Limitation

We will take reasonable steps to ensure that all personal information that we collect is accurate, complete, current and reliable for its intended use and purpose which may include those that reasonably serve payment processing, customer relations, compliance and legal considerations, auditing, security and fraud prevention, preserving or defending our legal rights or other reasonable uses in this context. You may send updates and corrections about your Personal Information to compliance@psmhelp.com and we will make reasonable efforts to incorporate the changes in your Personal Information that we hold as soon as practicable. We will retain your Personal Information only for as long as it is necessary for purposes as identified above.

# Access

You may inquire about your Personal Information being held by PaperStreet by sending an email to compliance@psmhelp.com. Upon meeting certain security measures, PaperStreet shall provide you with a copy of the Personal Information that it keeps about you. Prior to completing your request, PaperStreet may require that you provide us with certain items as a proof of your identity. PaperStreet reserves the right to refuse a request where the burden or expense of providing access would be disproportionate to the risks to your privacy or where the rights of persons other than You would be violated.

# Recourse, Enforcement & Liability

We are committed to investigate and expeditiously resolve complaints about your privacy and our collection or use of your Personal Information. PaperStreet uses the self-assessment method of verification of compliance. European Union and Swiss individuals with inquiries or complaints regarding this Privacy Notice should first contact us at compliance@psmhelp.com or via post at PaperStreet Media, Attn: Chief Privacy Officer, 14 NE 1st Ave, Miami, FL 33132, USA.

# Your Rights

If you are from certain territories (such as the European Economic Area) you may have certain rights in relation to your personal information, such as the right to request from PaperStreet access to and rectification or erasure of personal data or restriction of processing concerning your data subject or to object to processing as well as the right to data portability (where applicable), under the General Data Protection Regulation (GDPR):

- You may email us at compliance@psmhelp.com in order to access, correct, delete or update your Personal Information in our records. We will answer every email as promptly as possible.

- In addition, you can object to processing of your Personal Information, ask us to restrict processing of your Personal Information or request portability of your Personal Information. Again, you can exercise these rights by contacting us at compliance@psmhelp.com.

- Similarly, if we have collected and processed your Personal Information on the basis of your consent, then you can withdraw your consent at any time. Withdrawing your consent will not affect the lawfulness of any processing we conducted prior to your withdrawal, nor will it affect processing of your Personal Information conducted in reliance on lawful processing grounds other than consent.

- We may use automated decision making in processing your Personal Information for some services and products. You can request a manual review of the accuracy of an automated decision if you are unhappy with it.

- You have a right to lodge a complaint with a supervisory authority if you believe that processing of your Personal Information relates to the infringement of any laws and regulations. For more information, please review Recourse, Enforcement & Liability section above.

- If you have any privacy-related questions or unresolved problems, you may contact us at compliance@psmhelp.com.

# Cookies

PaperStreet uses 'cookie' technologies on some portions of PaperStreet's Websites. You are always free to decline our cookies if your browser permits, although in that case you may not be able to use certain features on our Websites. Some of our third-party service providers may use cookies to collect personally identifiable information about your online activities over time and across third-party websites. Please visit webcookies.info and each third-party service providers' privacy policy for more information. We have no access to information collected by third parties' cookies and third parties have no access to information collected by ours. Please find more about our cookie policy in the Cookie Policy disclaimer (https://www.psmhelp.com/cookies).

# Third Parties

Any websites displayed to you by our Websites as Internet search results or linked to Internet search results pages provided to you by our Websites have been developed by third parties over which PaperStreet exercises no control. Such websites may send their own cookies to end users, collect data, or solicit personal information from you. PaperStreet is not responsible for the privacy practices or the content of such websites, including such websites' use of any information collected when you are directed to or click through to such websites. Even though such information might not identify you personally, we strongly encourage you to become familiar with the privacy practices of those websites.

# Data Retention

We retain Personal Information we collect from you where we have an ongoing legitimate business need to do so (for example, to provide you with a service you have requested or to comply with applicable legal, tax or accounting requirements). When we have no ongoing legitimate business need to process your Personal Information, we will either delete or anonymize the Personal Data within the maximum period of 5 years following the last recorded activity on the account. If this is not possible

(for example, because your Personal Information has been stored in backup archives), then we will securely store your Personal Information and isolate it from any further processing until deletion is possible.

# Children

PaperStreet does not request, or knowingly collect Personal Information from children under the age of 18. PaperStreet does not give children the ability to post messages or otherwise distribute information about themselves through our Website or through any other means.

# Policy Changes

We may update or amend this Privacy Notice from time to time, to comply with law or to meet our changing business or legal requirements. When we update our Privacy Notice, we will take appropriate measures to inform you, consistent with the significance of the changes we make. Any updates or amendments will be posted on our Website. By continuing to access our Website, your access and use will be subject to these updates and amendments.

# Effective Date

This page was last updated on 2018-05-21. We may change this statement from time to time, so please check periodically.

## < Click Here to go Back Home

**Chargebacks and Fraudulent Transactions**

In the event of charge back, our processors will comprehensively investigate the transaction. Falsified chargebacks may add you to the blacklist with our processor, which will complicate possibilities of future

membership. Please contact our PSM Help Representative if you have any further questions.

# CONTACT US

 help@PSMHelp.com

# EXHIBIT 1.4

Menu



Thank you for visiting our PSM Help Center, we are dedicated to providing you with an exceedingly pleasurable membership and outstanding customer service. Your satisfaction is our top priority and our PSM Help Center prides itself on quick responses and a pleasant experience concerning all membership related questions.

---

# Cookie policy PSM

## Cookies

PaperStreetMedia LLC uses 'cookie' technologies on some portions of PaperStreet's Websites. You are always free to decline our cookies if your browser permits, although in that case you may not be able to use certain features on our Websites.

## 1. Cookies - What are they?

A "cookie" is a small text file that is stored on your computer, mobile device, tablet or other device when you visit a website or use an application. Cookies are then sent back to the Website on each subsequent visit, or to another website that recognizes that cookie, and allow the website to recognize the user's device. Some cookies are deleted when you close down your browser. These are known as session cookies. When you restart your browser and return to the Website, the Website will not recognize you and you will have to log back in (if login is required) or select your unique preferences/settings again. Other cookies remain on your device until they expire or you delete them from your cache. Expiration dates are set within the cookies themselves, and some may expire after a few minutes while others may expire after many years. These are known as persistent cookies and enable us to remember things about you as a returning visitor. Our Website uses both session and persistent cookies.

## 2. How we use cookies

Cookies allow us to recognize users (where appropriate) and helps us improve the user experience. You are always free to decline our cookies if your browser permits, although in that case you may not be able to use certain features on our Websites. We use cookies to obtain information about your visits on our Websites and about the device you use to access our Websites. This includes where available, your IP address and pseudonymous identifiers, and in some cases cookies can record your username and email.

## 3. Why we use cookies

We use cookies to give you access to the content you bought on our Websites. In addition, when visiting our Websites, we will deploy cookies to provide an online service more suited to the device you connect with (computer, mobile, tablet...), as well as to prevent and detect fraud and keep your connection secure. We will also use cookies to help us make our Websites more relevant to you and avoid displaying offers for products that you already have access to.

