UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANGELA COLMENERO, In Her Official Capacity As Interim Attorney General For The State Of Texas <br><br> Defendant. | CASE NO. 1:23-cv-00917-DAE |

**PLAINTIFFS' OPPOSITION TO MOTION FOR LEAVE TO FILE AMICUS BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION BY ROBERT E. FARQUHARSON, STATE SENATOR BOB HALL AND STATE REPRESENTATIVE NATE SCHATZLINE**

Plaintiffs respectfully oppose the untimely Motion For Leave to Appear and File Brief as *Amicus Curiae* (the "Motion") filed by Robert E. Farquarson, State Senator Bob Hal and State Representative Nate Schatzline ("Representatives") (Dkt. 29).

Counsel for Representatives contacted counsel for Plaintiffs on August 21, 2023 – the day they filed – to ask if they would oppose. Plaintiffs respectfully asked that putative *amici*, when moving for leave, report in terms Plaintiffs' stated ground for opposition, which is: "Plaintiffs respectfully oppose the filing given its late hour, which makes it difficult to impossible to respond substantively in advance of the hearing Wednesday." But putative *amici* declined to do so, thereby necessitating this filing.

DATED:  August 22, 2023	QUINN EMANUEL URQUHART & SULLIVAN, LLP

By	/s/    *Scott L. Cole*

Scott L. Cole (Bar No. 00790481)
scottcole@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street
Suite 2010
Austin, TX 78701
Telephone: (737) 667 6100
Fax: (737) 667 6110

Michael T. Zeller (*pro hac vice*)
Derek L. Shaffer (*pro hac vice*)
Thomas Nolan (*pro hac vice*)
Arian Koochesfahani (*pro hac vice*)
michaelzeller@quinnemanuel.com
derekshaffer@quinnemanuel.com
thomasnolan@quinnemanuel.com
ariankoochesfahani@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443 3000
Fax: (213) 443 3100

Jeffrey Keith Sandman (*pro hac vice*)
jeff.sandman@webbdaniel.law
WEBB DANIEL FRIEDLANDER LLP
5208 Magazine St Ste 364
New Orleans, LA 70115
Phone: (978) 886 0639