UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., <br> *Plaintiffs*, <br><br> v. <br><br> ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, <br> *Defendant*. | § § § § § § § § § § § | Civil Action No. 1:23-cv-00917-DAE |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING**

Angela Colmenero, in her official capacity as Provisional Attorney General for the State of Texas ("Colmenero"), submits this motion to request that her deadline to file a response to Plaintiffs' Complaint (Doc. 1), which is currently due on August 25, 2023, be extended to September 15, 2023.

Plaintiffs' counsel is unopposed to the relief requested in this motion. This extension is not sought for delay but so that counsel may dedicate the proper time to filing a responsive pleading.

Wherefore, Defendant respectfully requests the Court grant this Unopposed Motion for Extension of Time to File Responsive Pleading to Plaintiffs' Complaint and extend the deadline to September 15, 2023.

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Interim Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

RYAN G. KERCHER
Deputy Chief, General Litigation Division

*/s/ John Ramsey*
JOHN RAMSEY
Texas Bar No. 24051227

KELSEY L. WARRREN
Texas Bar No. 24095736

Assistant Attorneys General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120/Fax (512) 320-0667
john.ramsey@oag.texas.gov
kelsey.warren@oag.texas.gov

**COUNSEL FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

*/s/ John Ramsey*
JOHN RAMSEY
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

  I certify that on August 23, 2023, I conferred with Plaintiffs' counsel regarding the subject of this motion. Counsel indicated that he is unopposed to this motion.

_/s/ John Ramsey_

JOHN RAMSEY
Assistant Attorney General