UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., <br> *Plaintiffs*, <br><br> v. <br><br> ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, <br> *Defendant*. | § § § § § § § § § § | Civil Action No. 1:23-cv-00917-DAE |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

On this day the Court considered Defendant's Unopposed Motion for Extension of Time to File a Responsive Pleading to Plaintiffs' Complaint (Doc. 1). After due consideration of the motion, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Extension of Time to File a Responsive Pleading is GRANTED.

IT IS FURTHER ORDERED that Defendant's deadline to file a response to Plaintiffs' Complaint (Doc. 1) is September 15, 2023.

SIGNED ON _____, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE