UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § | Civil Action No. 1:23-cv-00917-DAE |
| | § | |
| ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, | § § § § | |
| *Defendant*. | § | |

**DEFENDANT'S NOTICE OF APPEARANCE OF CO-COUNSEL**

Angela Colmenero, in her official capacity as Provisional Attorney General for the State of Texas ("Colmenero"), files this Notice of Appearance of Co-Counsel, and in support thereof respectfully shows the Court the following:

Assistant Attorney General Kelsey L. Warren has been assigned as co-counsel in this case along with John Ramsey. Mr. Ramsey will remain lead counsel and attorney-in-charge. Ms. Warren is licensed to practice law in the state of Texas, is a member in good standing of the State Bar of Texas and is admitted to practice law in the Western District of Texas. Ms. Warren's contact information is as follows:

    Kelsey L. Warrren
    Texas Bar No. 24095736
    Assistant Attorney General
    General Litigation Division
    Office of the Attorney General
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    (512) 463-2120/Fax (512) 320-0667
    kelsey.warren@oag.texas.gov

Please add Ms. Warren to all future correspondence and notifications of filings in this matter.

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Interim Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

RYAN G. KERCHER
Deputy Chief, General Litigation Division


*/s/ Kelsey L. Warren*
JOHN RAMSEY
Texas Bar No. 24051227
john.ramsey@oag.texas.gov

KELSEY L. WARREN
Texas Bar No. 24095736
kelsey.warren@oag.texas.gov

Assistant Attorneys General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120/Fax (512) 320-0667

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

   I hereby certify that on August 24, 2023, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

              */s/ Kelsey L. Warren*
              KELSEY WARREN
              Assistant Attorney General