UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas <br><br> Defendant. | No. 1:23-CV-917-DAE |

## ORDER

**IT IS ORDERED** that Plaintiffs shall file a response to Defendant's motion to stay pending appeal, (Dkt. 40), on or before Tuesday, September 5, at 5:00p.m. Central Time.

**DATED**: Austin, Texas, September 1, 2023.

David Alan Ezra
Senior United States District Judge