UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 1:23-cv-00917-DAE |
| ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, | § § § § | |
| *Defendant*. | § | |

**DEFENDANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Angela Colmenero, in her official capacity as Provisional Attorney General for the State of Texas ("Colmenero"), submits this second motion to request that her deadline to file a response to Plaintiffs' Complaint (Doc. 1), which is currently due on September 15, 2023, be extended by one week to September 22, 2023.

Plaintiffs' counsel is unopposed to the relief requested in this motion. This extension is not sought for delay but so that counsel may dedicate the proper time to filing a responsive pleading.

Wherefore, Defendant respectfully requests the Court grant this Unopposed Second Motion for Extension of Time to File Responsive Pleading to Plaintiffs' Complaint and extend the deadline to September 22, 2023.

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Interim Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

RYAN G. KERCHER
Deputy Chief, General Litigation Division

/s/ John Ramsey

JOHN RAMSEY
Texas Bar No. 24051227

KELSEY L. WARREN
Texas Bar No. 24095736

Assistant Attorneys General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120/Fax (512) 320-0667
john.ramsey@oag.texas.gov
kelsey.warren@oag.texas.gov

**COUNSEL FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

/s/ John Ramsey

JOHN RAMSEY
Assistant Attorney General

**CERTIFICATE OF CONFERENCE**

I certify that on September 13, 2023, I conferred with Plaintiffs' counsel regarding the subject of this motion. Counsel indicated that he is unopposed to this motion.

JOHN RAMSEY
Assistant Attorney General