**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 1:23-cv-00917-DAE |
| ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, | § § § § | |
| *Defendant*. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED SECOND MOTION
FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

On this day the Court considered Defendant's Unopposed Second Motion for Extension of Time to File a Responsive Pleading to Plaintiffs' Complaint (Doc. 1). After due consideration of the motion, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Defendant's Unopposed Second Motion for Extension of Time to File a Responsive Pleading is GRANTED.

IT IS FURTHER ORDERED that Defendant's deadline to file a response to Plaintiffs' Complaint (Doc. 1) is September 22, 2023.

SIGNED ON _____, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE