UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANGELA COLMENERO, In Her Official Capacity As Interim Attorney General For The State Of Texas <br><br> Defendant. | **CASE NO. 1:23-cv-00917-DAE** |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF STIPULATION AND PROPOSED ORDER REGARDING TIMING OF AN APPLICATION FOR COSTS AND FEES**

Plaintiffs move the Court to enter the concurrently filed and attached JOINT STIPULATION REGARDING PLAINTIFFS' APPLICATION FOR COSTS AND FEES and [PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR COSTS AND FEES, to provide clarity about the deadline for Plaintiffs to file any application for costs or attorneys' fees. Plaintiffs have conferred with Defendant regarding the relief sought and Defendant does not oppose entry of the attached joint stipulation and proposed order.

DATED: September 14, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Scott Cole*
Scott Cole (Bar No. 00790481)
scottcole@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street
Suite 2010
Austin, TX 78701
Telephone: (737) 667 6100
Fax: (737) 667 6110

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, a true and correct copy of the foregoing document, as well as the concurrently filed attachments titled JOINT STIPULATION REGARDING PLAINTIFFS' APPLICATION FOR COSTS AND FEES and [PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR COSTS AND FEES, was served via the Court's CM/ECF system to all counsel of record.

*/s/ Scott Cole*
Scott Cole