UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANGELA COLMENERO, In Her Official Capacity As Interim Attorney General For The State Of Texas <br><br> Defendant. | CASE NO. 1:23-cv-00917-DAE |

**[PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR COSTS AND FEES**

Based on the parties' Joint Stipulation Regarding Plaintiffs' Application For Costs and Fees (Dk. # _____ ) and finding good cause, IT IS HEREBY ORDERED that Plaintiffs' Application for Costs and Fees, inclusive of those related to this Court's Order of preliminary relief (Dkt. #36), shall be due 14 days after entry of final judgment, unless otherwise ordered by this Court.

SIGNED ON  _____, 2023    _____
                                                      HON. DAVID A. EZRA
                                                      SENIOR U.S. DISTRICT JUDGE