UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 1:23-cv-00917-DAE |
| ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, | § § § § | |
| *Defendant*. | § | |

**DEFENDANT'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Defendant submits this third motion to request that the deadline to file a response to Plaintiffs' Complaint (Doc. 1), which is currently due on September 22, 2023, be extended by nineteen days to October 11, 2023.

The Fifth Circuit has issued an expedited appellate briefing schedule where both parties are to submit briefs by noon on September 25th and replies by noon on September 27th, with oral argument set for October 4th. This extension is not sought for delay but so that counsel may meet the briefing obligations in both Courts. Plaintiffs' counsel is unopposed to the relief requested in this motion.

Wherefore, Defendant respectfully requests the Court grant this Unopposed Third Motion for Extension of Time to File Responsive Pleading to Plaintiffs' Complaint and extend the deadline to October 11, 2023.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Interim Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

RYAN G. KERCHER
Deputy Chief, General Litigation Division

_____
JOHN RAMSEY
Texas Bar No. 24051227

KELSEY L. WARREN
Texas Bar No. 24095736

Assistant Attorneys General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120/Fax (512) 320-0667
john.ramsey@oag.texas.gov
kelsey.warren@oag.texas.gov

**COUNSEL FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

_____
JOHN RAMSEY
Assistant Attorney General

2

## CERTIFICATE OF CONFERENCE

I certify that on September 21, 2023, I conferred with Plaintiffs' counsel regarding the subject of this motion. Counsel indicated that he is unopposed to this motion.

_____
JOHN RAMSEY
Assistant Attorney General