UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, *et. al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:23-cv-00917-DAE |
| KEN PAXTON, in his official capacity as Attorney General for the State of Texas, | § § § § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF SUBSTITUTION

As of September 16, 2023, the Texas Attorney General is Ken Paxton. Federal Rule of Civil Procedure 25(d) provides that an "action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution." FED. R. CIV. P. 25(d). Accordingly, pursuant to Rule 25(d), Attorney General Paxton is automatically substituted as a party in place of Interim Attorney General Angela Colmenero. Attorney General Paxton requests that the Court enter the attached proposed order to reflect this substitution in the caption of this cause.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division

**RYAN G. KERCHER**
Deputy Chief, General Litigation Division

**JOHN RAMSEY**
Assistant Attorney General
Texas Bar No. 24051227
john.ramsey@oag.texas.gov

**KELSEY L. WARREN**
Assistant Attorney General
Texas Bar No. 24095736
kelsey.warren@oag.texas.gov

General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 Phone
(512) 320-0667 Facsimile

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

**JOHN RAMSEY**
Assistant Attorney General