UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., <br> *Plaintiffs*, <br><br> v. <br><br> ANGELA COLMENERO, in her official capacity as Interim Attorney General for the State of Texas, <br> *Defendant*. | § § § § § § § § § § § | Civil Action No. 1:23-cv-00917-DAE |

## ORDER GRANTING DEFENDANT'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

On this day the Court considered Defendant's Unopposed Third Motion for Extension of Time to File a Responsive Pleading to Plaintiffs' Complaint. (Dkt. # 49). After due consideration of the motion, the Court finds said motion meritorious.

**IT IS HEREBY ORDERED** that Defendant's Unopposed Third Motion for Extension of Time to File a Responsive Pleading is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's deadline to file a response to Plaintiffs' Complaint (Doc. 1) is October 11, 2023.

SIGNED ON September 22, 2023.

_____
David Alan Ezra
Senior United States District Judge