# EXHIBIT A

**General Docket**
**United States Court of Appeals for the Fifth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 23-50627 | **Docketed:** 09/05/2023 |
| **Nature of Suit:** 3440 Other Civil Rights | |
| Free Speech v. Paxton | |
| **Appeal From:** Western District of Texas, Austin | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
  1) Civil Rights
  2) Private
  3)

**Originating Court Information:**
  **District:** 0542-1 : 1:23-CV-917
  **Court Reporter:** Angela Hailey
  **Originating Judge:** David A. Ezra, U.S. District Judge
  **Date Filed:** 08/04/2023

| | |
|---|---|
| **Date NOA Filed:** 08/31/2023 | **Date Rec'd COA:** 09/01/2023 |

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**
  **Panel:** PEH   JES   JWE
  **Date of Hearing:** 10/04/2023   **Date of Decision:**

---

| | |
|---|---|
| Free Speech Coalition, Incorporated<br>    Plaintiff - Appellee | Derek L. Shaffer<br>Direct: 202-538-8000<br>Email: derekshaffer@quinnemanuel.com<br>[COR LD NTC Retained]<br>Quinn Emanuel Urquhart & Sullivan, L.L.P.<br>Suite 900<br>1300 I Street, N.W.<br>Washington, DC 20005<br><br>Scott Lamar Cole<br>Direct: 737-667-6100<br>Email: scottcole@quinnemanuel.com<br>[COR NTC Retained]<br>Quinn Emanuel Urquhart & Sullivan, L.L.P.<br>Suite 2010<br>300 W. 6th Street<br>Austin, TX 78701<br><br>Arian Joseph Koochesfahani<br>Direct: 213-443-3000<br>Email: ariankoochesfahani@quinnemanuel.com<br>[COR NTC Retained]<br>Quinn Emanuel Urquhart & Sullivan, L.L.P.<br>10th Floor<br>865 S. Figueroa Street<br>Los Angeles, CA 90017<br><br>Jeffrey Keith Sandman<br>Direct: 978-886-0639<br>Email: jeff.sandman@webbdaniel.law<br>[COR NTC Retained]<br>Suite 364<br>5208 Magazine Street<br>New Orleans, LA 70115<br><br>Michael Zeller<br>Direct: 213-443-3000 |

Email: michaelzeller@quinnemanuel.com
Fax: 213-443-3100
[COR NTC Retained]
Quinn Emanuel Urquhart & Sullivan, L.L.P.
10th Floor
865 S. Figueroa Street
Los Angeles, CA 90017

MG Premium, Limited
    Plaintiff - Appellee

Derek L. Shaffer
Direct: 202-538-8000
[COR LD NTC Retained]
(see above)

Scott Lamar Cole
Direct: 737-667-6100
[COR NTC Retained]
(see above)

Arian Joseph Koochesfahani
Direct: 213-443-3000
[COR NTC Retained]
(see above)

Jeffrey Keith Sandman
Direct: 978-886-0639
[COR NTC Retained]
(see above)

Michael Zeller
Direct: 213-443-3000
[COR NTC Retained]
(see above)

MG Freesites, Limited
    Plaintiff - Appellee

Derek L. Shaffer
Direct: 202-538-8000
[COR LD NTC Retained]
(see above)

Scott Lamar Cole
Direct: 737-667-6100
[COR NTC Retained]
(see above)

Arian Joseph Koochesfahani
Direct: 213-443-3000
[COR NTC Retained]
(see above)

Jeffrey Keith Sandman
Direct: 978-886-0639
[COR NTC Retained]
(see above)

Michael Zeller
Direct: 213-443-3000
[COR NTC Retained]
(see above)

WebGroup Czech Republic. a.s.
    Plaintiff - Appellee

Derek L. Shaffer
Direct: 202-538-8000
[COR LD NTC Retained]
(see above)

Scott Lamar Cole
Direct: 737-667-6100
[COR NTC Retained]
(see above)

Arian Joseph Koochesfahani
Direct: 213-443-3000

[COR NTC Retained]
(see above)

Jeffrey Keith Sandman
Direct: 978-886-0639
[COR NTC Retained]
(see above)

Michael Zeller
Direct: 213-443-3000
[COR NTC Retained]
(see above)

NKL Associates, s.r.o.
    Plaintiff - Appellee

Derek L. Shaffer
Direct: 202-538-8000
[COR LD NTC Retained]
(see above)

Scott Lamar Cole
Direct: 737-667-6100
[COR NTC Retained]
(see above)

Arian Joseph Koochesfahani
Direct: 213-443-3000
[COR NTC Retained]
(see above)

Jeffrey Keith Sandman
Direct: 978-886-0639
[COR NTC Retained]
(see above)

Michael Zeller
Direct: 213-443-3000
[COR NTC Retained]
(see above)

Sonesta Technologies, s.r.o.
    Plaintiff - Appellee

Derek L. Shaffer
Direct: 202-538-8000
[COR LD NTC Retained]
(see above)

Scott Lamar Cole
Direct: 737-667-6100
[COR NTC Retained]
(see above)

Arian Joseph Koochesfahani
Direct: 213-443-3000
[COR NTC Retained]
(see above)

Jeffrey Keith Sandman
Direct: 978-886-0639
[COR NTC Retained]
(see above)

Michael Zeller
Direct: 213-443-3000
[COR NTC Retained]
(see above)

Sonesta Media, s.r.o.
    Plaintiff - Appellee

Derek L. Shaffer
Direct: 202-538-8000
[COR LD NTC Retained]
(see above)

