UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, *et. al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:23-cv-00917-DAE |
| KEN PAXTON, in his official capacity as Attorney General for the State of Texas, | § § § § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S NOTICE OF SUBSTITUTION

On this day, the Court considered Defendant's Notice of Substitution. The Court finds that, pursuant to Federal Rule of Civil Procedure 25(d), Ken Paxton is automatically substituted as a defendant in this case, in his official capacity as Texas Attorney General. The clerk is directed to vacate the "Text Order Granting Motion to Substitute Attorney" entered on October 26, 2023 and update the docket of this cause to reflect that Angela Colmenero, in her official capacity as Interim Texas Attorney General, is terminated, and that Ken Paxton, in his official capacity as Texas Attorney General, is substituted as a defendant in this cause number.

SIGNED this 27th day of October, 2023.

_____
**THE HONORABLE DAVID A. EZRA**
UNITED STATES DISTRICT JUDGE