FILED
November 14, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

United States Court of Appeals
for the Fifth Circuit

------

No. 23-50627

------

Free Speech Coalition, Incorporated; MG Premium, Limited; MG Freesites, Limited; WebGroup Czech Republic. a.s.; NKL Associates, s.r.o.; Sonesta Technologies, s.r.o.; Sonesta Media, s.r.o.; Yellow Production, s.r.o.; Paper Street Media, L.L.C.; Neptune Media, L.L.C.; Jane Doe; MediaME, S.R.L.; Midus Holdings, Incorporated,

*Plaintiffs—Appellees*,

*versus*

Ken Paxton, *Attorney General, State of Texas*,

*Defendant—Appellant*.

------

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-917 DAE

------

UNPUBLISHED ORDER

Before Higginbotham, Smith, and Elrod, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that appellant's opposed motion to stay the district court's injunction pending appeal is GRANTED. The administrative stay issued by the administrative panel on September 19, 2023, is

No. 23-50627

VACATED.[1]  The merits panel heard oral arguments on this expedited appeal on October 4, 2023, and will issue an expedited opinion as soon as reasonably possible.

_____

[1] Judge Higginbotham would deny Appellant's motion for stay pending appeal.

2

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 14, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50627   Free Speech Coalition v. Paxton
                  USDC No. 1:23-CV-917

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Scott Lamar Cole
Mr. Robert Corn-Revere
Mr. Philip Devlin
Mr. Kyle D. Highful
Mr. Arian Joseph Koochesfahani
Mr. William Jeffrey Olson
Ms. Lanora Christine Pettit
Mr. John Todd Ramsey
Mr. Jeffrey Keith Sandman
Mr. Derek L. Shaffer
Mr. Coy Allen Westbrook
Mr. Michael Zeller