UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Free Speech Coalition, Inc., et al. | § | |
| _Plaintiffs,_ | § | |
| vs. | § | NO:   AU:23-CV-00917-DAE |
| | § | |
| Angela Colmenero, | § | |
| _Defendant._ | § | |

## **<u>ORDER OF REFERRAL</u>**

The parties have submitted proposed scheduling orders (dkt no. 57). Due to the conflicting submitted scheduling order, this cause is referred to the Honorable Howell, United States Magistrate Judge, to meet with all parties in this case to discuss scheduling deadlines and to enter a scheduling order to control this case.

IT IS SO ORDERED.

DATED: Austin, Texas, November 29, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE