IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Free Speech Coalition, Inc. et al. | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | |
| Angela Colmenero, | § § | 1:23-cv-00917-DAE |
| *Defendant*. | § § § | |

## ORDER

Due to the conflicting submitted scheduling order, on November 29, 2023 this case was referred to the undersigned to meet with all parties in this case to discuss scheduling deadlines and to enter a scheduling order to control this case. The parties or counsel acting on their behalf are **ORDERED** to appear before the Court for a scheduling conference at 3:00pm on Tuesday, December 12, 2023. The scheduling conference will be conducted by ZOOM. Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference.

**IT IS FURTHER ORDERED** that the parties shall **meaningfully confer** either in-person or via phone on the disputed scheduling order and **jointly file an advisory by 5pm on December 8, 2023**. If the parties are able to agree to a schedule prior to the hearing, they should so inform the Court in their joint advisory, and the hearing will be cancelled.

**SIGNED** December 6, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE