# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>KEN PAXTON, In His Official Capacity As Attorney General For The State Of Texas,<br><br>      Defendant. | **CASE NO. 1:23-cv-00917-DAE** |

## JOINT ADVISORY

Pursuant to the Court's Order (Dkt. # 59) that the Parties confer to further discuss their conflicting recommended schedules, the Parties have done so and hereby advise the Court that they remain unable to come to any further agreement.

DATED: December 8, 2023

        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP

        By  /s/ *Scott Cole*
          Scott Cole
          Attorney for Plaintiffs

DATED: December 8, 2023

        OFFICE OF THE TEXAS ATTORNEY GENERAL

        By  /s/ *John Ramsey*
          John Ramsey
          Assistant Attorney General
          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

DATED:  December 8, 2023           QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP

                                   By   /s/ Scott Cole
                                        Scott Cole
                                        Attorney for Plaintiffs