# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

FREE SPEECH COALITION, INC., et al.,

       Plaintiffs,

      v.

KEN PAXTON, In His Official Capacity As
Attorney General For The State Of Texas

       Defendant.

**CASE NO. 1:23-cv-00917-DAE**

## UNOPPOSED MOTION TO EXTEND THE DEADLINE TO AMEND THE PLEADINGS

Because the Court has yet to rule on Defendant's Motion to Dismiss (Dkt. # 52), Plaintiffs move for entry of the attached [Proposed] Order extending the deadline to amend the pleadings or join additional parties from its current date of January 31, 2024 to February 29, 2024.  Plaintiffs have conferred with Defendant regarding the requested relief and Defendant does not oppose entry of the attached Order.

DATED:  January 25, 2024

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By       /s/  *Scott Cole*
    Scott Cole (Bar No. 00790481)
    scottcole@quinnemanuel.com
    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
    300 West 6th Street
    Suite 2010
    Austin, TX 78701
    Telephone: (737) 667 6100
    Fax: (737) 667 6110

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2024, a true and correct copy of the foregoing document and its attachment titled [Proposed] Order Extending Deadline To Amend Pleadings was served via the Court's CM/ECF system to all counsel of record.


DATED:  January 25, 2024                    QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

                                        By _____ /s/ *Scott Cole* _____
                                            Scott Cole
                                            Attorney for Plaintiffs