UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KEN PAXTON, In His Official Capacity As Attorney General For The State Of Texas,<br><br>　　　　Defendant. | CASE NO. 1:23-cv-00917-DAE |

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER**

Pursuant to the Parties' agreement in their jointly submitted Rule 26 Report (Dkt. #57), the Parties move for entry of the attached default protective order (Appendix H-2 to the Local Rules).  Good cause exists because (*inter alia*) Defendant intends to seek discovery on Plaintiffs' business operations and financial information, which Plaintiffs wish to keep confidential.

DATED:  February 5, 2024

　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　SULLIVAN, LLP

　　　　　　　　　　　　　　　　By ___/s/ *Scott Cole*_____
　　　　　　　　　　　　　　　　　　Scott Cole
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

DATED:  February 5, 2024　　　　OFFICE OF THE TEXAS ATTORNEY GENERAL

　　　　　　　　　　　　　　　　By ___/s/ *John Ramsey*_____
　　　　　　　　　　　　　　　　　　John Ramsey
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, a true and correct copy of the foregoing document and its attachment "Appendix H-2 Confidentiality and Protective Order" was served via the Court's CM/ECF system to all counsel of record.

DATED:  February 5, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Scott Cole*
Scott Cole
Attorney for Plaintiffs