# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEN PAXTON, In His Official Capacity As Attorney General For The State Of Texas, <br><br> Defendant. | **CASE NO. 1:23-cv-00917-DAE** |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO AMEND THE PLEADINGS**

Because the Court has yet to rule on Defendant's Motion to Dismiss (Dkt. # 52), Plaintiffs move for entry of the attached [Proposed] Order extending the deadline to amend the pleadings or join additional parties from its current date of February 29, 2024 to March 29, 2024. Plaintiffs have conferred with Defendant regarding the requested relief and Defendant does not oppose entry of the attached Order.

DATED:  February 23, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Scott Cole*
Scott Cole (Bar No. 00790481)
scottcole@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street
Suite 2010
Austin, TX 78701
Telephone: (737) 667 6100
Fax: (737) 667 6110

## CERTIFICATE OF SERVICE

  I hereby certify that on February 23, 2024, a true and correct copy of the foregoing document and its attachment titled [Proposed] Order Extending Deadline To Amend Pleadings was served via the Court's CM/ECF system to all counsel of record.

DATED:  February 23, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Scott Cole*
  Scott Cole
  Attorney for Plaintiffs