# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KEN PAXTON, In His Official Capacity As Attorney General For The State Of Texas,<br><br>    Defendant. | **CASE NO. 1:23-cv-00917-DAE** |

**[PROPOSED] ORDER EXTENDING DEADLINE TO AMEND PLEADINGS**

Based on the Plaintiffs' Unopposed Motion (Dk. # _____ ) and finding good cause, IT IS HEREBY ORDERED that the deadline to amend the pleadings or join additional parties is extended from February 29, 2024 to March 29, 2024.

SIGNED ON _____, 2024    _____