# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEN PAXTON, In His Official Capacity As Attorney General For The State Of Texas, <br><br> Defendant. | **CASE NO. 1:23-cv-00917-DAE** |

## ORDER EXTENDING DEADLINE TO AMEND PLEADINGS

Based on the Plaintiffs' Unopposed Motion (Dk. # 68 ) and finding good cause, IT IS HEREBY **ORDERED** that the deadline to amend the pleadings or join additional parties is extended from February 29, 2024 to March 29, 2024.

SIGNED ON February 26, 2024

_____
David Alan Ezra
Senior United States District Judge