UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., <br>     *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General for the State of Texas, <br>     *Defendant*. | § § § § § § § § § § | Civil Action No. 1:23-cv-00917-DAE |

**DEFENDANT'S NOTICE OF APPEARANCE OF CO-COUNSEL**

Ken Paxton, in his official capacity as Attorney General for the State of Texas, files this Notice of Appearance of Co-Counsel, and in support thereof respectfully shows the Court the following:

Special Counsel Zachary Berg has been assigned as co-counsel in this case along with John Ramsey and Kelsey Warren. Mr. Ramsey will remain lead counsel and attorney-in-charge. Mr. Berg is licensed to practice law in the state of Texas, is a member in good standing of the State Bar of Texas and is admitted to practice law in the Western District of Texas. Mr. Berg's contact information is as follows:

    Zachary Berg
    Texas Bar No. 24107706
    Special Counsel
    Special Litigation Division
    Office of the Attorney General
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    (512) 936-1808/Fax (512) 457-4410
    zachary.berg@oag.texas.gov

Please add Mr. Berg to all future correspondence and notifications of filings in this matter.

Date: February 27, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**RYAN D. WALTERS**
Chief, Special Litigation Division
Tex. State Bar No. 24105085

Respectfully submitted.

/s/ Zachary Berg
**ZACHARY BERG**
Special Counsel
Tex. State Bar No. 24107706

**JOHN RAMSEY**
Assistant Attorney General
Tex. State Bar No. 24051227

**KELSEY L. WARREN**
Assistant Attorney General
Tex. State Bar No. 24095736

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
zachary.berg@oag.texas.gov
John.ramsey@oag.texas.gov
kelsey.warren@oag.texas.gov

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

/s/ Zachary Berg
**ZACHARY BERG**