UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, et. al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 1:23-cv-00917-DAE |
| KEN PAXTON, in his official capacity as Attorney General for the State of Texas, | § § § § | |
| *Defendant*. | § | |

**DEFENDANT'S NOTICE OF APPEARANCE OF CO-COUNSEL**

Ken Paxton, in his official capacity as Attorney General for the State of Texas, files this Notice of Appearance of Co-Counsel, and in support thereof respectfully shows the Court the following:

Assistant Attorney General Todd Dickerson has been assigned as co-counsel in this case along with John Ramsey and Kelsey Warren. Mr. Ramsey will remain lead counsel and attorney-in-charge. Mr. Dickerson is licensed to practice law in the state of Texas, is a member in good standing of the State Bar of Texas and is admitted to practice law in the Western District of Texas. Mr. Dickerson's contact information is as follows:

> Todd Dickerson
> Texas Bar No. 24118368
> Assistant Attorney General
> General Litigation Division
> Office of the Attorney General
> P.O. Box 12548-Capitol Station
> Austin, Texas 78711-2548
> (512) 463-2120 / Fax (512) 320-0667
> Todd.Dickerson@oag.texas.gov

Please add Mr. Dickerson to all future correspondence and notifications of filings in this matter.

| | |
|---|---|
| Date: February 27, 2024 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | **ZACHARY BERG**<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **JOHN RAMSEY**<br>Assistant Attorney General<br>Tex. State Bar No. 24051227 |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | **KELSEY L. WARREN**<br>Assistant Attorney General<br>Tex. State Bar No. 24095736 |
| **RYAN D. WALTERS**<br>Chief, Special Litigation Division<br>Tex. State Bar No. 24105085 | /s/ *Todd Dickerson*<br>**TODD DICKERSON**<br>Assistant Attorney General<br>Tex. State Bar No. 24118368 |
| | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS**<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Zachary.Berg@oag.texas.gov<br>John.Ramsey@oag.texas.gov<br>Kelsey.Warren@oag.texas.gov<br>Todd.Dickerson@oag.texas.gov |
| | **COUNSEL FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

/s/ *Todd Dickerson*
**TODD DICKERSON**