# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEN PAXTON, In His Official Capacity As Attorney General For The State Of Texas, <br><br> Defendant. | **CASE NO. 1:23-cv-00917-DAE** |

## JOINT MOTION TO EXTEND ALL SCHEDULING-ORDER DEADLINES

Because the opinion issued on March 7, 2024 by the Fifth Circuit Court of Appeals may affect the scope of discovery and matters in controversy, and because the final outcome of the appeals process may add further change or clarification, the parties jointly move for entry of the attached [Proposed] Order extending all current scheduling-order deadlines by 30 days.

DATED: March 21, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Scott Cole*
Scott Cole
Attorney for Plaintiffs

DATED: March 21, 2024

OFFICE OF THE TEXAS ATTORNEY GENERAL

By  /s/ *John Ramsey*
John Ramsey
Assistant Attorney General
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2024, a true and correct copy of the foregoing document and its attachment titled [Proposed] Order Extending All Scheduling-Order Deadlines was served via the Court's CM/ECF system to all counsel of record.

DATED:  March 21, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  *Scott Cole*
Scott Cole
Attorney for Plaintiffs