UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KEN PAXTON, In His Official Capacity As Attorney General For The State Of Texas,<br><br>    Defendant. | **CASE NO. 1:23-cv-00917-DAE** |

**[PROPOSED] ORDER EXTENDING ALL SCHEDULING-ORDER DEADLINES**

Based on the parties Joint Motion (Dk. # _____ ) and finding good cause, IT IS HEREBY ORDERED that all current scheduling-order deadlines are extended by 30 days, resulting in the following extensions:

**1.** The parties shall file all motions to amend or supplement pleadings or to join additional parties by April 29, 2024;

**2.** The parties shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by May 30, 2024;

**3.** The parties shall complete all discovery on or before July 31, 2024.

**4.** All dispositive motions shall be filed no later than August 30, 2024.

SIGNED ON _____, 2024      _____