# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KEN PAXTON, In His Official Capacity As Attorney General For The State Of Texas,<br><br>    Defendant. | CASE NO. 1:23-cv-00917-DAE |

## ORDER STAYING PROCEEDINGS

Based on the parties Joint Motion (Dkt. # 76 ) and finding good cause**, IT IS HEREBY ORDERED** that proceedings before this Court are **stayed** pending the Supreme Court's decision on Plaintiffs' petition for writ of certiorari and, if the petition is granted, pending the Supreme Court's decision on the merits.  Accordingly, the current scheduling-order deadlines (*see* Dkt. # 72) are modified as follows:

**1.** The parties shall file all motions to amend or supplement pleadings or

to join additional parties by 30 days after proceedings resume;

**2.** The parties shall file their designation of testifying experts and shall

serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B)

by 60 days after proceedings resume;

**3.** The parties shall complete discovery on or before 120 days after proceedings resume.

**4.** All dispositive motions shall be filed no later than 150 days after proceedings resume.

The parties shall file a joint motion specifying these dates when proceedings resume.

SIGNED ON  April 23, 2024

_____
David Alan Ezra
Senior United States District Judge