UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Free Speech Coalition, Inc., et al. | § | |
| | § | |
| Plaintiffs, | § | NO: AU:23-CV-00917-DAE |
| vs. | § | |
| | § | |
| Ken Paxton, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER RESETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is reset for a **IN PERSON** STATUS CONFERENCE before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, July 17, 2025 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas July 07, 2025.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE