UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., ET. AL, *Plaintiffs* | § § § § | |
| | § | No. 1:23-CV-00917-DAE |
| v. | § § | |
| KEN PAXTON, IN HIS OFFICIAL CAPACITY AS TEXAS ATTORNEY GENERAL; *Defendant* | § § § § § | |

## ORDER

The District Judge referred this case to the undersigned for the limited purpose of entering an amended scheduling order to control this case. Dkt. 89. Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judge's Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using **District Judge David A. Ezra's** form on or before **August 4, 2025**.

**SIGNED** July 21, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1