# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al.,<br><br>      Plaintiffs,<br>  v.<br><br>KEN PAXTON, In His Official Capacity As Attorney General For The State Of Texas<br><br>      Defendant. | CASE NO. 1:23-cv-00917-DAE |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs MG Premium Ltd, MG Freesites Ltd, Yellow Production, s.r.o., Paper Street Media, LLC, Neptune Media, LLC, MediaME SRL, Midus Holdings, Inc., and Jane Doe hereby dismiss without prejudice their claims against Ken Paxton, in his official capacity as the Attorney General of the State of Texas. Defendant has not yet answered the Complaint and has not served a motion for summary judgment, and thus no order is required with this notice. The claims of other Plaintiffs are unaffected by this notice.

Dated: August 15, 2025

                                                             */s/ Derek L. Shaffer*
                                                             Derek L. Shaffer *(pro hac vice)*
                                                             QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                                             derekshaffer@quinnemanuel.com
                                                             1300 I Street NW, Suite 900
                                                             Washington, DC 20005
                                                             Tel: (202) 538-8000
                                                            Fax: (202) 538-8100

                                                            Scott L. Cole (Bar No. 00790471)
                                                            REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
                                                            515 Congress Avenue, Suite 1900
                                                            Austin, TX 78701
                                                            scole@reichmanjorgensen.com

*Counsel for Plaintiffs MG Premium Ltd, MG Freesites Ltd, Yellow Production, s.r.o., Paper Street Media, LLC, Neptune Media, LLC, MediaME SRL, Midus Holdings, Inc., and Jane Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

DATED: August 15, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Arian Koochesfahani*
Arian Koochesfahani