IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al. § <br> § <br> Plaintiffs, § <br> § <br> v.  § <br> § <br> KEN PAXTON, in his official capacity as § <br> Attorney General of the State of Texas, § <br> § <br> Defendant. § | CIVIL ACTION NO. 1:23-cv-917-DAE |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Sonesta Technologies, S.R.O. and Sonesta Media, S.R.O. hereby dismiss without prejudice their claims against Ken Paxton, in his official capacity as the Attorney General of the State of Texas. Defendant has not yet answered the Complaint and has not served a motion for summary judgment, and thus no order is required with this notice. The claims of other Plaintiffs are unaffected by this Notice.

Date: September 30, 2025

WHITE & CASE LLP

By: */s/ Sean Gorman*
Sean Gorman
Texas Bar No. 08218100
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
sean.gorman@whitecase.com

1

*Attorneys for Plaintiffs Webgroup Czech Republic, A.S., NKL Associates S.R.O., Sonesta Technologies S.R.O., and Sonesta Media S.R.O.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

DATED: September 30, 2025                    **WHITE & CASE LLP**

By:  */s/ Sean Gorman*
      Sean Gorman

2