IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O.,<br><br>Plaintiffs,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of the State of Texas,<br><br>Defendant. | CIVIL ACTION NO.<br>1:23-cv-00917 DAE |

**PLAINTIFF FREE SPEECH COALITION, INC.'S RESPNSE
TO DEFENDANT'S AMENDED PARTIAL MOTION TO DISMISS**

In its motion, Defendant "moves to dismiss all claims asserted by the Foreign Websites" but does not seek relief against the Free Speech Coalition, Inc. (FSC). Indeed, the basis for the motion concerns Defendant's contention that because the Foreign Websites "are not persons within the jurisdiction of the United States," "do not have constitutional rights," and "cannot show a valid waiver of immunity," their claims must be dismissed.

As nothing in the motion suggests that FSC's claims suffer from the same infirmities, FSC deems no additional response to be necessary.

Respectfully submitted,

/s/ Jeffrey Sandman

Jeffrey Sandman (*pro hac vice*)
Sandman Law LLC
5208 Magazine St., Suite 364
New Orleans, LA 70115
978-886-0639
jeff@sandman-law.com

J. Michael Murray (*pro hac vice*)
Berkman Gordon Murray & DeVan
55 Public Square, Suite 2200
Cleveland, OH 44113
216-781-5245
jmmurray@bgmdlaw.com

D. Gill Sperlein (*pro hac vice*)
Law Office of D. Gill Sperlein
345 Grove Street
San Francisco, CA 94114
(415) 404-6615
gill@sperleinlaw.com

Lane A. Haygood
Texas Bar No. 240660
Odessa, Texas 79761
432-279-0411
lane@haygoodlawfirm.com

Counsel for Plaintiff Free Speech Coalition, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3rd, 2025, a true and correct copy of the foregoing Response was served on all counsel of record via CM/ECF.

/s/ Jeffrey Sandman

Jeffrey Sandman (*pro hac vice*)
Sandman Law LLC

One of the Attorneys for Plaintiff Free Speech Coalition, Inc.