**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., | § § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § § § | CIVIL ACTION NO. 1:23-cv-00917-DAE |
| KEN PAXTON, in his official capacity as Attorney General of the State of Texas, | § § § § § § | |
| *Defendant.* | § | |

**PLAINTIFFS' EXPERT DESIGNATIONS**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Amended Scheduling Order (ECF Doc. 135), Plaintiffs Free Speech Coalition, Inc. ("FSC"), WebGroup Czech Republic A.S. ("WebGroup"), and NKL Associates, S.R.O. ("NKL," and collectively with FSC and WebGroup, "Plaintiffs") hereby designate the following experts in the above-captioned proceedings:

- Sherrie Bosisto Caltagirone, Executive Director, *Global Emancipation Network*

- Dr. David J. Ley, Clinical Psychologist

- Dr. Joshua B. Grubbs, Associate Professor, Department of Psychology, *University of New Mexico*

Plaintiffs WebGroup and NKL further designate the following expert in the above-captioned proceedings:

- Dr. Ross Malaga, Chair and a Professor in the Department of Information Management & Business Analytics, *Feliciano School of Business, Montclair State University*

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs have on this day served the expert reports of the above-stated experts on counsel for Defendant Ken Paxton, in his official capacity as the Attorney General of the State of Texas.

Date: April 15, 2026

Respectfully submitted,

*/s/ Sean Gorman*
Sean Gorman
Texas Bar No. 08218100
White & Case LLP
609 Main Street, Suite 2900
Houston, TX 77002
(713) 496-9676
sean.gorman@whitecase.com

Jacqueline L. Chung (pro hac vice)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819 7844
jacqueline.chung@whitecase.com

*Counsel for Plaintiffs WebGroup Czech Republic, A.S. and NKL Associates S.R.O.*

*s/ J. Michael Murray*
J. Michael Murray (pro hac vice)
Berkman Gordon Murray & DeVan
55 Public Square, Suite 2200
Cleveland, OH 44113
(216) 781-5245
jmmurray@bgmdlaw.com

Jeffrey Sandman (pro hac vice)
Sandman Law
5208 Magazine St., Suite #364
New Orleans, LA 70115
(978) 886-0639
jeff@sandman-law.com

2

D. Gill Sperlein (pro hac vice)
Law Office of D. Gill Sperlein
345 Grove Street
San Francisco, CA 94114
(415) 404-6615
gill@sperleinlaw.com

Lane A. Haygood
Texas Bar No. 240660
Odessa, Texas 79761
(432) 279-0411
lane@haygoodlawfirm.com

*Counsel for Plaintiff Free Speech Coalition, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 15, 2026, a copy of Plaintiffs' Expert Designations was served

via ECF upon all counsel of record, including the following counsel:

Brian Keith Ingram, Special Counsel
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX  78711-2548

*/s/ Sean Gorman*
Sean Gorman
White & Case LLP

***Counsel for Plaintiffs WebGroup Czech
Republic, A.S. and NKL Associates S.R.O.***

4