**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC, | § | |
| et. al., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-00917-DAE |
| | § | |
| KEN PAXTON, in his official capacity | § | |
| as Attorney General for the State of | § | |
| Texas, | § | |
|     *Defendant*. | § | |

**DEFENDANT'S DESIGNATION OF TESTIFYING EXPERTS**

Pursuant to this Court's March 9, 2026 Amended Scheduling Order, ECF No. 135, the Defendant hereby files its designation of testifying experts.

**Designation of Testifying Experts**

1. **Dr. Vanessa Bouché.** Dr. Bouché holds a Ph.D. in Political Science with a specialization in human trafficking, illicit markets, and exploitation dynamics. Dr. Bouché is expected to testify and provide expert opinion regarding the question: does pornography consumption increase the demand for prostitution, child exploitation, and child sexual abuse material.

2. **Dr. Donald L. Hilton, Jr**. Dr. Hilton is a board-certified neurosurgeon at the Neurosurgical Associates of San Antonio, P.A. Dr. Hilton has previously served as an adjunct associate professor of neurosurgery at the University of Texas Department of Neurosurgery in San Antonio, and as the director of the CAST-approved Spine Fellowship in that department. Dr. Hilton has also studied, spoken, and written of the effects of pornography on the brain over the past two decades Dr. Hilton is expected to testify regarding specific items in the proposed label as specified as a statute in

Section 129b.002(a)(1), that the items in this statute are supported by evidence and that the warning label is thus warranted to protect children.

3. **Dr. Jill Manning.** Dr. Manning is a licensed Marriage and Family Therapist with a Ph.D. in Marriage and Family Therapy from Brigham Young University. Dr. Manning is expected to testify regarding the warning's central claim, that exposure to pornography is associated with lower self-esteem and body image concerns; eating-disorder risk factors and symptoms; adverse mental-health outcomes; and potential developmental concerns when exposure begins in childhood or adolescence.

4. **Dr. David Perry** Dr. Perry is a Pediatric Medical Doctor where he currently works at a Pediatric Healthcare Practice. Dr. Perry has a Medical Doctor degree from The University of South Florida College of Medicine. Dr. Perry is expected to testify on warning #1 and warning #2 as specified in Section 129b.004.

Date: April 22, 2026

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**ROB FARQUHARSON**
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

/s/ *Keith Ingram*
**BRIAN KEITH INGRAM**
Special Counsel
Texas State Bar No. 00787746

**RYAN G. KERCHER**
Chief, Special Litigation Division
Texas State Bar No. 24060998

**ZACHARY BERG**
Special Counsel
Tex. State Bar No. 24107706

**BRIAN B. TUNG**
Assistant Attorney General
Texas State Bar No. 24145179

**LAUREN E. SAEGER**
Assistant Attorney General
Texas State Bar No. 24149365

Keith.Ingram@oag.texas.gov
Ryan.Kercher@oag.texas.gov
Zachary.Berg@oag.texas.gov
Brian.Tung@oag.texas.gov
Lauren.Saeger@oag.texas.gov

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2026, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

/s/ *Keith Ingram*
**BRIAN KEITH INGRAM**

3