**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., | § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | CIVIL ACTION NO. 1:23-cv-00917-DAE |
| KEN PAXTON, in his official capacity as Attorney General of the State of Texas, | § § § | |
| *Defendant* | § | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Free Speech Coalition, Inc., Webgroup Czech Republic, A.S., and NKL Associates S.R.O. and Defendant Ken Paxton, in his official capacity as Attorney General for the State of Texas, jointly ask the Court to enter the proposed Third Amended Scheduling Order attached to this motion.

The proposed Third Amended Scheduling Order modifies the deadline for all motions challenging the reliability of expert testimony under Federal Rule of Evidence ("FRE") 702. Currently, as set forth in the Amended Scheduling Order entered by this Court (Dkt. 135), any party seeking to file a motion to exclude expert testimony under FRE 702 must do so "within **30** days of receipt of the written report of the expert's proposed testimony, or within **30** days of the expert's deposition, if a deposition is taken, whichever is later." Dkt. 135 at ¶ 2. The Second Amended Scheduling Order entered by the Court (Dkt. 144) modified the parties' discovery and dispositive motion deadlines, but did not amend the schedule for motions seeking relief under FRE 702.

The parties now jointly request that the Court enter the proposed Third Amended Scheduling Order, which provides that all such motions to exclude the testimony of an expert witness under FRE 702 be due within 30 days of the date of the last expert deposition taken in this matter. The purpose of this motion is not for delay, but to create a single deadline for the filing of all such motions to promote efficiency and judicial economy.

Accordingly, all parties request entry of the Third Amended Scheduling Order attached to this motion.

Date: July 8, 2026

Respectfully submitted,

*/s/ Sean Gorman*
Sean Gorman
Texas Bar No. 08218100
White & Case LLP
609 Main Street, Suite 2900
Houston, TX 77002
(713) 496-9676
sean.gorman@whitecase.com

Jacqueline L. Chung (pro hac vice)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819 7844
jacqueline.chung@whitecase.com

*Counsel for Plaintiffs WebGroup Czech Republic, A.S. and NKL Associates S.R.O.*


*s/ J. Michael Murray*
J. Michael Murray (pro hac vice)
Berkman Gordon Murray & DeVan
55 Public Square, Suite 2200
Cleveland, OH 44113
(216) 781-5245
jmmurray@bgmdlaw.com

Jeffrey Sandman (pro hac vice)
Sandman Law
5208 Magazine St., Suite #364
New Orleans, LA 70115
(978) 886-0639
jeff@sandman-law.com

2

D. Gill Sperlein (pro hac vice)
Law Office of D. Gill Sperlein
345 Grove Street
San Francisco, CA 94114
(415) 404-6615
gill@sperleinlaw.com

Lane A. Haygood
Texas Bar No. 240660
Odessa, Texas 79761
(432) 279-0411
lane@haygoodlawfirm.com

*Counsel for Plaintiff Free Speech Coalition, Inc.*


RYAN G. KERCHER
Chief, Special Litigation Division
Texas State Bar No. 24060998

WADE A. JOHNSON
Deputy Chief, Special Litigation Division
Texas State Bar No. 24062197

ZACHARY BERG
Special Counsel
Texas State Bar No. 24107706

BRIAN B. TUNG
Assistant Attorney General
Texas State Bar No. 24145179

*/s/ Lauren E. Saeger*

LAUREN E. SAEGER
Assistant Attorney General
Texas State Bar No. 24149365

OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Wade.Johnson@oag.texas.gov
Zachary.Berg@oag.texas.gov
Brian.Tung@oag.texas.gov
Lauren.Saeger@oag.texas.gov

COUNSEL FOR DEFENDANT, KEN PAXTON

3

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 7, 2026, I, Jacqueline Chung, conferred via email with counsel of record who indicated they agree to the foregoing motion.

*/s/ Jacqueline Chung*
Jacqueline Chung

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 8, 2026 and that all counsel of record were served by CM/ECF.

*/s/ Jacqueline Chung*
Jacqueline Chung

4