**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., | § § § § § § | |
| *Plaintiffs* | § § | CIVIL ACTION NO. 1:23-cv-00917-DAE |
| v. | § § | |
| KEN PAXTON, in his official capacity as Attorney General of the State of Texas, | § § § | |
| *Defendant* | § | |

## THIRD AMENDED SCHEDULING ORDER

The Court enters the following dates to control the course of the case:

1.      Any objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony within **30 days** of the last expert deposition taken in this matter.

2.      All other deadlines, as reproduced below, shall be the same as those set forth in the Second Amended Scheduling Order.

3.      The parties shall complete all discovery on or before **August 12, 2026**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

4.      All dispositive motions shall be filed no later than **September 15, 2026**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages

in length in accordance with Local Rule CV-7(e). If the parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.

5.      The hearing on dispositive motions will be set by the Court after all responses and replies have been filed.

6.      The trial date will be determined at a later date by the Court.  The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g) regarding matters to be filed in advance of trial.

**IT IS SO ORDERED.**

SIGNED _____.


_____
DAVID A. EZRA
SR. UNITED STATES DISTRICT JUDGE

2