**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., | § | |
| | § | |
| *Plaintiffs* | § | |
| | § | CIVIL ACTION NO. 1:23-cv-00917-DAE |
| v. | § | |
| | § | |
| KEN PAXTON, in his official capacity as Attorney General of the State of Texas, | § | |
| | § | |
| *Defendant* | § | |

# FIFTH AMENDED SCHEDULING ODER

The Court enters the following dates to control the course of the case:

1. All deadlines to file a motion to exclude or limit the testimony of any expert witness or a motion in limine to exclude or limit the testimony of any expert witness under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) are vacated.

2. All dispositive motions shall be filed no later than November 16, 2026. Responses to any dispositive motions shall be due within twenty-one (21) days of the filing of such motions, and replies in support of any such motions shall be due within fourteen (14) days of the filing of any response. Dispositive motions and responses to dispositive motions shall be limited to forty (40) pages in length. Replies, if any, shall be limited to twenty (20) pages in length. If the parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.

3. The hearing on dispositive motions will be set by the Court after all responses and replies have been filed.

4. The bench trial date will be determined at a later date by the Court. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)–(g) regarding matters to be filed in advance of trial.

**IT IS SO ORDERED.**

SIGNED October 7, 2026.

DAVID A. EZRA
SR. UNITED STATES DISTRICT JUDGE