## 4. Cookie Categories

This section explains each cookie category in more detail and how you can control their use. The length of time a cookie stays on your device depends on its type. We use two types of cookies on our Website:

## Session cookies

These are temporary cookies which only exist, during the time you use the Website (or more strictly, until you close the relevant browser). Session cookies help our Website remember what you chose on the previous page, avoiding the need to re-enter information and improve your experience whilst using the Website.

## Persistent cookies

These are cookies which stay on your device after you have closed your browser and remain in your browser's subfolders until they expire or you delete them. Persistent cookies help us identify you as a unique visitor. You can remove persistent cookies directly in our browser (please refer to your browser manual to locate the option).

We also categorize our cookies to help our customers understand the specific reason for each cookie:

## Essential cookies

These are cookies that are essential for us to provide a service you have requested and to provide a secure online environment. Without these cookies we may unable to provide some services that you might request. Other "essential" cookies keep our Website secure. Essential cookies are used to: Enable a user to log into our Websites and recognize such user when navigating the Website ("authentication cookies"); Check if a user is allowed to access to a particular service or content.

## Performance cookies (tracking Website performance)

These cookies collect aggregated information and they are not used to identify you. These cookies allow us to track performances of our Websites and detect possible issue. We may use internal cookies (first-party cookies) or third-party cookies (including Google Analytics) as performance cookies.

## Functionality cookies (giving you a better online experience)

These cookies tailor the Website to provide enhanced features. We use this type of cookies to: Remember your preferences Avoid displaying products for which you already have access

## 5. Third Parties

Some of our third-party service providers may use cookies to collect personally identifiable information about your online activities over time and across third-party websites. Please visit www.webcookies.info and each third-party service providers' privacy policy for more information. We have no access to information collected by third parties' cookies and third parties have no access to information collected by ours.

## 6. Keep in mind

We will only use cookies for their essential purposes unless you have given your consent to any other uses they have. Managing cookies choices: You can turn off or delete cookies in your browser. However, if you do this, it may affect sites that use similar cookies to us and impact your navigation.

## 7. How to control and delete cookies

Although Cookies help you get the most out of our Websites, you can set up your browser to delete or refuse some or all of them.

On your first visit to the Website you will have seen a pop-up to inform you that cookies are being used when you proceed with using the Website. Although this pop-up will not usually appear on subsequent visits you may withdraw your cookie consent at any time by changing your browser or device settings.

Please remember, if you do delete some or all your cookies, some functionality on our Website may be disabled and as a result you may be unable to access certain parts of our Website and your experience on our Website may be affected. Unless you have adjusted your browser settings so that they will delete or refuse cookies, cookies will be issued or reissued when you direct your browser to our Website.

You may also opt out of third party cookies by following the instructions provided by each third party in its privacy policy.

To find out more about cookies, visit http://www.allaboutcookies.org/

## 8. Does the Website use any other personal data about me?

More information regarding our use of user data can be found in our privacy policy(https://www.psmhelp.com/privacy).

### < Back Home

**Chargebacks and Fraudulent Transactions**

In the event of charge back, our processors will comprehensively investigate the transaction. Falsified chargebacks may add you to the blacklist with our processor, which will complicate possibilities of future membership. Please contact our PSM Help Representative if you have any further questions.

# CONTACT US

 help@PSMHelp.com

# EXHIBIT 1.5

Menu



Thank you for visiting our PSM Help Center, we are dedicated to providing you with an exceedingly pleasurable membership and outstanding customer service. Your satisfaction is our top priority and our PSM Help Center prides itself on quick responses and a pleasant experience concerning all membership related questions.

# PaperStreet Media WEBSITE USER AND MEMBERSHIP TERMS AND CONDITIONS

Updated: June 14, 2022

These Website User and Membership Terms and Conditions govern your use and access to and/or membership in, the following network of Websites, which currently includes:

- StepSiblings.com

- PervMom.com

- Submissived.com

- BlackValleyGirls.com

- Shoplyfter.com

- DadCrush.com

- Exxxtrasmall.com

- DaughterSwap.com

- SisLovesMe.com

- FamilyStrokes.com

- TeensLoveBlackCocks.com

- Bffs.com

- Teamskeet.com

- TeamskeetExtras.com

- Exxxtrasmall.com

- TeenPies.com

- HerFreshManYear.com

- InnocentHigh.com

- SoloInterviews.com

- TeenCurves.com

- CFNMTeens.com

- TeensLoveAnal.com

- MyBabysittersClub.com

- TeensDoPorn.com

- POVLife.com

- TheRealWorkout.com

- ThisGirlSucks.com

- OyeLoca.com

- TittyAttack.com

- TeenyBlack.com

- Dyked.com

- Badmilfs.com

- Gingerpatch.com

- BraceFaced.com

- TeenJoi.com

- LittleAsians.com

- Thickumz.com

- Shoplyftermylf.biz

- Fostertapes.com

- mormongirlz.biz

- teamskeetxpervnana.com

- notmygrandpa.com

- freeusefantasy.com

- teamskeettaboo.com

- PervDoctor.com

- Teamskeetxspizoo.com

- Teamskeetxaveryblack.com

- Teamskeetxpovgod.com

- Teamskeetxscreampies.com

- Teamskeetxozfellatioqueens.com

- Teamskeetxbrandibraids.com

- Teamskeetxerotiquetvlive.com

- Hijabhookup.com

- Imadeporn.com

- Sisswap.com

- Teamskeetxtoughlovex.com

- Pervtherapy.com

- Teamskeetxbrattyfootgirls.com

- TeamskeetClassics.com

- Teamskeetxbritstudioxxx.com

- Teamskeetxbjraw.com

- Teamskeetxpovperv.com

- Teamskeetxjavhub.com

- Teamskeetximpuredesire.com

- Teamskeetxcumkitchen.com

- Tinysis.com

- Teamskeetxpurgatoryx.com

- Teamskeetxgranddadz.com

- Teamskeetxevilangel.com

- Teamskeetxrileycyriis.com

- FreakyFembots.com

- Spanish18.com

- SelfDesire.com

- ShesNew.com

- LatinaTeam.com

- SexAndGrades.com

- RubATeen.com

- AnalEuro.com

- KissingSis.com

- BlackStepDad.com

- PetiteTeens18.com

- TeamSkeetSelects.com

- TeamSkeetXOG.com

- TeamSkeetXAllstars.com

- TeamSkeetXLunaXJames.com

- TeamSkeetXEvaElfie.com

- TeamSkeetXJoyBear.com

- TeamSkeetXJoyBAEB.com

- TeamSkeetXJamesDeen.com

- StayHomePOV.com

- TeamSkeetXCamSoda.com

- SheSeducedMe.com

- TeamSkeetXBannaFever.com

- TeamSkeetXLaynaLandry.com

- TeamSkeetXFloraRodgers.com

- TeamSkeetXReislin.com

- TeamSkeetXClubSweethearts.com

- TeamSkeetXLabs.com

- TeamSkeetXMrLuckyPOV.com

- TeamSkeetXLuxuryGirl.com

- TeamSkeetXRawAttack.com

- TeamSkeetXYoungBusty.com

- MomSwap.com

- TeamSkeetXDocTayTay.com

- TeamSkeetXHerbCollins.com

- TeamSkeetXFeature.com

- TeamSkeetXBang.com

- TeamSkeetXKateKoss.com

- TeamSkeetXSweetieFox.com

- TeamSkeetXStellaSedona.com

- TeamSkeetXKrissKiss.com

- TeamSkeetXJasonMoody.com

- TeamSkeetXOnly3X.com

- TeamSkeetXTabbyAndNoName.com

- TeamSkeetXMollyRedWolf.com

- AfterDark.com

- TeamSkeetXClubCastings.com

- TeamSkeetXFuckingSkinny.com

- TeamSkeetXBrasilBimbos.com

- TeamSkeetXAdultPrime.com

- MessyJessy.com

- TeamSkeetXXanderPorn.com

- TeamSkeetVIP.com

- TeamSkeetXFit18.com

- TeamSkeetXGotFilled.com

- TeamSkeetXThicc18.com

- PervDriver.com

- TeamSkeetXFlithyKings.com

- TeamSkeetXWilltilexxx.com

- TheLoft.com

- TeamSkeetXStepHousehold.com

(collectively, the "SITES", or individually, a "SITE" or "we/our").

# IMPORTANT!

These Terms and Conditions also govern your membership to the SITE if you become a member. By accessing, using, viewing, reading, printing, installing, or downloading any material from the SITE, or becoming a member to the SITE, you agree to be bound by these Terms and Conditions. This Agreement is intended to be governed by the Electronic Signatures in Global and National Commerce Act (E-Sign Act). You manifest your agreement to these Terms and Conditions by any act demonstrating your assent thereto, including clicking any button containing the words 'I agree' If you do not agree to be bound by these Terms and Conditions, you may not enter the SITE, you must exit the SITE immediately, you may not use or access the SITE, and you may not print or download any materials from them. You may use and access the SITE only in accordance with these Terms and Conditions. Please consult these Terms and Conditions regularly and read them carefully before using the SITE. You affirm that you have read this Agreement and understand, agree and consent to its Terms and Conditions. You are solely responsible for obtaining access to the SITE and that access may involve third party fees (such as Internet service provider or airtime charges). You are responsible for those fees, including those fees associated with the display or delivery of advertisements. In addition, you must provide and are responsible for all equipment necessary to access the SITE.

# I. Images and Content

These SITES contain images and content, including but not limited to text, software, images, graphics, data, messages, or any other information, and any other World Wide Web Site owned, operated, licensed, or controlled by SITE (collectively, "Materials").

## II. Age of Majority and Membership

### A. Age of Majority

You represent and warrant you are at least 18 or 21 years of age, depending on the age of majority in your jurisdiction, and that you have the legal capacity to enter into this Agreement. If you are not at least 18 or 21 years of age, depending on the age of majority in your jurisdiction, you must exit the SITE immediately and may not use or access the SITE or print or download any Materials from them. You may be asked to verify your birth date on the Birth Date Verifier™ form as a condition of entry onto the SITE, pursuant to 28 U.S.C. § 1746. You agree not to bypass any security and/or access feature on this SITE. Additionally, the SITE does not assume any responsibility or liability for any misrepresentations regarding a user's age.

### B. Member Account, Password and Security

Membership may not be assigned, transferred, or sold to a third party. The SITE and its affiliates disclaim any and all liability arising from fraudulent entry and use of the SITE. If a user fraudulently obtains access, the SITE may terminate membership immediately and take all necessary and appropriate actions under applicable federal, state, and international laws.

### III. No Child Pornography

You understand that all models appearing on this SITE are, and were at the time of all recorded images, at least 18 years of age, and that our SITE contains no child pornography. If you seek any form of child pornography, you must exit this SITE immediately. You acknowledge that all Materials on the SITE are protected by the First Amendment. We take a strong and definite stand against child

pornography and only allow images and Materials that are protected by the First Amendment. If you identify any images, real or simulated, depicting minors engaged in sexual activity within the SITE, please report the images to the SITE. Include with your report any appropriate evidence, including the date and time of identification. All reports will immediately be investigated and the appropriate action will be taken. We enthusiastically cooperate with any law-enforcement agency investigating child pornography. If you suspect other outside websites are participating in unlawful activities involving minors, please report them to www.asacp.org. Users should implement parental control protections, such as computer hardware, software, or filtering services, which may help users to limit minors' access to harmful material.

# IV. Access to, Limited License, and Interference with, SITE

## A. Access

To access the SITE or some of the resources it has to offer, you may be asked to provide certain registration details or other information. It is a condition of your use of this SITE that all information you provide will be correct, current, and complete. If the SITE believes the information you provide is not correct, current, or complete, the SITE has the right to refuse you access to the SITE or any of its resources, and to terminate or suspend your access at any time.

## B. Limited License

Subject to these Terms and Conditions and in consideration of using the SITE, the SITE hereby grants you a limited, nonexclusive, nontransferable personal license to access and use the SITE and the Materials contained therein. The SITE provides the Materials on this SITE for the personal, non-commercial use by viewers, fans, visitors, subscribers and/or potential subscribers of said SITE. Users of this SITE are granted a single copy license to view Materials (on a single computer only). All Materials on the SITE shall be for private non-commercial use only, and all other uses are strictly prohibited. SITE reserves the right to limit the amount of materials viewed. You agree to prevent any unauthorized copying of the SITE, or any of the Materials contained therein. Any unauthorized use of the SITE or any of the Materials contained therein terminates this limited license effective immediately. This is a license to use and access the SITE for its intended purpose and is not a transfer of title. You represent and warrant that you will not allow any minor access to this SITE and that you will not copy or redistribute any of the content appearing on this SITE. SITE reserves the right to terminate this

license at any time if you breach or violate any provision of this Agreement, in which case you will be obligated to immediately destroy any information or materials you have downloaded, printed or otherwise copied from this SITE. Violators of this limited license may be prosecuted to the fullest extent under the applicable law.

# C. Interference

Except where expressly permitted by law, you may not translate, reverse-engineer, decompile, disassemble or make derivative works from our SITE's Materials. User hereby agrees not to use any automatic device or manual process to monitor or reproduce the SITE, and will not use any device, software, computer code, or virus to interfere or attempt to disrupt or damage the SITE or any communications on it.

# V. Restrictions on Use of SITE

You may use the SITE only for purposes expressly permitted by the Terms and Conditions of the SITE. You may not use the SITE for any other purpose, including any commercial purpose, without the SITE's express prior written consent. Without the express prior written authorization of the SITE, you may not:

- duplicate the SITE or any of the Materials contained therein (except as expressly provided above in Section IV);

- create derivative works based on the SITE or any of the Materials contained therein;

- use the SITE or any of the Materials contained therein for any public display, public performance, sale or rental;

- re-distribute the SITE or any of the Materials contained therein;

- remove any copyright or other proprietary notices from the SITE or any of the Materials contained therein;

- frame or utilize any framing techniques in connection with the SITE or any of the Materials contained therein;

- use any meta-tags or any other 'hidden text'.