Scott Lamar Cole
Direct: 737-667-6100

|  |  |
|---|---|
|  | [COR NTC Retained]<br>(see above)<br><br>Arian Joseph Koochesfahani<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above)<br><br>Jeffrey Keith Sandman<br>Direct: 978-886-0639<br>[COR NTC Retained]<br>(see above)<br><br>Michael Zeller<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above) |
| Yellow Production, s.r.o.<br>          Plaintiff - Appellee | Derek L. Shaffer<br>Direct: 202-538-8000<br>[COR LD NTC Retained]<br>(see above)<br><br>Scott Lamar Cole<br>Direct: 737-667-6100<br>[COR NTC Retained]<br>(see above)<br><br>Arian Joseph Koochesfahani<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above)<br><br>Jeffrey Keith Sandman<br>Direct: 978-886-0639<br>[COR NTC Retained]<br>(see above)<br><br>Michael Zeller<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above) |
| Paper Street Media, L.L.C.<br>          Plaintiff - Appellee | Derek L. Shaffer<br>Direct: 202-538-8000<br>[COR LD NTC Retained]<br>(see above)<br><br>Scott Lamar Cole<br>Direct: 737-667-6100<br>[COR NTC Retained]<br>(see above)<br><br>Arian Joseph Koochesfahani<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above)<br><br>Jeffrey Keith Sandman<br>Direct: 978-886-0639<br>[COR NTC Retained]<br>(see above)<br><br>Michael Zeller<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above) |
| Neptune Media, L.L.C.<br>          Plaintiff - Appellee | Derek L. Shaffer<br>Direct: 202-538-8000 |

|  |  |
|---|---|
|  | [COR LD NTC Retained]<br>(see above)<br><br>Scott Lamar Cole<br>Direct: 737-667-6100<br>[COR NTC Retained]<br>(see above)<br><br>Arian Joseph Koochesfahani<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above)<br><br>Jeffrey Keith Sandman<br>Direct: 978-886-0639<br>[COR NTC Retained]<br>(see above)<br><br>Michael Zeller<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above) |
| Jane Doe<br>      Plaintiff - Appellee | Derek L. Shaffer<br>Direct: 202-538-8000<br>[COR LD NTC Retained]<br>(see above)<br><br>Scott Lamar Cole<br>Direct: 737-667-6100<br>[COR NTC Retained]<br>(see above)<br><br>Arian Joseph Koochesfahani<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above)<br><br>Jeffrey Keith Sandman<br>Direct: 978-886-0639<br>[COR NTC Retained]<br>(see above)<br><br>Michael Zeller<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above) |
| MediaME, S.R.L.<br>      Plaintiff - Appellee | Derek L. Shaffer<br>Direct: 202-538-8000<br>[COR LD NTC Retained]<br>(see above)<br><br>Scott Lamar Cole<br>Direct: 737-667-6100<br>[COR NTC Retained]<br>(see above)<br><br>Arian Joseph Koochesfahani<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above)<br><br>Jeffrey Keith Sandman<br>Direct: 978-886-0639<br>[COR NTC Retained]<br>(see above)<br><br>Michael Zeller<br>Direct: 213-443-3000 |

|  |  |
|---|---|
|  | [COR NTC Retained]<br>(see above)<br><br>Derek L. Shaffer<br>Direct: 202-538-8000<br>[COR LD NTC Retained]<br>(see above)<br><br>Scott Lamar Cole<br>Direct: 737-667-6100<br>[COR NTC Retained]<br>(see above)<br><br>Arian Joseph Koochesfahani<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above)<br><br>Jeffrey Keith Sandman<br>Direct: 978-886-0639<br>[COR NTC Retained]<br>(see above)<br><br>Michael Zeller<br>Direct: 213-443-3000<br>[COR NTC Retained]<br>(see above) |
| Midus Holdings, Incorporated<br>    Plaintiff - Appellee |  |
| v. |  |
| Angela Colmenero, Attorney General, State of Texas<br>**Terminated:** 09/28/2023<br>    Defendant - Appellant |  |
| Ken Paxton, Attorney General, State of Texas<br>    Defendant - Appellant | Lanora Christine Pettit<br>Email: lanora.pettit@oag.texas.gov<br>[COR LD NTC Government]<br>Office of the Texas Attorney General<br>Solicitor General Division<br>P.O. Box 12548 (MC-059)<br>Austin, TX 78711-2548<br><br>Kyle D. Highful<br>Email: kyle.highful@oag.texas.gov<br>[COR NTC Government]<br>Office of the Texas Attorney General<br>Solicitor General Division<br>P.O. Box 12548 (MC-059)<br>Austin, TX 78711-2548<br><br>John Todd Ramsey<br>Email: john.ramsey@oag.texas.gov<br>[COR NTC Government]<br>Office of the Attorney General for the State of Texas<br>General Litigation Division<br>P.O. Box 12548<br>Capitol Station<br>Austin, TX 78701<br><br>Coy Allen Westbrook<br>Direct: 512-936-0581<br>Email: coy.westbrook@oag.texas.gov<br>[COR NTC Government]<br>Office of the Attorney General of Texas<br>Office of the Solicitor General<br>P.O. Box 12548 (MC 059)<br>Austin, TX 78711-2548 |

---------------------------

| | |
|---|---|
| Council on Pornography Reform<br>Amicus Curiae | William Jeffrey Olson, Esq.<br>Direct: 703-356-5070<br>Email: wjo@mindspring.com<br>Fax: 703-356-5085<br>[NTC Retained]<br>William J. Olson, P.C.<br>Suite 4<br>370 Maple Avenue, W.<br>Vienna, VA 22180-5615 |
| American Civil Liberties Union<br>Amicus Curiae | Robert Corn-Revere, Esq.<br>Direct: 215-717-3473<br>Email: bob.corn-revere@thefire.org<br>[COR LD NTC Retained]<br>Foundation for Individual Rights & Expression (FIRE)<br>Suite 340<br>700 Pennsylvania Avenue, S.E.<br>Washington, DC 20003 |
| America's Future<br>Amicus Curiae | William Jeffrey Olson, Esq.<br>Direct: 703-356-5070<br>[NTC Retained]<br>(see above) |
| Center for Democracy & Technology<br>Amicus Curiae | Robert Corn-Revere, Esq.<br>Direct: 215-717-3473<br>[COR LD NTC Retained]<br>(see above) |
| Public Advocate of the United States<br>Amicus Curiae | William Jeffrey Olson, Esq.<br>Direct: 703-356-5070<br>[NTC Retained]<br>(see above) |
| Electronic Frontier Foundation<br>Amicus Curiae | Robert Corn-Revere, Esq.<br>Direct: 215-717-3473<br>[COR LD NTC Retained]<br>(see above) |
| U.S. Constitutional Rights Legal Defense Fund<br>Amicus Curiae | William Jeffrey Olson, Esq.<br>Direct: 703-356-5070<br>[NTC Retained]<br>(see above) |
| Center for Morality<br>Amicus Curiae | William Jeffrey Olson, Esq.<br>Direct: 703-356-5070<br>[NTC Retained]<br>(see above) |
| Foundation for Individual Rights and Expression<br>Amicus Curiae | Robert Corn-Revere, Esq.<br>Direct: 215-717-3473<br>[COR LD NTC Retained]<br>(see above) |
| Conservative Legal Defense and Education Fund<br>Amicus Curiae | William Jeffrey Olson, Esq.<br>Direct: 703-356-5070<br>[NTC Retained]<br>(see above) |
| Media Coalition Foundation<br>Amicus Curiae | Robert Corn-Revere, Esq.<br>Direct: 215-717-3473<br>[COR LD NTC Retained]<br>(see above) |
| TechFreedom<br>Amicus Curiae | Robert Corn-Revere, Esq.<br>Direct: 215-717-3473<br>[COR LD NTC Retained]<br>(see above) |