# VI. Membership

# A. Registration

You are responsible for providing all equipment and the computer necessary to access the SITE. You may access the non-public portion of the SITE only by being a member in good standing to the SITE. The SITE reserves the right to modify Materials and the SITE's design at anytime, with or without prior notice. You may become a member of the SITE by completing an online registration form, which must be accepted by SITE, and you must pay the subscription fee. Upon submission of the online registration form, SITE or its authorized agent will process the application. In connection with completing the online registration form, you agree to provide true, accurate, current and complete information about yourself as prompted by the registration form(such information being the 'Registration Data'). You must promptly inform SITE of all changes, including, but not limited to, changes in your address used in connection with billing for the SITE. If you provide any information that is untrue, inaccurate, not current or incomplete, or SITE or any of its authorized agents have reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, SITE has the right to suspend or terminate your account and refuse any and all current or future use of the SITE, as well as subjecting you to criminal and civil liability. You are responsible for dishonored checks and any related fees that we incur with respect to your account. In the event of an unsuccessful recurring payment, an administrative fee of up to $2.00 may be applied in order to keep your subscription active until the full subscription fee can be processed successfully.

# B. Member Account, Password and Security

As part of the registration process, you will be issued a unique user name and password which you must provide in order to gain access to the non-public portion of the SITE. You certify that when asked to choose a username you will not choose a name which may falsely represent you as somebody else or a name which may otherwise be in violation of the rights of a third party. We reserve the right to disallow the use of usernames that we, at our sole discretion, deem inappropriate. As part of the registration process, you agree that data, and in particular Personal Information is transferred to and stored on U.S. servers. We reserve the right to cancel at any time the membership of any member who uses their selected username in violation of these Terms and Conditions or in any other way we, in our sole discretion, deem inappropriate. Your membership, the ID and password are nontransferable and non-assignable. You represent and warrant that you will not disclose to any other person your unique

user name and password and that you will not provide access to the SITE to anyone who is below the age of majority in your state, province, or country, or otherwise does not wish to view the content on the SITE. You are solely responsible for maintaining the confidentiality of your user name and password and are fully responsible for all activities that occur under your user name and password. SITE will not release your password for security reasons. You agree to (a) immediately notify SITE of any unauthorized use of your user name and password or any other breach of security, and (b) ensure that you exit from your account at the end of each session. You are liable and responsible for any unauthorized use of the SITE until you notify SITE by email regarding that unauthorized use. Unauthorized access to the SITE is illegal and a breach of this Agreement. You indemnify the SITE against all activities conducted through your account. You may obtain access to your billing records regarding charges of your use of the SITE upon request.

## C. Billing Errors

If you believe that you have been erroneously billed, please notify us immediately of such error. If we do not hear from you within one hundred twenty (120) days after such billing error first appears on any account statement, such fee will be deemed acceptable by you for all purposes, including resolution of inquiries made by your credit card issuer. You release us from all liabilities and claims of loss resulting from any error or discrepancy that is not reported to us within one hundred twenty(120) days of its publication.

## D. "OPT-IN" & "OPT-OUT" AND USER COMMUNICATION

Subscriber's expressly and specifically acknowledges and agrees that his email address or other means of communicating with subscriber may be used to send him offers, information or any other commercially oriented emails or other means of communications. More specifically, other offers may be presented to the subscriber via email campaigns or other means of communications with a pre-selected preference or choice. If the subscriber does not deselect the pre-selected preference of choice(i.e. "OPT-OUT" of the offer) then the site may transfer the subscriber's personal profile information to the third-party service or content provider making the offer. If the subscriber deselects the pre-selected preference then no personal information about the subscriber may be disclosed to any third-party service or content provider. \

# E. Cancellation Policy & How To Cancel

Memberships may be canceled at any time by entering their email address in the applicable box located at https://www.psmhelp.com/cancel-membership or by contacting our customer support team via email at help@psmhelp.com. When a membership is canceled a user will have access to the SITE for the remainder of their membership period. Once expired, a user will have access to the expired member area where he/she may reactivate their membership to get access to previously accessible content for viewing purposes.

How To Cancel Your Membership:

Step 1. Click "Cancel Membership" located on https://www.psmhelp.com/cancel-membership

Step 2. Enter your email address and click "Cancel Membership"

Step 3. Verify membership details located on the page and click "cancel" to confirm the cancellation

# F. Automatic Recurring Billing / Rebilling

Users are liable for all fees associated with their membership. We reserve the right to collect any applicable taxes from a user associated with their membership. Users must cancel their membership at least 24 hours prior to the rebill date should they prefer to not be billed for the next renewal period. All users are responsible for any and all fees associated with initial purchases as well as renewals made within the Members Area including, but not limited to access to additional series available within the Members Area and third-party products, services, and any other entertainment provided.

Subject to change, our default payment options include the following:

a) 1 Year Membership initial charge of $499.00 automatically rebilling at $499.00 every 365 days until canceled

b) 6 Months Membership initial charge of $99.95 automatically rebilling at $99.95 every 180 days until canceled

c) 1 Month Membership initial charge of $29.95 automatically rebilling at $29.95 every 30 days until canceled

d) 1 Day Membership initial charge of $1.00 automatically rebilling at $39.99 every 30 days until canceled

# VII. Termination

You hereby agree to be personally liable for any and all charges incurred by you until termination of membership for goods or services through your use of the SITE. This Agreement's provisions shall survive its termination, unless otherwise stated. Upon our processing of your request to cancel your membership, you will no longer have access to the non-public areas of the SITE to which you were a member. Without limiting other remedies, the SITE may immediately issue a warning, temporarily suspend, indefinitely suspend, or terminate your access and use of the SITE and refuse to provide our services to you at any time, with or without advance notice if:

- SITE believes that you have breached any material term of these Terms and Conditions or the documents it incorporates by reference;

- you fail to pay any amount due by the payment due date;

- we are unable to verify or authenticate any information you provide to us;

- we believe that your actions may cause legal liability for you, our users or us; or

- SITE decides to cease operations or to otherwise discontinue any of the SITE or parts thereof. Further, you agree that neither SITE nor any third party acting on our behalf shall be liable to you for any termination of your membership or access to the SITE. You agree that if your

account is terminated by SITE, you will not attempt to re-register as a member without prior written consent from SITE.