Free Speech Coalition, Incorporated; MG Premium, Limited; MG Freesites, Limited; WebGroup Czech Republic. a.s.; NKL Associates, s.r.o.; Sonesta Technologies, s.r.o.; Sonesta Media, s.r.o.; Yellow Production, s.r.o.; Paper Street Media, L.L.C.; Neptune Media, L.L.C.; Jane Doe; MediaME, S.R.L.; Midus Holdings, Incorporated,

    Plaintiffs - Appellees

v.

Ken Paxton, Attorney General, State of Texas,

    Defendant - Appellant

| Date | Doc # | Description |
|---|---|---|
| 09/05/2023 | 1<br>2 pg, 256.69 KB | CIVIL RIGHTS CASE docketed. NOA filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas [23-50627] (LEF) [Entered: 09/05/2023 10:59 AM] |
| 09/06/2023 | 5<br>1 pg, 582.76 KB | COURT REPORTER ACKNOWLEDGMENT received from Angela Hailey. [23-50627] (Angela Hailey ) [Entered: 09/06/2023 12:15 PM] |
| 09/06/2023 | 6<br>1 pg, 592.83 KB | NOTICE RECEIVED from Angela Hailey that the transcript ordered by Appellant Ms. Angela Colmenero, Attorney General, State of Texas is complete and has been filed in the District Court. [23-50627] (Angela Hailey ) [Entered: 09/06/2023 12:17 PM] |
| 09/06/2023 | 22<br>4 pg, 120.25 KB | INITIAL CASE CHECK by Attorney Advisor complete. Action: Case OK to Process. [22] Initial AA Check Due satisfied. [23-50627] (MBC) [Entered: 09/08/2023 10:34 AM] |
| 09/06/2023 | 8 | ELECTRONIC RECORD ON APPEAL REQUESTED from District Court for 1:23-CV-917. Electronic ROA due on 09/21/2023. [23-50627] (MBC) [Entered: 09/06/2023 04:23 PM] |
| 09/06/2023 | 9<br>1 pg, 138.12 KB | APPEARANCE FORM for the court's review. Lead Counsel? Yes. [23-50627] (Lanora Christine Pettit ) [Entered: 09/06/2023 07:31 PM] |
| 09/06/2023 | 10<br>1 pg, 138.19 KB | APPEARANCE FORM for the court's review. Lead Counsel? No. [23-50627] (Kyle D. Highful ) [Entered: 09/06/2023 07:34 PM] |
| 09/07/2023 | 11 | Attorney Lanora Pettit added as counsel of record for Appellant Angela Colmenero, Attorney General, State of Texas in 23-50627 [23-50627] (MAS) [Entered: 09/07/2023 05:23 PM] |
| 09/07/2023 | 12<br>261 pg, 15.74 MB | OPPOSED MOTION for stay pending appeal [12] Ruling is requested by: 09/22/2023. Response/Opposition due on 09/18/2023. [23-50627]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: OPPOSED MOTION filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas for stay pending appeal [12] Ruling is requested by: 09/22/2023. Date of service: 09/07/2023 via email - Attorney for Appellees: Cole, Koochesfahani, Sandman, Shaffer; Attorney for Appellants: Pettit, Ramsey [23-50627] (Lanora Christine Pettit ) [Entered: 09/07/2023 05:32 PM] |
| 09/08/2023 | 13 | APPEARANCE FORM FILED by Attorney Lanora Christine Pettit for Appellant Angela Colmenero, Attorney General, State of Texas in 23-50627 [23-50627] (MBC) [Entered: 09/08/2023 08:18 AM] |
| 09/08/2023 | 15 | APPEARANCE FORM FILED by Attorney(s) Kyle D. Highful for party(s) Appellant Angela Colmenero, Attorney General, State of Texas, in case 23-50627 [23-50627] (MBC) [Entered: 09/08/2023 08:20 AM] |
| 09/08/2023 | 17 | ACKNOWLEDGMENT received from Court Reporter Angela Hailey Transcript Order: Court Reporter: Angela Hailey, Est. Completion Dt: 09/01/2023, Est. No.of Pgs: 68, Dt. Fin Arrangements Made: 09/01/2023, Dt. Trans. to be Filed: 09/01/2023, Proceeding Type and Date: Hearing 08/23/2023. [23-50627] (MBC) [Entered: 09/08/2023 08:36 AM] |
| 09/08/2023 | 18 | TRANSCRIPT FILED IN DISTRICT COURT Transcript Order: Court Reporter: Angela Hailey, Dt. Filed in Dist. Ct: 09/01/2023 [23-50627] (MBC) [Entered: 09/08/2023 08:37 AM] |
| 09/08/2023 | 23<br>2 pg, 176.3 KB | APPEARANCE FORM received from Mr. Scott Lamar Cole for Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, MG Premium, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s. and Yellow Production, s.r.o. for the court's review. Lead Counsel? Yes. [23-50627] (Scott Lamar Cole ) [Entered: 09/08/2023 12:43 PM] |
| 09/08/2023 | 24<br>2 pg, 182.78 KB | APPEARANCE FORM received from Mr. Scott Lamar Cole for Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, MG Premium, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s. and Yellow Production, s.r.o. for the court's review. Lead Counsel? Yes. [23-50627] (Scott Lamar Cole ) [Entered: 09/08/2023 02:07 PM] |
| 09/08/2023 | 25<br>2 pg, 182.73 KB | APPEARANCE FORM received from Mr. Scott Lamar Cole for Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, MG Premium, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s. and Yellow Production, s.r.o. for the court's review. Lead Counsel? No. [23-50627] (Scott Lamar Cole ) [Entered: 09/08/2023 02:10 PM] |
| 09/08/2023 | 26<br>1 pg, 41.55 KB | Mr. Scott Lamar Cole for Appellees Ms. Jane Doe, Free Speech Coalition, Incorporated, MG Premium, Limited, MG Freesites, Limited, WebGroup Czech Republic. a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, L.L.C., Neptune Media, L.L.C., MediaME, S.R.L. and Midus Holdings, Incorporated and Mr. Derek L. Shaffer for Appellees Ms. Jane Doe, Free Speech Coalition, Incorporated, MG Freesites, Limited, WebGroup Czech Republic. a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Paper Street Media, L.L.C., Neptune Media, L.L.C., MediaME, S.R.L. and Midus Holdings, Incorporated is advised to resubmit |