# VIII. Disclaimer of Warranty

YOU EXPRESSLY AGREE THAT USE OF THE SITE OR ANY OF THE MATERIALS CONTAINED THEREIN IS AT YOUR OWN AND SOLE RISK. THE SITE AND ALL MATERIALS CONTAINED THEREIN ARE PROVIDED "AS IS" THAT MAY MANIFEST CONTAMINATING OR DESTRUCTIVE PROPERTIES. SITE DOES NOT ASSUME ANY RESPONSIBILITY OR RISK FOR YOUR USE OF THE INTERNET. SITE MAKES NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH THE SITE OR ANY TRANSACTION ENTERED INTO THROUGH THE SITE AND IS NOT RESPONSIBLE FOR ANY USE OF CONFIDENTIAL OR PRIVATE INFORMATION BY SELLERS OR THIRD PARTIES. SITE OWNER MAY CHANGE ANY OF THE INFORMATION FOUND AT THIS SITE AT ANY TIME WITHOUT NOTICE INCLUDING THE TERMS OF SERVICE WITHOUT NOTICE. SITE OWNER MAKES NO COMMITMENT TO UPDATE THE INFORMATION FOUND AT THIS SITE. SITE MAKES NO COMMITMENT TO UPDATE THE MATERIALS. THE WARRANTIES AND REPRESENTATIONS SET FORTH IN THIS AGREEMENT ARE THE ONLY WARRANTIES AND REPRESENTATIONS WITH RESPECT TO THIS AGREEMENT, AND ARE IN LIEU OF ANY AND ALL OTHER WARRANTIES, WRITTEN OR ORAL, EXPRESS OR IMPLIED, THAT MAY ARISE EITHER BY AGREEMENT BETWEEN THE PARTIES OR BY OPERATION OF LAW, INCLUDING WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. NONE OF THESE WARRANTIES AND REPRESENTATIONS WILL EXTEND TO ANY THIRD PERSON. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

# IX. Disclaimer

THE PROVISION OF ANY SERVICES WHICH IS IN VIOLATION OF ANY LAWS IS STRICTLY PROHIBITED. IF WE DETERMINE THAT YOU OR ANY USER HAS PROVIDED OR INTENDS TO PURCHASE OR PROVIDE ANY SERVICES IN VIOLATION OF ANY LAW, YOUR ABILITY TO USE THE SITE WILL BE TERMINATED IMMEDIATELY. WE DO HEREBY DISCLAIM ANY LIABILITY FOR DAMAGES THAT MAY ARISE FROM ANY USER PROVIDING ANY SERVICES FOR ANY PURPOSE THAT VIOLATES ANY LAW. YOU DO HEREBY AGREE TO DEFEND, INDEMNIFY AND HOLD US HARMLESS FROM ANY LIABILITY THAT MAY ARISE SHOULD YOU VIOLATE ANY LAW. YOU DO ALSO HEREBY AGREE TO DEFEND AND INDEMNIFY US SHOULD ANY THIRD PARTY BE HARMED BY YOUR ILLEGAL ACTIONS

OR SHOULD WE BE OBLIGATED TO DEFEND ANY CLAIMS INCLUDING, WITHOUT LIMITATION, ANY CRIMINAL ACTION BROUGHT BY ANY PARTY NOT AFFILIATED WITH THIS SITE. OUR SITE CONTAINS MATERIAL THAT MAY BE OFFENSIVE TO THIRD PARTIES. YOU DO HEREBY AGREE TO INDEMNIFY AND HOLD US HARMLESS FROM ANY LIABILITY THAT MAY ARISE FROM REVIEWING SUCH MATERIAL AND WARRANT AND AGREE TO CEASE REVIEW OF THE SITE SHOULD YOU FIND IT OFFENSIVE. IF YOU ARE SEEKING SERVICES THAT ARE IN VIOLATION OF ANY APPLICABLE LAWS WHATSOEVER, YOU MAY NOT USE THIS SITE AND DO HEREBY AGREE TO EXIT IT IMMEDIATELY. THUS, ALL DISPUTES RELATING TO THE ONLINE STORE SHALL BE DIRECTED TO THE STORE, AND NOT THE SITE.

## X. Indemnity

You agree to defend, indemnify, and hold harmless the SITE, its officers, directors, shareholders, employees, independent contractors, telecommunication providers, and agents, from and against any and all claims, actions, loss, liabilities, expenses, costs, or demands, including without limitation legal and accounting fees, for all damages directly, indirectly, and/or consequentially resulting or allegedly resulting from your, or you under another person or authority including without limitation to governmental agencies, use, misuse, or inability to use the SITE or any of the Materials contained therein, or your breach of any of these Terms and Conditions. SITE shall promptly notify you by electronic mail of any such claim or suit, and cooperate fully (at your expense) in the defense of such claim or suit. We reserve the right to participate in the defense of such claim or defense at its own expense, and choose its own legal counsel, but are not obligated to do so.

## XI. Links and Linking

Some websites which are linked to the SITE are owned and operated by third parties. Because the SITE has no control over such websites and resources, you acknowledge and agree that SITE is not responsible or liable for the availability of such external websites or resources, and does not screen or endorse them, and is not responsible or liable for any content, advertising, services, products, or other materials on or available from such websites or resources. You further acknowledge and agree that SITE shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such third-party content, goods or services available on or through any such website or resource. If you decide to access any such third-party website, you do so entirely at your own risk and subject to any terms and conditions and privacy

policies posted therein. Users further acknowledge that use of any website controlled, owned or operated by third parties is governed by the terms and conditions of use for those websites, and not by this Agreement or this SITE's Privacy Notice, which is hereby incorporated by reference. Links to external websites or the featured model's linked-websites(including external websites that are framed by the Site) or inclusions of advertisements do not constitute an endorsement by the SITE of such websites or the content, products, advertising or other materials presented on such SITE, but are for user's convenience. Users access them at their own risk. The SITE expressly disclaims any liability for any damages whatsoever incurred by any user in connection with the use of any website, the access to which was found through this SITE. The SITE expressly disclaims any liability derived from the use and/or viewing of any links that may appear on this SITE. All users do hereby agree to hold the SITE harmless from any and all damages and liability that may result from the use of links that may appear on the SITE. The SITE reserves the right to terminate any link or linking program at anytime.

## XII. Trademark Information

This SITE and the aforementioned names of the SITES are service marks and/or trademarks of the SITE. We aggressively defend our intellectual property rights. Other manufacturers' product and service names referenced herein may be trademarks and service marks of their respective companies and are the exclusive property of such respective owners, and may not be used publicly without the express written consent of the owners and/or holders of such trademarks and service marks. The SITE's marks, logos, domains, and trademarks may not be used publicly except with express written permission from SITE, and may not be used in any manner that is likely to cause confusion among consumers, or in any manner that disparages or discredits SITE.

## XIII. Copyright Information

The Materials accessible from the SITE, and any other World Wide Web Site owned, operated, licensed, or controlled by SITE, is the proprietary information and valuable intellectual property of SITE or the party that provided the Materials to SITE, and SITE or the party that provided the Materials to SITE retains all right, title, and interest in the Materials. Accordingly, the Materials may not be copied, distributed, republished, modified, uploaded, posted, or transmitted in any way without the prior written consent of SITE, except that you may print out a copy of the Materials solely for your personal use. In doing so, you may not remove or alter, or cause to be removed or altered, any copyright, trademark, trade name, service mark, or any other proprietary notice or legend appearing on any of

the Materials. Modification or use of the Content except as expressly provided in these Terms and Conditions violates the SITE's intellectual property rights. Neither title nor intellectual property rights are transferred to you by access to the SITE. All Materials included on the SITE, such as text, graphics, photographs, video and audio clips, music, soundtracks, button icons, streaming data, animation, images, downloadable materials, data compilations and software is the property of the SITE or its content suppliers and is protected by United States and international copyright laws. The compilation of all Materials on the SITE is the exclusive property of the SITE or its content suppliers and protected by United States and international copyright laws, as well as other laws and regulations.