| Date | Doc | Description |
|---|---|---|
| | | an appearance form. Reason: The submitted appearance form does not match the registered attorney. [23-50627] (BF) [Entered: 09/08/2023 02:12 PM] |
| 09/08/2023 | 27<br>1 pg, 42.14 KB | Mr. Scott Lamar Cole for Appellees Ms. Jane Doe, Free Speech Coalition, Incorporated, MG Premium, Limited, MG Freesites, Limited, WebGroup Czech Republic. a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, L.L.C., Neptune Media, L.L.C., MediaME, S.R.L. and Midus Holdings, Incorporated and Mr. Arian Joseph Koochesfahani for Appellees Ms. Jane Doe, Free Speech Coalition, Incorporated, MG Freesites, Limited, WebGroup Czech Republic. a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Paper Street Media, L.L.C., Neptune Media, L.L.C., MediaME, S.R.L. and Midus Holdings, Incorporated is advised to resubmit an appearance form. Reason: The submitted appearance form does not match the registered attorney. [23-50627] (BF) [Entered: 09/08/2023 02:14 PM] |
| 09/08/2023 | 28<br>2 pg, 182.78 KB | APPEARANCE FORM received from Mr. Scott Lamar Cole for Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, MG Premium, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s. and Yellow Production, s.r.o. for the court's review. Lead Counsel? No. [23-50627] (Scott Lamar Cole ) [Entered: 09/08/2023 02:14 PM] |
| 09/08/2023 | 29<br>1 pg, 41.18 KB | Attorney Mr. Scott Lamar Cole for Appellees Ms. Jane Doe, Free Speech Coalition, Incorporated, MG Premium, Limited, MG Freesites, Limited, WebGroup Czech Republic. a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, L.L.C., Neptune Media, L.L.C., MediaME, S.R.L. and Midus Holdings, Incorporated is advised to resubmit an appearance form. Reason: The submitted appearance form does not match the registered attorney. [23-50627] (BF) [Entered: 09/08/2023 02:21 PM] |
| 09/08/2023 | 30<br>2 pg, 182.78 KB | APPEARANCE FORM for the court's review. Lead Counsel? No. [23-50627] (Michael Zeller ) [Entered: 09/08/2023 09:58 PM] |
| 09/08/2023 | 31<br>2 pg, 182.73 KB | APPEARANCE FORM received from Mr. Arian Joseph Koochesfahani for Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o. and WebGroup Czech Republic. a.s. for the court's review. Lead Counsel? No. [23-50627] (Arian Joseph Koochesfahani ) [Entered: 09/08/2023 10:05 PM] |
| 09/11/2023 | 32 | ELECTRONIC RECORD ON APPEAL FILED. Admitted Exhibits on File in District Court? No. Video/Audio Exhibits on File in District Court? No Electronic ROA deadline satisfied. [23-50627] (DDL) [Entered: 09/11/2023 07:56 AM] |
| 09/11/2023 | 33<br>5 pg, 117.76 KB | BRIEFING NOTICE ISSUED A/Pet's Brief Due on 10/23/2023 for Appellant Angela Colmenero, Attorney General, State of Texas. [23-50627] (DDL) [Entered: 09/11/2023 01:10 PM] |
| 09/11/2023 | 34<br>2 pg, 182.78 KB | APPEARANCE FORM received from Mr. Derek L. Shaffer for Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o. and WebGroup Czech Republic. a.s. for the court's review. Lead Counsel? No. [23-50627] (Derek L. Shaffer ) [Entered: 09/11/2023 08:53 PM] |
| 09/12/2023 | 37 | APPEARANCE FORM FILED by Attorney Scott Lamar Cole for Appellee Midus Holdings, Incorporated in 23-50627, Attorney Scott Lamar Cole for Appellee MediaME, S.R.L. in 23-50627, Attorney Scott Lamar Cole for Appellee Jane Doe in 23-50627, Attorney Scott Lamar Cole for Appellee Neptune Media, L.L.C. in 23-50627, Attorney Scott Lamar Cole for Appellee Paper Street Media, L.L.C. in 23-50627, Attorney Scott Lamar Cole for Appellee Yellow Production, s.r.o. in 23-50627, Attorney Scott Lamar Cole for Appellee Sonesta Media, s.r.o. in 23-50627, Attorney Scott Lamar Cole for Appellee Sonesta Technologies, s.r.o. in 23-50627, Attorney Scott Lamar Cole for Appellee NKL Associates, s.r.o. in 23-50627, Attorney Scott Lamar Cole for Appellee WebGroup Czech Republic. a.s. in 23-50627, Attorney Scott Lamar Cole for Appellee MG Freesites, Limited in 23-50627, Attorney Scott Lamar Cole for Appellee MG Premium, Limited in 23-50627, Attorney Scott Lamar Cole for Appellee Free Speech Coalition, Incorporated in 23-50627 [23-50627] (MBC) [Entered: 09/12/2023 09:19 AM] |
| 09/12/2023 | 39 | APPEARANCE FORM FILED by Attorney(s) Michael Zeller for party(s) Appellee Neptune Media, L.L.C. Appellee MG Premium, Limited Appellee Midus Holdings, Incorporated Appellee Yellow Production, s.r.o. Appellee Sonesta Technologies, s.r.o. Appellee WebGroup Czech Republic. a.s. Appellee NKL Associates, s.r.o. Appellee Paper Street Media, L.L.C. Appellee Free Speech Coalition, Incorporated Appellee Jane Doe Appellee Sonesta Media, s.r.o. Appellee MediaME, S.R.L. Appellee MG Freesites, Limited, in case 23-50627 [23-50627] (MBC) [Entered: 09/12/2023 10:11 AM] |
| 09/12/2023 | 41<br>2 pg, 177.06 KB | APPEARANCE FORM received from Mr. Jeffrey Keith Sandman for Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, MG Premium, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s. and Yellow Production, s.r.o. for the court's review. Lead Counsel? No. [23-50627] (Jeffrey Keith Sandman ) [Entered: 09/12/2023 10:15 AM] |