## XIV. Notice of Claimed Infringement

The SITE respects the intellectual property of others, and we ask our users to do the same. We voluntarily observe and comply with the United States' Digital Millennium Copyright Act. If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide SITE's Designated Copyright Agent the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;

- description of the copyrighted work or other intellectual property that you claim has been infringed;

- a description of where the material that you claim is infringing is located on a SITE;

- your address, telephone number, and email address;

- a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

- a statement by you, made under penalty of perjury, that the above information in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf. You may send your Notice of Claimed Infringement to: Paper Street Media, LLC 111 NE 1st Street 2nd Floor Miami, FL 33132 contact@paperstreetmedia.com Please do not sent other inquires or information to our Designated Agent.

## XV. No Agency Relationship

Nothing in this Agreement shall be deemed to constitute, create, imply, give effect to, or otherwise recognize a partnership, employment, joint venture or formal business entity of any kind; and the rights and obligations of the parties shall be limited to those expressly set forth herein.

## XVI. Notice

Any notice required to be given under this Agreement must be done by filling a request on our Support Center: https://www.psmhelp.com/zendesk_ticket or by sending an email to support@psmhelp.com with the subject "Other". Notices by customers to SITE shall be given by electronic messages unless otherwise specified in this Agreement.

## XVII. Force Majeure

SITE shall not be responsible for any failure to perform due to unforeseen circumstances or to causes beyond our reasonable control, including but not limited to: acts of God, such as fire, flood, earthquakes, hurricanes, tropical storms or other natural disasters; war, riot, arson, embargoes, acts of civil or military authority, or terrorism; fiber cuts; strikes, or shortages in transportation, facilities, fuel, energy, labor or materials; failure of the telecommunications or information services infrastructure; hacking of third-parties, SPAM, or any failure of a computer, server or software, for so long as such event continues to delay the SITE's performance.

## XVIII. General Provisions

## A. Governing Law

These Terms and Conditions and all matters arising out of or otherwise relating to these Terms and Conditions shall be governed by the laws of the State of Florida, excluding its conflict of law provisions. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods is specifically excluded from application to these Terms and Conditions. The parties

hereby submit to the personal jurisdiction of the state and federal courts of the State of Florida. Exclusive venue for any litigation or arbitration permitted under this Agreement shall be with the state and federal courts located in Miami-Dade, Florida.

## B. Rights to Injunctive Relief

Both parties acknowledge that remedies at law may be inadequate to provide an aggrieved party with full compensation in the event of the other party's breach, and that an aggrieved party shall therefore be entitled to seek injunctive relief in the event of any such breach, in addition to seeking all other remedies available at law or in equity.

## C. Binding Arbitration

If there is a dispute between the Parties arising out of or otherwise relating to this Agreement, the Parties shall meet and negotiate in good faith to attempt to resolve the dispute. If the Parties are unable to resolve the dispute through direct negotiations, then, except as otherwise provided herein, either Party may submit the issue to binding arbitration in accordance with the then-existing Commercial Arbitration Rules of the American Arbitration Association. Arbitral Claims shall include, but are not limited to, contract and tort claims of all kinds, and all claims based on any federal, state or local law, statute, or regulation, excepting only claims under applicable worker's compensation law, unemployment insurance claims, actions for injunctions, attachment, garnishment, and other equitable relief. The arbitration shall be conducted in Miami-Dade County, Florida, and conducted by a single arbitrator, knowledgeable in Internet and e-Commerce disputes. The arbitrator shall have no authority to award any punitive or exemplary damages; certify a class action; add any parties; vary or ignore the provisions of these Terms and Conditions; and shall be bound by governing and applicable law. The arbitrator shall render a written opinion setting forth all material facts and the basis of his or her decision within thirty (30) days of the conclusion of the arbitration proceeding. THE PARTIES HEREBY WAIVE ANY RIGHTS THEY MAY HAVE TO TRIAL BY JURY IN REGARD TO ARBITRAL CLAIMS.

## D. Assignment

The rights and liabilities of the parties hereto will bind and inure to the benefit of their respective assignees, successors, executors, and administrators, as the case may be.

Case 1:23-cv-00917-DAE    Document 29-3    Filed 08/21/23    Page 67 of 80

## E. Severability

If for any reason a court of competent jurisdiction or an arbitrator finds any provision of these Terms and Conditions, or any portion thereof, to be unenforceable, that provision will be enforced to the maximum extent permissible and the remainder of these Terms and Conditions will continue in full force and effect.

## F. Attorney's Fees

In the event any Party shall commence any claims, actions, formal legal action, or arbitration to interpret and/or enforce the terms and conditions of this Agreement, or relating in any way to this Agreement, including without limitation asserted breaches of representations and warranties, the prevailing party in any such action or proceeding shall be entitled to recover, in addition to all other available relief, its reasonable attorney's fees and costs incurred in connection therewith, including attorney's fees incurred on appeal.

## G. No Waiver

No waiver of SITE shall be deemed a waiver of any subsequent default of the same provision of these Terms and Conditions. If any term, clause or provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other term, clause or provision and such invalid term, clause or provision shall be deemed to be severed from these Terms and Conditions.

## H. Headings

All headings are solely for the convenience of reference and shall not affect the meaning, construction or effect of these Terms and Conditions.

# I. Complete Agreement

These Terms and Conditions constitute the entire agreement between the parties with respect to your access and use of the SITE and the Materials contained therein, and your membership with the SITE, and supersede and replace all prior or contemporaneous understandings or agreements, written or oral, regarding such subject matter. No amendment to or modification of these Terms and Conditions will be binding unless in writing and signed by a duly authorized representative of both parties.

# J. Modifications

SITE reserves the right to change any of the provisions posted herein and you agree to review these Terms and Conditions each time you visit the SITE. Your continued use of the SITE following the SITE's posting of any changes to these Terms and Conditions constitutes your acceptance of such changes. The SITE does not and will not assume any obligation to provide you with notice of any change to these Terms and Conditions. Unless accepted by SITE in writing, these Terms and Conditions may not be amended by you.

# K. Other Jurisdictions

SITE makes no representation that the SITE or any of the Materials contained therein are appropriate or available for use in other locations, and access to them from territories where their content may be ill

# XIX. REPORT ABUSIVE OR ILLEGAL CONTENT

If you believe that some content is not meeting legal requirements, or if you feel you are the victim of, or come across content that is constituting:

- Non-consensual production and/or distribution of your image (including but not limited to: blackmail, exploitation, revenge porn);

- Content that reveals personally identifiable information (including but not limited to : name, phone number, address, IP address); OR

- Otherwise abusive and/or illegal content

Please contact us as soon as possible and include the URLs and names of the scenes, as well as the reason why you are reporting the content to report@psmhelp.zendesk.com

## < Back Home

**Chargebacks and Fraudulent Transactions**

In the event of charge back, our processors will comprehensively investigate the transaction. Falsified chargebacks may add you to the blacklist with our processor, which will complicate possibilities of future membership. Please contact our PSM Help Representative if you have any further questions.