| Date | Doc | Description |
|---|---|---|
| 09/12/2023 | 42<br>1 pg, 144.21 KB | APPEARANCE FORM received from Mr. John Todd Ramsey for Ms. Angela Colmenero, Attorney General, State of Texas for the court's review. Lead Counsel? No. [23-50627] (John Todd Ramsey ) [Entered: 09/12/2023 10:31 AM] |
| 09/12/2023 | 54 | APPEARANCE FORM FILED by Attorney Arian Joseph Koochesfahani for Appellee Midus Holdings, Incorporated in 23-50627, Attorney Arian Joseph Koochesfahani for Appellee MediaME, S.R.L. in 23-50627, Attorney Arian Joseph Koochesfahani for Appellee Jane Doe in 23-50627, Attorney Arian Joseph Koochesfahani for Appellee Neptune Media, L.L.C. in 23-50627, Attorney Arian Joseph Koochesfahani for Appellee Paper Street Media, L.L.C. in 23-50627, Attorney Arian Joseph Koochesfahani for Appellee Sonesta Media, s.r.o. in 23-50627, Attorney Arian Joseph Koochesfahani for Appellee Sonesta Technologies, s.r.o. in 23-50627, Attorney Arian Joseph Koochesfahani for Appellee NKL Associates, s.r.o. in 23-50627, Attorney Arian Joseph Koochesfahani for Appellee WebGroup Czech Republic. a.s. in 23-50627, Attorney Arian Joseph Koochesfahani for Appellee MG Freesites, Limited in 23-50627, Attorney Arian Joseph Koochesfahani for Appellee Free Speech Coalition, Incorporated in 23-50627, by Attorney(s) Arian Joseph Koochesfahani for party(s) Appellee MG Premium, Limited Appellee Yellow Production, s.r.o., in case 23-50627 [23-50627] (MBC) [Entered: 09/14/2023 11:38 AM] |
| 09/12/2023 | 55 | APPEARANCE FORM FILED by Attorney Derek L. Shaffer for Appellee Midus Holdings, Incorporated in 23-50627, Attorney Derek L. Shaffer for Appellee MediaME, S.R.L. in 23-50627, Attorney Derek L. Shaffer for Appellee Jane Doe in 23-50627, Attorney Derek L. Shaffer for Appellee Neptune Media, L.L.C. in 23-50627, Attorney Derek L. Shaffer for Appellee Paper Street Media, L.L.C. in 23-50627, Attorney Derek L. Shaffer for Appellee Sonesta Media, s.r.o. in 23-50627, Attorney Derek L. Shaffer for Appellee Sonesta Technologies, s.r.o. in 23-50627, Attorney Derek L. Shaffer for Appellee NKL Associates, s.r.o. in 23-50627, Attorney Derek L. Shaffer for Appellee WebGroup Czech Republic. a.s. in 23-50627, Attorney Derek L. Shaffer for Appellee MG Freesites, Limited in 23-50627, Attorney Derek L. Shaffer for Appellee Free Speech Coalition, Incorporated in 23-50627, by Attorney(s) Derek L. Shaffer for party(s) Appellee MG Premium, Limited Appellee Yellow Production, s.r.o., in case 23-50627 [23-50627] (MBC) [Entered: 09/14/2023 11:43 AM] |
| 09/13/2023 | 47<br>29 pg, 444.86 KB | RESPONSE/OPPOSITION filed by MG Premium, Limited and Yellow Production, s.r.o. [47] to the Motion for stay pending appeal filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas in 23-50627 [12] [23-50627]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RESPONSE/OPPOSITION [47] to the Motion for stay pending appeal filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas in 23-50627 [12]Response/Opposition deadline satisfied. [23-50627] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RESPONSE/OPPOSITION filed by Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o. and WebGroup Czech Republic. a.s. [47] to the for stay pending appeal filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas [12] Date of Service: 09/13/2023 via email - Attorney for Appellees: Cole, Koochesfahani, Sandman, Shaffer, Zeller; Attorney for Appellants: Highful, Pettit, Ramsey. [23-50627] (Derek L. Shaffer ) [Entered: 09/13/2023 05:39 PM] |
| 09/13/2023 | 56 | APPEARANCE FORM FILED by Attorney Jeffrey Keith Sandman for Appellee Midus Holdings, Incorporated in 23-50627, Attorney Jeffrey Keith Sandman for Appellee MediaME, S.R.L. in 23-50627, Attorney Jeffrey Keith Sandman for Appellee Jane Doe in 23-50627, Attorney Jeffrey Keith Sandman for Appellee Neptune Media, L.L.C. in 23-50627, Attorney Jeffrey Keith Sandman for Appellee Paper Street Media, L.L.C. in 23-50627, Attorney Jeffrey Keith Sandman for Appellee Yellow Production, s.r.o. in 23-50627, Attorney Jeffrey Keith Sandman for Appellee Sonesta Media, s.r.o. in 23-50627, Attorney Jeffrey Keith Sandman for Appellee Sonesta Technologies, s.r.o. in 23-50627, Attorney Jeffrey Keith Sandman for Appellee NKL Associates, s.r.o. in 23-50627, Attorney Jeffrey Keith Sandman for Appellee WebGroup Czech Republic. a.s. in 23-50627, Attorney Jeffrey Keith Sandman for Appellee MG Freesites, Limited in 23-50627, Attorney Jeffrey Keith Sandman for Appellee MG Premium, Limited in 23-50627, Attorney Jeffrey Keith Sandman for Appellee Free Speech Coalition, Incorporated in 23-50627 [23-50627] (MBC) [Entered: 09/14/2023 11:48 AM] |
| 09/14/2023 | 58 | APPEARANCE FORM FILED by Attorney John Todd Ramsey for Appellant Angela Colmenero, Attorney General, State of Texas in 23-50627 [23-50627] (MBC) [Entered: 09/14/2023 03:26 PM] |
| 09/14/2023 | 60<br>1 pg, 139.23 KB | APPEARANCE FORM for the court's review. Lead Counsel? No. [23-50627] (Coy Allen Westbrook ) [Entered: 09/14/2023 03:49 PM] |
| 09/18/2023 | 63 | APPEARANCE FORM FILED by Attorney(s) Coy Allen Westbrook for party(s) Appellant Angela Colmenero, Attorney General, State of Texas, in case 23-50627 [23-50627] (MBC) [Entered: 09/18/2023 04:13 PM] |
| 09/19/2023 | 66<br>3 pg, 124.97 KB | COURT ORDER carrying with the case Motion for stay pending appeal filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas [12]; The district court's preliminary injunction is ADMINISTRATIVELY STAYED, and the appeal is EXPEDITED to the next available oral argument panel. [66] [23-50627] (MBC) [Entered: 09/19/2023 09:27 AM] |