# CONTACT US

 help@PSMHelp.com

# EXHIBIT 1.6

Menu



Thank you for visiting our MLF Help Center, we are dedicated to providing you with an exceedingly pleasurable membership and outstanding customer service. Your satisfaction is our top priority and our MLF Help Center prides itself on quick responses and a pleasant experience concerning all membership related questions.

---

# Neptune Media Privacy Notice

## Introduction

Neptune Media ("Neptune" or "We") is committed to respecting your privacy and recognizes the need for appropriate protection and management of any personally identifiable information ("Personal Information") you share with us. In order to provide you with the services you may request, including access to the member's-only area of our sites (collectively "Services"), We collect and use your Personal Information.

If you choose to provide us with your Personal Information through our websites ("Websites") and/or through documents provided during your initial account setup and at any point thereafter, we may transfer your Personal Information within Neptune (its parent company and/or any subsidiaries) or to third parties, across borders, and from your country or jurisdiction to other countries or jurisdictions around the world as set forth in this Privacy Notice.

Neptune Media strives to comply with all applicable laws around the globe that are designed to protect your privacy. Although legal requirements may vary from country to country, Neptune Media intends to adhere to the principles set forth in this Privacy Notice even if, in connection with the above, we transfer your Personal Information from your country to other countries. In other words, our goal is to provide protection for your Personal Information no matter where that Personal Information is collected, transferred, or retained.

To protect your privacy, we have adopted and comply with the following principles:

- Notice

- Choice

- Accountability for Onward Transfer

- Security

- Data Integrity & Purpose Limitation

- Access

- Recourse, Enforcement & Liability

This Privacy Notice sets out our practices with respect to personal information collected regarding visitors and subscribers (collectively referred as 'you') of our Websites. This Website is an adult website and membership is solely restricted to adults; persons under the age of eighteen are strictly prohibited from this Website and we do not intentionally collect information on individuals under the age of eighteen. By visiting or subscribing to this Website, you agree and consent to the terms of this Privacy Notice as amended from time to time, as well as the terms and conditions of this Website.

## Acceptance of these Terms

By visiting or subscribing to this Website, you agree to the practices described in this Privacy Notice. We may at any time revise or amend any of these terms and conditions. You are bound by any such revisions and should therefore periodically visit this page to review the then-current terms and conditions to which you are bound. To the extent that any of the third-party sites accessible through our Website (such as our advertisers) have different privacy practices from those stated in this Privacy Notice, those third-party privacy practices govern the collection and use of information you provide when visiting those sites. We are not responsible for the policies, content, and practices of other companies which may collect personal information as a third-party web service provider that has an advertising banner or link on the Website.

## Notice

Information Collection and Use

You may access and browse our Website without disclosing any Personal Information. However, if you want to access Neptune Media's Services, Neptune Media requests that you voluntarily supply it with Personal Information. We collect and use your Personal Information as follows:

- Registration information - When you sign up or use our Services, we ask for your personal information so that we can provide you with our Services. If you are a customer purchasing a product or service online using our Services, you may be required to provide, on Neptune Media Website or on one of our billing partner, your name and billing information, such as a

credit or debit card number, card expiration date, card verification code (CVV), bank account number, address, and credentials to access the Website, such as a username/password and/or email address.

- Information obtained from third parties – In order to protect you from fraud or other misconduct, we may record or obtain information about you from third parties to verify the information you provide. For example, we may use card authorization and fraud screening services to verify that your credit or debit card information and address match the information that you provided to us.

- Transaction information – When you use our Services to purchase a product or service online, we collect information about each transaction, including the transaction amount, a description of the goods or services being purchased, your name, username/password and the payment information.

- Log information – When you use our Services, our servers automatically record information that your browser sends whenever you visit a website. These server logs may include information such as your web request, Internet Protocol address, the date and time of your request and one or more cookies that may uniquely identify your browser.

- User communications – When you send e-mail or other communication to us, we may retain those communications in order to process your inquiries, respond to your requests and improve our Services. We will use your Personal Information to send you confirmation of your purchases, information on the billing cycle and assistance to help you manage your subscriptions. We may also use your personal information to notify you of important functionality changes on our websites, inform you of changes in our terms or use or provide additional assistance or tips about our products and services.

- Statistical analysis – We may use Personal Information to assess the quality or our products, improve or services and conduct market research.

## Information we collect automatically

Neptune Media may also collect certain information through our Website by automated means, such as IP addresses, browser type, operating system and basic actions performed on our Website, errors, number of Website visits, and other page interactions. This information is collected automatically through the use of various technologies such as cookies and web beacons. You can find further information about the cookies that we use on our Website and how to manage your cookie preferences in the section "Cookies" below. Neptune Media is the sole owner of the information collected. We will not sell, share, or rent this information to third parties, except as set forth in this Privacy Notice. If you are a customer, you may receive from us order/cancellation e-mail confirmations

that are automatically generated whenever an order/cancellation is placed through us and that confirm your purchase or cancellation with important details about your purchase or cancellation, including but not limited to, product purchased/cancelled, order/cancellation date, username/password and our customer service toll free telephone number that may be used for any inquiries about the purchase/cancellation.

## Information Sharing

We ensure that your Personal Information will not be disclosed to anyone other than:

- Neptune Media 's payment processors in order to process a payment and provide our Services to you;

- Our contractors, service providers, and other third parties we use to support our business and who are bound by contractual obligations to keep personal information confidential and use it only for the purposes for which we disclose it to them;

- Companies that we may merge with or be acquired by. (Should such a combination occur, we will require that the new entity follow this Privacy Notice with respect to your Personal Information. If your Personal Information could be used contrary to this Privacy Notice, you will receive prior notice.);

- Law enforcement, government officials, or other third parties when (a) we are compelled to do so by a subpoena, court order or similar legal procedure; (b) we need to do so to comply with law; or (c) we believe in good faith that the disclosure of Personal Information is necessary to prevent physical harm or financial loss, to report suspected illegal activity, or to investigate violations of our agreement(s);

- Other third parties with your consent or direction to do so.

## Legal Basis for Processing Your Personal Information

Our legal basis for collecting and using the Personal Information described above will depend on the personal information concerned and the specific context in which we collect it. However, we will normally collect Personal Information from you only where:

- We have your consent to do so

- We need the personal information to perform a contract with you

- The processing is in our legitimate interests and not overridden by your rights or

- We have a legal obligation to collect Personal Information from you

"Legitimate interests" means the interests of our company in conducting and managing our business to enable us to give you the best service/products and the best and most secure experience. For example: we have an interest in keeping our network secure. It can also apply to processing that is in your interests as well. For example: we may process your Personal Information to protect you against fraud when transacting on our website. We process Personal Information for certain legitimate business purposes, which include some or all of the following:

- To enhance, modify, personalize or otherwise improve our services/communications for the benefit of our customers

- To identify and prevent fraud

- To enhance the security of our network and information systems

When processing your Personal Information for our legitimate interests, we make sure to consider and balance any potential impact on you (both positive and negative) and your rights under the data protection laws. Our legitimate business interests do not automatically override your interests â€" we will not use your Personal Information for activities where our interests are overridden by the impact on you (unless we have your consent or are otherwise required or permitted by law). If you have any concerns about the processing, you have the right to object to processing that is based on our legitimate interests. For more information on your rights, please see "Your Rights" section below.