| Date | Doc | Description |
|---|---|---|
| 09/20/2023 | 68<br>13 pg, 223.84 KB | REPLY filed by [68] to the Response/Opposition filed by Appellees Ms. Jane Doe, Free Speech Coalition, Incorporated, MG Premium, Limited, MG Freesites, Limited, WebGroup Czech Republic. a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, L.L.C., Neptune Media, L.L.C., MediaME, S.R.L. and Midus Holdings, Incorporated in 23-50627 [47]. Date of Service: 09/20/2023. [23-50627]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: REPLY filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas [68] to the filed by Appellees Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s., MG Premium, Limited and Yellow Production, s.r.o. [47]. Date of Service: 09/20/2023 via email - Attorney for Appellees: Cole, Koochesfahani, Sandman, Shaffer, Zeller; Attorney for Appellants: Highful, Pettit, Ramsey, Westbrook. [23-50627] (Lanora Christine Pettit ) [Entered: 09/20/2023 03:24 PM] |
| 09/20/2023 | 69<br>3 pg, 102.15 KB | BRIEFING NOTICE ISSUED. EXPEDITED SCHEDULE. A/Pet's Brief Due on 09/25/2023 for Appellant Angela Colmenero, Attorney General, State of Texas.. Appellee's Brief due on 09/25/2023 for Appellees Jane Doe, Free Speech Coalition, Incorporated, MG Freesites, Limited, MG Premium, Limited, MediaME, S.R.L., Midus Holdings, Incorporated, NKL Associates, s.r.o., Neptune Media, L.L.C., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s. and Yellow Production, s.r.o.. [23-50627] (MBC) [Entered: 09/20/2023 03:56 PM] |
| 09/20/2023 | 73<br>3 pg, 212.16 KB | CASE CALENDARED for oral argument on Wednesday, 10/04/2023 at 3:00 p.m. in the East Courtroom of the Wisdom Courthouse in New Orleans. [23-50627] (CBW) [Entered: 09/20/2023 04:37 PM] |
| 09/25/2023 | 74<br>73 pg, 611.45 KB | APPELLEE'S BRIEF FILED # of Copies Provided: 0 E/Res's Brief deadline satisfied. Reply Brief due on 09/27/2023 for Appellant Angela Colmenero, Attorney General, State of Texas [23-50627]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLEE'S BRIEF FILED by Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, MG Premium, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s. and Yellow Production, s.r.o.. Date of service: 09/25/2023 via email - Attorney for Appellees: Cole, Koochesfahani, Sandman, Shaffer, Zeller; Attorney for Appellants: Highful, Pettit, Ramsey, Westbrook [23-50627] (Derek L. Shaffer ) [Entered: 09/25/2023 11:37 AM] |
| 09/25/2023 | 75<br>40 pg, 238.99 KB | AMICUS CURIAE BRIEF FILED by Conservative Legal Defense and Education Fund, Center for Morality, U.S. Constitutional Rights Legal Defense Fund, Public Advocate of the United States, America's Future and Council on Pornography Reform. The Consent is Included in the Brief.<br># of Copies Provided: 0 [23-50627]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: AMICUS CURIAE BRIEF FILED by Council on Pornography Reform, America's Future, Public Advocate of the United States, U.S. Constitutional Rights Legal Defense Fund, Center for Morality, and Conservative Legal Defense and Education Fund. Date of service: 09/25/2023 via email - Attorney for Appellees: Cole, Koochesfahani, Sandman, Shaffer, Zeller; Attorney for Appellants: Highful, Pettit, Ramsey, Westbrook [23-50627] (William Jeffrey Olson ) [Entered: 09/25/2023 11:54 AM] |
| 09/25/2023 | 76<br>63 pg, 524.36 KB | CORRECTED APPELLANT'S BRIEF FILED # of Copies Provided: 0<br>A/Pet's Brief deadline satisfied [23-50627]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLANT'S BRIEF FILED by Ms. Angela Colmenero, Attorney General, State of Texas. Date of service: 09/25/2023 via email - Attorney for Appellees: Cole, Koochesfahani, Sandman, Shaffer, Zeller; Attorney for Appellants: Highful, Pettit, Ramsey, Westbrook [23-50627] (Lanora Christine Pettit ) [Entered: 09/25/2023 12:10 PM] |
| 09/25/2023 | 77<br>103 pg, 1.17 MB | RECORD EXCERPTS FILED. # of Copies Provided: 0 [23-50627]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RECORD EXCERPTS FILED by Appellant Ms. Angela Colmenero, Attorney General, State of Texas. Date of service: 09/25/2023 via email - Attorney for Appellees: Cole, Koochesfahani, Sandman, Shaffer, Zeller; Attorney for Appellants: Highful, Pettit, Ramsey, Westbrook [23-50627] (Lanora Christine Pettit ) [Entered: 09/25/2023 12:13 PM] |
| 09/25/2023 | 79<br>2 pg, 93.5 KB | PAPER COPIES REQUESTED for the Appellant Brief filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas in 23-50627 [76], Record Excerpts filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas in 23-50627 [77], Appellee Brief filed by Appellees Ms. Jane Doe, Free Speech Coalition, Incorporated, MG Premium, Limited, MG Freesites, Limited, WebGroup Czech Republic. a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, L.L.C., Neptune Media, L.L.C., MediaME, S.R.L. and Midus Holdings, Incorporated in 23-50627 [74], Amicus Brief filed by Conservative Legal Defense and Education Fund, America's Future, Public Advocate of the United States, U.S. Constitutional Rights Legal Defense Fund, Council on Pornography Reform and Center for Morality in 23-50627 [75]. Paper Copies of Brief due on 09/26/2023 for Amici Curiae America's Future, Center for Morality, Conservative Legal Defense and Education Fund, Council on Pornography Reform, Public Advocate of the United States and U.S. Constitutional Rights Legal Defense Fund, Appellant Angela Colmenero, Attorney General, State of Texas and Appellees Jane Doe, Free Speech Coalition, Incorporated, MG Freesites, Limited, MG Premium, Limited, MediaME, S.R.L., |