## Choice

You may choose whether or not to provide Personal Information to us. If you choose not to provide the Personal Information we request, you can still visit most of Neptune Media's Websites, but you will be unable to purchase a product or service online, setup an account with us and/or use any of our other paid Services. If you choose to have a relationship with us, such as a contractual or other business relationship, you will be required to provide Personal Information in connection with such relationship.

## Accountability for Onward Transfer

When we transfer Personal Information to a third party we will ensure that our agreement with the third party provides that such Personal Information may only be processed for limited and specified purposes consistent with the consent you provided and that the third party will provide the expected level of protection as required by relevant law.

# Security

We have implemented security policies, rules and technical measures to protect the Personal Information that we have under our control from unauthorized access, improper use or disclosure, unauthorized modification, unlawful destruction or accidental loss. Neptune Media utilizes HTTP Secure (HTTPS) and/or Transport Layer Security (TLS) when receiving and transmitting information electronically. We protect Personal Information by maintaining physical, electronic and procedural safeguards in compliance with applicable US federal and state regulations. We use computer safeguards such as firewalls and data encryption, we enforce physical access controls to our buildings and files, and we authorize access to personal information only for those employees who require it to fulfill their job responsibilities. Nonetheless, visitors and subscribers should consider all Personal Information, communications, and information provided to Neptune Media to be non-confidential, and consequently, we assume no responsibility or liability if any information relating to any visitor or subscriber is intercepted and/or used by an unintended recipient.

# International transfers

If you are visiting our Website or using our Services from outside the United States (US), including in the European Economic Area, please be aware that your personal information will be transferred to the US, stored on US servers and potentially processed in other countries whose data protection laws may not be as protective as those in your country of residence. However, our collection, storage and use of your personal information will at all times be in accordance with this privacy policy wherever it is processed.

# Data Integrity & Purpose Limitation

We will take reasonable steps to ensure that all personal information that we collect is accurate, complete, current and reliable for its intended use and purpose which may include those that reasonably serve payment processing, customer relations, compliance and legal considerations, auditing, security and fraud prevention, preserving or defending our legal rights or other reasonable uses in this context. You may send updates and corrections about your Personal Information to compliance@mlfhelp.com and we will make reasonable efforts to incorporate the changes in your Personal Information that we hold as soon as practicable. We will retain your Personal Information only for as long as it is necessary for purposes as identified above.

## Access

You may inquire about your Personal Information being held by Neptune Media by sending an email to compliance@mlfhelp.com. Upon meeting certain security measures, Neptune Media shall provide you with a copy of the Personal Information that it keeps about you. Prior to completing your request, Neptune Media may require that you provide us with certain items as a proof of your identity. Neptune Media reserves the right to refuse a request where the burden or expense of providing access would be disproportionate to the risks to your privacy or where the rights of persons other than You would be violated.

## Recourse, Enforcement & Liability

We are committed to investigate and expeditiously resolve complaints about your privacy and our collection or use of your Personal Information. Neptune Media uses the self-assessment method of verification of compliance.

European Union and Swiss individuals with inquiries or complaints regarding this Privacy Notice should first contact us at compliance@mlfhelp.com or via post at Neptune Media, Attn: Chief Privacy Officer, 14 NE 1st Ave, Miami, FL 33132, USA.

## Your Rights

If you are from certain territories (such as the European Economic Area) you may have certain rights in relation to your personal information, such as the right to request from Neptune Media access to and rectification or erasure of personal data or restriction of processing concerning your data subject or to object to processing as well as the right to data portability (where applicable), under the General Data Protection Regulation (GDPR):

- You may email us at compliance@mlfhelp.com in order to access, correct, delete or update your Personal Information in our records. We will answer every email as promptly as possible.

- In addition, you can object to processing of your Personal Information, ask us to restrict processing of your Personal Information or request portability of your Personal Information. Again, you can exercise these rights by contacting us at compliance@mlfhelp.com.

- Similarly, if we have collected and processed your Personal Information on the basis of your consent, then you can withdraw your consent at any time. Withdrawing your consent will not affect the lawfulness of any processing we conducted prior to your withdrawal, nor will it affect processing of your Personal Information conducted in reliance on lawful processing grounds other than consent.

- We may use automated decision making in processing your Personal Information for some services and products. You can request a manual review of the accuracy of an automated decision if you are unhappy with it.

- You have a right to lodge a complaint with a supervisory authority if you believe that processing of your Personal Information relates to the infringement of any laws and regulations. For more information, please review Recourse, Enforcement & Liability section above.

- If you have any privacy-related questions or unresolved problems, you may contact us at compliance@mlfhelp.com.

## Cookies

Neptune Media uses 'cookie' technologies on some portions of Neptune Media's Websites. You are always free to decline our cookies if your browser permits, although in that case you may not be able to use certain features on our Websites. Some of our third-party service providers may use cookies to collect personally identifiable information about your online activities over time and across third-party websites. Please visit webcookies.info and each third-party service providers' privacy policy for more information. We have no access to information collected by third parties' cookies and third parties have no access to information collected by ours. Please find more about our cookie policy in the Cookie Policy disclaimer (https://www.mlfhelp.com/cookies).

## Third Parties

Any websites displayed to you by our Websites as Internet search results or linked to Internet search results pages provided to you by our Websites have been developed by third parties over which Neptune Media exercises no control. Such websites may send their own cookies to end users, collect data, or solicit personal information from you. Neptune Media is not responsible for the privacy practices or the content of such websites, including such websites' use of any information collected when you are directed to or click through to such websites. Even though such information might not identify you personally, we strongly encourage you to become familiar with the privacy practices of those websites.

## Data Retention

We retain Personal Information we collect from you where we have an ongoing legitimate business need to do so (for example, to provide you with a service you have requested or to comply with applicable legal, tax or accounting requirements). When we have no ongoing legitimate business need to process your Personal Information, we will either delete or anonymize the Personal Data within the

maximum period of 5 years following the last recorded activity on the account. If this is not possible (for example, because your Personal Information has been stored in backup archives), then we will securely store your Personal Information and isolate it from any further processing until deletion is possible.

## Children

Neptune Media does not request, or knowingly collect Personal Information from children under the age of 18. Neptune Media does not give children the ability to post messages or otherwise distribute information about themselves through our Website or through any other means.

## Policy Changes

We may update or amend this Privacy Notice from time to time, to comply with law or to meet our changing business or legal requirements. When we update our Privacy Notice, we will take appropriate measures to inform you, consistent with the significance of the changes we make. Any updates or amendments will be posted on our Website. By continuing to access our Website, your access and use will be subject to these updates and amendments.

## Effective Date

This page was last updated on 2018-05-21. We may change this statement from time to time, so please check periodically.

## < Click Here to go Back Home

**Chargebacks and Fraudulent Transactions**

In the event of charge back, our processors will comprehensively investigate the transaction. Falsified chargebacks may add you to the blacklist with our processor, which will complicate possibilities of future membership. Please contact our MLF Help Representative if you have any further questions.

# CONTACT US

 help@MLFHelp.com