| | | |
|---|---|---|
| | | Midus Holdings, Incorporated, NKL Associates, s.r.o., Neptune Media, L.L.C., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s. and Yellow Production, s.r.o... Paper Copies of Record Excerpts due on 09/26/2023 for Appellant Angela Colmenero, Attorney General, State of Texas. [23-50627] (MFY) [Entered: 09/25/2023 02:20 PM] |
| 09/26/2023 | 81<br>1 pg, 162.83 KB | ORAL ARGUMENT ACKNOWLEDGMENT AND DESIGNATION FORM FILED by Attorney Mr. John Todd Ramsey for Appellant Ms. Angela Colmenero, Attorney General, State of Texas [23-50627] (John Todd Ramsey ) [Entered: 09/26/2023 01:25 PM] |
| 09/26/2023 | 82<br>2 pg, 878.79 KB | ORAL ARGUMENT ACKNOWLEDGMENT AND DESIGNATION FORM FILED by Attorney Mr. Derek L. Shaffer for Appellees Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, MG Premium, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s. and Yellow Production, s.r.o. [23-50627] (Derek L. Shaffer ) [Entered: 09/26/2023 02:56 PM] |
| 09/26/2023 | 84<br>1 pg, 272.61 KB | APPEARANCE FORM for the court's review. Lead Counsel? Yes. [23-50627] (Robert Corn-Revere ) [Entered: 09/26/2023 04:05 PM] |
| 09/26/2023 | 86<br>47 pg, 494.53 KB | OPPOSED MOTION by Not Parties American Civil Liberties Union, Center for Democracy & Technology, Electronic Frontier Foundation, Foundation for Individual Rights and Expression, Media Coalition Foundation and TechFreedom to file amicus brief [86] [23-50627]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: OPPOSED MOTION by AMERICAN CIVIL LIBERTIES UNION, CENTER FOR DEMOCRACY & TECHNOLOGY, ELECTRONIC FRONTIER FOUNDATION, FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, MEDIA COALITION FOUNDATION, AND TECHFREEDOM IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE to file amicus brief [86] Date of service: 09/26/2023 via email - Attorney for Appellees: Cole, Koochesfahani, Sandman, Shaffer, Zeller; Attorney for Appellants: Highful, Pettit, Ramsey, Westbrook; Attorney for Amicus Curiae: Olson [23-50627] (Robert Corn-Revere ) [Entered: 09/26/2023 05:43 PM] |
| 09/27/2023 | 87 | Paper copies of Appellant Brief filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas in 23-50627 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [23-50627] (SME) [Entered: 09/27/2023 08:32 AM] |
| 09/27/2023 | 88 | Paper copies of Record Excerpts filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas in 23-50627 received. Paper copies match electronic version of document? Yes # of Copies Provided: 4. Paper Copies of Record Excerpts due deadline satisfied. [23-50627] (SME) [Entered: 09/27/2023 08:33 AM] |
| 09/27/2023 | 89 | Paper copies of Appellee Brief filed by Appellees Ms. Jane Doe, Free Speech Coalition, Incorporated, MG Premium, Limited, MG Freesites, Limited, WebGroup Czech Republic. a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, L.L.C., Neptune Media, L.L.C., MediaME, S.R.L. and Midus Holdings, Incorporated in 23-50627 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [23-50627] (SME) [Entered: 09/27/2023 08:36 AM] |
| 09/27/2023 | 90 | Paper copies of Amicus Brief filed by Conservative Legal Defense and Education Fund, America's Future, Public Advocate of the United States, U.S. Constitutional Rights Legal Defense Fund, Council on Pornography Reform and Center for Morality in 23-50627 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [23-50627] (SME) [Entered: 09/27/2023 08:38 AM] |
| 09/27/2023 | 92<br>32 pg, 322.37 KB | APPELLANT'S REPLY BRIEF FILED # of Copies Provided: 0<br>Reply Brief deadline satisfied. Paper Copies of Brief due on 09/28/2023 for Appellant Angela Colmenero, Attorney General, State of Texas. [23-50627]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLANT'S REPLY BRIEF FILED by Ms. Angela Colmenero, Attorney General, State of Texas. Date of service: 09/27/2023 via email - Attorney for Appellees: Cole, Koochesfahani, Sandman, Shaffer, Zeller; Attorney for Appellants: Highful, Pettit, Ramsey, Westbrook; Attorney for Amicus Curiae: Olson [23-50627] (Lanora Christine Pettit ) [Entered: 09/27/2023 11:34 AM] |
| 09/27/2023 | 93<br>40 pg, 586.98 KB | APPELLEE'S SUPPLEMENTAL BRIEF FILED # of Copies Provided: 0 Miscellaneous deadline satisfied. Paper Copies of Brief due on 09/28/2023 for Amici Curiae America's Future, Center for Morality, Conservative Legal Defense and Education Fund, Council on Pornography Reform, Public Advocate of the United States and U.S. Constitutional Rights Legal Defense Fund and Appellees Jane Doe, Free Speech Coalition, Incorporated, MG Freesites, Limited, MG Premium, Limited, MediaME, S.R.L., Midus Holdings, Incorporated, NKL Associates, s.r.o., Neptune Media, L.L.C., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s and Yellow Production, s.r.o.. [23-50627]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLEE'S BRIEF FILED by Ms. Jane Doe, Free Speech Coalition, Incorporated, MediaME, S.R.L., MG Freesites, Limited, MG Premium, Limited, Midus Holdings, Incorporated, Neptune Media, L.L.C., NKL Associates, s.r.o., Paper Street Media, L.L.C., Sonesta Media, s.r.o., Sonesta Technologies, s.r.o., WebGroup Czech Republic. a.s. and Yellow Production, s.r.o.. Date of service: 09/27/2023 via email - Attorney for Appellees: Cole, |

| | | |
|---|---|---|
| | | Koochesfahani, Sandman, Shaffer, Zeller; Attorney for Appellants: Highful, Pettit, Ramsey, Westbrook; Attorney for Amicus Curiae: Olson [23-50627] (Derek L. Shaffer ) [Entered: 09/27/2023 11:45 AM] |
| 09/27/2023 | 97<br>64 pg, 1 MB | LETTER filed referencing and correcting Appellant Brief filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas in 23-50627 [76]. [23-50627]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: LETTER filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas Date of Service: 09/27/2023 via email - Attorney for Appellees: Cole, Koochesfahani, Sandman, Shaffer, Zeller; Attorney for Not Party: Corn-Revere; Attorney for Appellants: Highful, Pettit, Ramsey, Westbrook; Attorney for Amicus Curiae: Olson [23-50627] (Lanora Christine Pettit ) [Entered: 09/27/2023 03:48 PM] |
| 09/28/2023 | 101<br>3 pg, 154.42 KB | COURT ORDER granting Motion to file amicus brief filed by American Civil Liberties Union, Electronic Frontier Foundation, TechFreedom, Center for Democracy & Technology, Media Coalition Foundation and Foundation for Individual Rights and Expression [86] filed by American Civil Liberties Union, Center for Democracy & Technology, Electronic Frontier Foundation, Foundation for Individual Rights and Expression, Media Coalition Foundation and TechFreedom in 23-50627 [23-50627] (MFY) [Entered: 09/28/2023 07:54 AM] |
| 09/28/2023 | 102<br>36 pg, 252.69 KB | AMICUS CURIAE BRIEF FILED by American Civil Liberties Union, Center for Democracy & Technology, Electronic Frontier Foundation, Foundation for Individual Rights and Expression, Media Coalition Foundation and TechFreedom. Consent is Not Necessary as a Motion has been Granted.<br># of Copies Provided: 0<br>Paper Copies of Brief due on 09/29/2023 for Amici Curiae American Civil Liberties Union, Center for Democracy & Technology, Electronic Frontier Foundation, Foundation for Individual Rights and Expression, Media Coalition Foundation and TechFreedom. [23-50627] (MFY) [Entered: 09/28/2023 08:10 AM] |
| 09/28/2023 | 103 | APPEARANCE FORM FILED by Attorney Robert Corn-Revere for Amicus Curiae TechFreedom in 23-50627, Attorney Robert Corn-Revere for Amicus Curiae Media Coalition Foundation in 23-50627, Attorney Robert Corn-Revere for Amicus Curiae Foundation for Individual Rights and Expression in 23-50627, Attorney Robert Corn-Revere for Amicus Curiae Electronic Frontier Foundation in 23-50627, Attorney Robert Corn-Revere for Amicus Curiae Center for Democracy & Technology in 23-50627, Attorney Robert Corn-Revere for Amicus Curiae American Civil Liberties Union in 23-50627 [23-50627] (MFY) [Entered: 09/28/2023 08:20 AM] |
| 09/28/2023 | 105<br>1 pg, 81.53 KB | PAPER COPIES REQUESTED for the Corrected Appellant Brief filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas in 23-50627 [76]. [23-50627] (MFY) [Entered: 09/28/2023 03:43 PM] |
| 09/28/2023 | 107<br>4 pg, 99.72 KB | CASE CAPTION updated. Appellant Angela Colmenero, Attorney General, State of Texas in 23-50627 substituted by Appellant Ken Paxton in 23-50627 [23-50627] (MFY) [Entered: 09/28/2023 03:52 PM] |
| 09/28/2023 | 108 | CASE CAPTION updated. Party information modified for Ken Paxton in 23-50627. Update: Ken Paxton replaced Angela Colmenero. [23-50627] (MFY) [Entered: 09/28/2023 03:58 PM] |
| 09/29/2023 | 109 | Paper copies of CORRECTED Appellant Brief received by Appellant Ms. Angela Colmenero, Attorney General, State of Texas in 23-50627 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. [23-50627] (SME) [Entered: 09/29/2023 10:50 AM] |
| 09/29/2023 | 110 | Paper copies of Appellant Reply Brief filed by Appellant Ms. Angela Colmenero, Attorney General, State of Texas in 23-50627 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. [23-50627] (SME) [Entered: 09/29/2023 10:51 AM] |
| 09/29/2023 | 111 | Paper copies of Appellee Supplement Brief filed by Appellees Ms. Jane Doe, Free Speech Coalition, Incorporated, MG Premium, Limited, MG Freesites, Limited, WebGroup Czech Republic. a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, L.L.C., Neptune Media, L.L.C., MediaME, S.R.L. and Midus Holdings, Incorporated in 23-50627 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. [23-50627] (SME) [Entered: 09/29/2023 10:53 AM] |
| 09/29/2023 | 113 | Paper copies of Amicus Brief filed by Amici Curiae American Civil Liberties Union, Electronic Frontier Foundation, TechFreedom, Center for Democracy & Technology, Media Coalition Foundation and Foundation for Individual Rights and Expression in 23-50627 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [23-50627] (PFT) [Entered: 09/29/2023 03:16 PM] |
| 10/04/2023 | 117 | ORAL ARGUMENT HEARD before Judges Higginbotham, Smith, Elrod. Arguing Person Information Updated for: John Todd Ramsey arguing for Appellant Angela Colmenero; Arguing Person Information Updated for: Derek L. Shaffer arguing for Appellee Jane Doe, Appellee Incorporated Free Speech Coalition, Appellee Limited MG Freesites, Appellee Limited MG Premium, Appellee S.R.L. MediaME, Appellee Incorporated Midus Holdings, Appellee s.r.o. NKL Associates, Appellee L.L.C. Neptune Media, Appellee L.L.C. Paper Street Media, Appellee s.r.o. Sonesta Media, Appellee s.r.o. Sonesta Technologies, Appellee WebGroup Czech Republic. a.s. [23-50627] (KMP) [Entered: 10/04/2023 04:08 PM] |